**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Edmond**<br>First Name<br><br>**Joseph**<br>Middle Name<br><br>**Churchman**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | **Kimberly**<br>First Name<br><br>**Lane**<br>Middle Name<br><br>**Churchman**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First Name<br><br>Middle Name<br><br>Last Name | **Kimberly**<br>First Name<br><br>**Lane**<br>Middle Name<br><br>**LaGrange**<br>Last Name |
|  | First Name<br><br>Middle Name<br><br>Last Name | **Kimberly**<br>First Name<br><br>**Lane**<br>Middle Name<br><br>**Clanton**<br>Last Name |
|  | First Name<br><br>Middle Name<br><br>Last Name | **Kimberly**<br>First Name<br><br>**Lane**<br>Middle Name<br><br>**Moore**<br>Last Name |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**About Debtor 1:**                  **About Debtor 2 (Spouse Only in a Joint Case):**

**3.** **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – __6__ __8__ __0__ __7__      xxx – xx – __9__ __7__ __4__ __9__

OR                                    OR

9xx – xx – ____ ____ ____ ____     9xx – xx – ____ ____ ____ ____

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.     ☑ I have not used any business names or EINs.

_____     _____
Business name                                Business name

_____     _____
Business name                                Business name

_____     _____
Business name                                Business name

___ ___ – ___ ___ ___ ___ ___     ___ ___ – ___ ___ ___ ___ ___
EIN                                      EIN

___ ___ – ___ ___ ___ ___ ___     ___ ___ – ___ ___ ___ ___ ___
EIN                                      EIN

**5.** **Where you live**                                     If Debtor 2 lives at a different address:

**500 Rock Harbor Court**     _____
Number   Street                                 Number   Street

_____     _____

**Granbury**    **TX**    **76048**     _____
City          State   ZIP Code               City        State   ZIP Code

**Hood**     _____
County                                   County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.    **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

**PO Box 162**     _____
Number   Street                                 Number   Street

_____     _____
P.O. Box                                    P.O. Box

**Granbury**    **TX**    **76048**     _____
City          State   ZIP Code               City        State   ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*                                     *Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.    ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)    ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.    How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.**  If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7.  By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments).  If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

- ☐ No
- ☑ Yes.

| District | _____ | When | **08/29/2009** | Case number | **6:09-BK-60133** |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, |
| | | MM / DD / YYYY | if known |

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, |
| | | MM / DD / YYYY | if known |

**11.    Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    - ☐ No.  Go to line 12.
    - ☐ Yes.  Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.  Go to Part 4.

☑ Yes.  Name and location of business

**Paragon Residential Design**
Name of business, if any

**P.O. Box 162**
Number     Street

**Granbury**                                          **TX**        **76048**
City                                                   State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
Number     Street

_____

_____      _____   _____
City                                  State    ZIP Code

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 7:**     **Sign Below**</div>

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Edmond Joseph Churchman**                     X **/s/ Kimberly Lane Churchman**
Edmond Joseph Churchman, Debtor 1                     Kimberly Lane Churchman, Debtor 2

Executed on **07/22/2016**                                    Executed on **07/22/2016**
MM / DD / YYYY                                                   MM / DD / YYYY

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ E. Mark Piland** _____    Date **07/22/2016**
   Signature of Attorney for Debtor                                              MM / DD / YYYY

**E. Mark Piland** _____
Printed name

**E. Mark Piland** _____
Firm Name

**115 W Pearl Ste 106** _____
Number         Street

_____

_____

**Granbury** _____    **TX**    **76048** _____
City                                                    State    ZIP Code

Contact phone  **(817) 579-0207** _____    Email address **markpiland@pilandlaw.com** ____

**16008870** _____    _____
Bar number                                            State

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case and this filing:</strong></td></tr>
</table>

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
|----------|-----------|-----------|---------------|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list
the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are
filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate
sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☑ No.  Go to Part 2.
    ☐ Yes.  Where is the property?

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1.  Write that number here..................................➔   | $0.00 |

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|------|--|--------------------------------------|------------------------------------------------------|
| Make: | **Jeep Wrangler** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **TJ** | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **1999** | ☐ Debtor 2 only | **Current value of the** / **Current value of the** |
| Approximate mileage: | **100,000** | ☑ Debtor 1 and Debtor 2 only | **entire property?** / **portion you own?** |
| | | ☐ At least one of the debtors and another | **$6,000.00** / **$6,000.00** |

Other information:
**1999 Jeep Wrangler TJ**
**500 Rock Harbor Drive, Granbury,**
**Texas**

☑ Check if this is community property
   (see instructions)

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|------|--|--------------------------------------|------------------------------------------------------|
| Make: | _____ | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | _____ | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | _____ | ☐ Debtor 2 only | **Current value of the** / **Current value of the** |
| Approximate mileage: | _____ | ☑ Debtor 1 and Debtor 2 only | **entire property?** / **portion you own?** |
| | | ☐ At least one of the debtors and another | **$8,000.00** / **$8,000.00** |

Other information:
**2006 Chevrolet Trailblazer**
**500 Rock Harbor Court, Granbury,**
**Texas**

☐ Check if this is community property
   (see instructions)

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
  *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

  ☑ No
  ☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any
  entries for pages you have attached for Part 2. Write that number here........................................ ➜ | **$14,000.00** |

---

**Part 3:**    **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

<div align="right">

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

</div>

**6.** **Household goods and furnishings**
  *Examples:* Major appliances, furniture, linens, china, kitchenware

  ☐ No
  ☑ Yes. Describe.....  **See continuation page(s).**                    **$7,095.00**

**7.** **Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
      music collections; electronic devices including cell phones, cameras, media players, games

  ☑ No
  ☐ Yes. Describe.....                    _____

**8.** **Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
      stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

  ☑ No
  ☐ Yes. Describe.....                    _____

**9.** **Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
      canoes and kayaks; carpentry tools; musical instruments

  ☑ No
  ☐ Yes. Describe.....                    _____

**10.** **Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

  ☑ No
  ☐ Yes. Describe.....                    _____

**11.** **Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

  ☐ No
  ☑ Yes. Describe.....  **Basic Clothing for Ed and Kimberly**                    **$500.00**
             **500 Rock Harbor Court, Granbury Texas**

**12.** **Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
      gold, silver

  ☑ No
  ☐ Yes. Describe.....                    _____

**13.** **Non-farm animals**
  *Examples:* Dogs, cats, birds, horses

  ☑ No
  ☐ Yes. Describe.....                    _____

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information.............

_____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**..................................................................➔

| $7,595.00 |
|---|

---

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes.................................................................................................................... Cash: ......................... <u>$50.00</u>

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes...........................            Institution name:

| 17.1. | Checking account: | **Wells Fargo Business Checking** | |
|---|---|---|---|
| | | **Wells Fargo Bank** | $80.00 |

| 17.2. | Other financial account: | **Wells Fargo Tax Account** | |
|---|---|---|---|
| | | **Wells Fargo** | $0.00 |

| 17.3. | Other financial account: | **Wells Fargo Savings** | |
|---|---|---|---|
| | | **Wells Fargo** | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes...........................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes.  Give specific information about them.........................   Name of entity:                        % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes.  Give specific information about them.........................   Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes.  List each account separately.    Type of account:     Institution name:

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes........................    Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes........................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
   information about them                                                        _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
   information about them                                                        _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
   information about them                                                        _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
   about them, including whether
   you already filed the returns
   and the tax years......................

| | |
|---|---|
| Federal: | $0.00 |
| State: | $0.00 |
| Local: | $0.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

| | |
|---|---|
| Alimony: | $0.00 |
| Maintenance: | $0.00 |
| Support: | $0.00 |
| Divorce settlement: | $0.00 |
| Property settlement: | $0.00 |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information                                               _____

| Debtor 1 | Edmond | Joseph | Churchman | Case number (if known) | _____ |
| | First Name | Middle Name | Last Name | | |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................    Company name:                    Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                                    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                                  _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                                  _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                                    _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.................................................................** →   | **$130.00** |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

---

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..                                                                                  _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☐ No
☑ Yes. Describe.. **See continuation page(s).**                                                    **$1,050.00**

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe.. **WWII Army ammo trailer**                                                        **$300.00**
                 **500 Rock Harbor Court, Granbury, Texas**

**41. Inventory**

☑ No
☐ Yes. Describe..                                                                                  _____

---

Official Form 106A/B                              **Schedule A/B: Property**                              page 5

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe..... Name of entity:          % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No

    ☐ Yes. Describe.....  _____

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................................................................➔ | **$1,350.00**

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

---

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....  _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................  _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....  _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....  _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................  _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here................................................................➔ | **$0.00**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................➔ | **$0.00** |

---

**Part 8:    List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2**.........................................................................................➔ | **$0.00** |

56.  **Part 2: Total vehicles, line 5** | **$14,000.00** |

57.  **Part 3: Total personal and household items, line 15** | **$7,595.00** |

58.  **Part 4: Total financial assets, line 36** | **$130.00** |

59.  **Part 5: Total business-related property, line 45** | **$1,350.00** |

60.  **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |

61.  **Part 7: Total other property not listed, line 54**    + | **$0.00** |

62.  **Total personal property.**    Add lines 56 through 61.................. | **$23,075.00** | Copy personal property total ➔ + | **$23,075.00** |

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................. | **$23,075.00** |

Debtor 1  **Edmond**        **Joseph**        **Churchman**        Case number (if known) _____

   First Name        Middle Name        Last Name

**6.**    **Household goods and furnishings (details):**

| | |
|---|---|
| **Couch**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$250.00** |
| **Chair**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$100.00** |
| **Coffee Table**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$100.00** |
| **Christmas Tree**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$125.00** |
| **End Table**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$50.00** |
| **Breakfront**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$300.00** |
| **Dining Table**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$300.00** |
| **Queen Mattress Set**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$500.00** |
| **Dell Computer**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$200.00** |
| **Paper Shredder**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$15.00** |
| **Epson Printer**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$125.00** |
| **King size mattress set**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$200.00** |
| **Dresser**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$100.00** |
| **2 End Tables**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$50.00** |
| **Cookware**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$250.00** |
| **Assorted Kitchen Items and Small Appliances**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$300.00** |
| **GE Profile Refrigerator**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$200.00** |
| **Montgomery Ward Upright Freezer**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$45.00** |
| **Small upright un-named freezer**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$50.00** |
| **Sony 32" TV**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$125.00** |
| **Brindle Cowhide Rug**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$100.00** |
| **Mr. Coffee pot**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$10.00** |
| **NOAA Weather Radio**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048** | **$20.00** |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Holmes Heater**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$20.00**

**Janome Sewing Machine**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$250.00**

**Kirby Vacuum wih Accessories**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$400.00**

**Toshiba Laptop**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$150.00**

**Native American Flutes (2)**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$200.00**

**Fireplace tools**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$25.00**

**GE Washer**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$200.00**

**GE Dryer**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$200.00**

**12 Tin Signs**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$120.00**

**Indian print - no author**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$30.00**

**Wolf pint - no author**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$75.00**

**Assorted Tools**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$300.00**

**(4) collapsable chairs**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$40.00**

**Handmake BBQ pit**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$175.00**

**Assorted prints - no author**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$65.00**

**Intex Inflatable Mattress (old)**
**1305 Spanish Flower Dr., Granbury, Tx 76048**                                    **$60.00**

**Misc household goods**                                    **$1,270.00**

39. Office equipment, furnishings, and supplies (details):

**Epson Printer**
**500 Rock Harbor Court, Granbury, Texas**                                    **$300.00**

**Homemade computer**
**500 Rock Harbor Court, Granbury, Texas**                                    **$500.00**

**Two Glass Desk Set**
**500 Rock Harbor Court, Granbury, Tx**                                    **$250.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**1999 Jeep Wrangler TJ (approx. 100000 miles)**<br>**1999 Jeep Wrangler TJ**<br>**500 Rock Harbor Drive, Granbury, Texas**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.1__ | **$6,000.00** | ☑ __$3,775.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1999 Jeep Wrangler TJ (approx. 100000 miles)**<br>**1999 Jeep Wrangler TJ**<br>**500 Rock Harbor Drive, Granbury, Texas**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:* __3.1__ | **$6,000.00** | ☑ **$2,225.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2006 Chevrolet Trailblazer**<br>**500 Rock Harbor Court, Granbury, Texas**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B:* __3.2__ | **$8,000.00** | ☑ **$3,775.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**2006 Chevrolet Trailblazer**<br>**500 Rock Harbor Court, Granbury, Texas**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:* __3.2__ | **$8,000.00** | ☑ **$4,225.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Couch**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B:* __6__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Chair**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B:* __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Coffee Table**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B:* __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Christmas Tree**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B:* __6__ | **$125.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**End Table**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B:* __6__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

Brief description:
**Breakfront**
**1305 Spanish Flower Dr., Granbury, Tx 76048**
Line from *Schedule A/B:* **6**

$300.00 ☑ $300.00 / ☐ 100% of fair market value, up to any applicable statutory limit — **11 U.S.C. § 522(d)(3)**

Brief description:
**Dining Table**
**1305 Spanish Flower Dr., Granbury, Tx 76048**
Line from *Schedule A/B:* **6**

$300.00 ☑ $300.00 / ☐ 100% of fair market value, up to any applicable statutory limit — **11 U.S.C. § 522(d)(3)**

Brief description:
**Queen Mattress Set**
**1305 Spanish Flower Dr., Granbury, Tx 76048**
Line from *Schedule A/B:* **6**

$500.00 ☑ $500.00 / ☐ 100% of fair market value, up to any applicable statutory limit — **11 U.S.C. § 522(d)(3)**

Brief description:
**Dell Computer**
**1305 Spanish Flower Dr., Granbury, Tx 76048**
Line from *Schedule A/B:* **6**

$200.00 ☑ $200.00 / ☐ 100% of fair market value, up to any applicable statutory limit — **11 U.S.C. § 522(d)(3)**

Brief description:
**Paper Shredder**
**1305 Spanish Flower Dr., Granbury, Tx 76048**
Line from *Schedule A/B:* **6**

$15.00 ☑ $15.00 / ☐ 100% of fair market value, up to any applicable statutory limit — **11 U.S.C. § 522(d)(3)**

Brief description:
**Epson Printer**
**1305 Spanish Flower Dr., Granbury, Tx 76048**
Line from *Schedule A/B:* **6**

$125.00 ☑ $125.00 / ☐ 100% of fair market value, up to any applicable statutory limit — **11 U.S.C. § 522(d)(3)**

Brief description:
**King size mattress set**
**1305 Spanish Flower Dr., Granbury, Tx 76048**
Line from *Schedule A/B:* **6**

$200.00 ☑ $200.00 / ☐ 100% of fair market value, up to any applicable statutory limit — **11 U.S.C. § 522(d)(3)**

Brief description:
**Dresser**
**1305 Spanish Flower Dr., Granbury, Tx 76048**
Line from *Schedule A/B:* **6**

$100.00 ☑ $100.00 / ☐ 100% of fair market value, up to any applicable statutory limit — **11 U.S.C. § 522(d)(3)**

Brief description:
**2 End Tables**
**1305 Spanish Flower Dr., Granbury, Tx 76048**
Line from *Schedule A/B:* **6**

$50.00 ☑ $50.00 / ☐ 100% of fair market value, up to any applicable statutory limit — **11 U.S.C. § 522(d)(3)**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Cookware**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: **6** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Assorted Kitchen Items and Small Appliances**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: **6** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**GE Profile Refrigerator**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: **6** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Montgomery Ward Upright Freezer**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: **6** | **$45.00** | ☑ **$45.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Small upright un-named freezer**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Sony 32" TV**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: **6** | **$125.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Brindle Cowhide Rug**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Mr. Coffee pot**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: **6** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

### Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**NOAA Weather Radio**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*:    **6** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Holmes Heater**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*:    **6** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Janome Sewing Machine**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*:    **6** | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Kirby Vacuum wih Accessories**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*:    **6** | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Toshiba Laptop**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*:    **6** | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Native American Flutes (2)**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*:    **6** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Fireplace tools**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*:    **6** | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**GE Washer**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*:    **6** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**GE Dryer**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*:    **6** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**12 Tin Signs**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: ___6___ | $120.00 | ☑ $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Indian print - no author**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: ___6___ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Wolf pint - no author**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: ___6___ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Assorted Tools**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: ___6___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**(4) collapsable chairs**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: ___6___ | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Handmake BBQ pit**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: ___6___ | $175.00 | ☑ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Assorted prints - no author**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: ___6___ | $65.00 | ☑ $65.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Intex Inflatable Mattress (old)**<br>**1305 Spanish Flower Dr., Granbury, Tx 76048**<br>Line from *Schedule A/B*: ___6___ | $60.00 | ☑ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Misc household goods**<br>Line from *Schedule A/B*: ___6___ | $1,270.00 | ☑ $1,270.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Basic Clothing for Ed and Kimberly**<br>**500 Rock Harbor Court, Granbury Texas**<br>Line from *Schedule A/B*: __11__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**cash**<br>**In our home**<br>Line from *Schedule A/B*: __16__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Wells Fargo Business Checking**<br>**Wells Fargo Bank**<br>Line from *Schedule A/B*: __17.1__ | **$80.00** | ☑ **$80.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Epson Printer**<br>**500 Rock Harbor Court, Granbury, Texas**<br>Line from *Schedule A/B*: __39__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| Brief description:<br>**Homemade computer**<br>**500 Rock Harbor Court, Granbury, Texas**<br>Line from *Schedule A/B*: __39__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Two Glass Desk Set**<br>**500 Rock Harbor Court, Granbury, Tx**<br>Line from *Schedule A/B*: __39__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**WWII Army ammo trailer**<br>**500 Rock Harbor Court, Granbury, Texas**<br>Line from *Schedule A/B*: __40__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)    _____

☐ Check if this is an
  amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|

Add the dollar value of your entries in Column A on this page. Write that number here:    ☐ $0.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☒ No.  Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐    No.  You have nothing to report in this part.  Submit this form to the court with you other schedules.

☑    Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  |
|---|---|
|  | **Total claim** |

| 4.1 | | $717.54 |

**A1 Collections LLC**
Nonpriority Creditor's Name
**PO Box 1929**
Number          Street
_____
_____
_____

**Grand Junction          CO      81502**
City                              State      ZIP Code

**Who incurred the debt?**    Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☑  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number    7    8    7    4**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
      **Medical bills**

| 4.2 | | $1,787.00 |

**A1 Collections LLC**
Nonpriority Creditor's Name
**PO Box 1929**
Number          Street
_____
_____
_____

**Grand Junction          CO      81502**
City                              State      ZIP Code

**Who incurred the debt?**    Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☑  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number    1    D    1**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
      **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**

$1,711.00

**A1 Collections LLC**
Nonpriority Creditor's Name
**PO Box 1929**
Number      Street

Last 4 digits of account number   **5**   **2**   **1**   **5**

When was the debt incurred?   **5/1/2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Junction            CO      81502**
City                        State   ZIP Code

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.4**

$68.00

**ABK Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 1879**
Number      Street

Last 4 digits of account number   **X**   **X**   **X**   **X**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**St. Charles            MO      63302**
City                    State   ZIP Code

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.5**

$68.41

**ABK Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 1879**
Number      Street

Last 4 digits of account number   **7**   **5**   **5**   **3**

When was the debt incurred?   **2/4/11**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**St. Charles            MO      63302**
City                    State   ZIP Code

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.6 | | $114.74 |
|---|---|---|

**ABK Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 1879**
Number      Street

_____

**St. Charles          MO      63302**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    1    7    0    9
**When was the debt incurred?**    2/5/11

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| 4.7 | | $1,087.00 |
|---|---|---|

**ABK Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 1879**
Number      Street

_____

**St. Charles          MO      63302**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    9    3    1    7
**When was the debt incurred?**    3/4/10

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| 4.8 | | $944.00 |
|---|---|---|

**Account Recovery Services**
Nonpriority Creditor's Name
**3144 SW 28th Ave Ste A**
Number      Street

_____

**Amarillo          TX      79109**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    3    9    2    5
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.9 | | **$65.00** |
|---|---|---|

**Account Recovery Services**
Nonpriority Creditor's Name
**3144 SW 28th Ave Ste A**
Number      Street
_____

**Amarillo          TX      79109**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8   6   9   1**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| 4.10 | | **$267.20** |
|---|---|---|

**Alere Toxicology**
Nonpriority Creditor's Name
**1342 Court Street**
Number      Street
_____

**Fort Smith          VA      23704**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8   7   4   3**
**When was the debt incurred?**    **2/19/14**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| 4.11 | | **$46.00** |
|---|---|---|

**Allied Collection Service**
Nonpriority Creditor's Name
**3080 S. Durango Ste #20**
Number      Street
_____

**Las Vegas          NV      89917**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5   6   0   1**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.12** | | $1,787.57

**Alpine Orthopedics**
Nonpriority Creditor's Name
**112 W Spencer Ave Ste B**
Number        Street

_____

_____

**Gunnison          CO      81230**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    D    1    M    A
**When was the debt incurred?**    8/19/10

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.13** | | $633.98

**AT&T**
Nonpriority Creditor's Name
**PO Box 419655**
Number        Street

_____

**Austin              TX      78704**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0    1    2    6
**When was the debt incurred?**    2/25/08

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Other**

---

**4.14** | | $211.54

**AT&T Mobility Attn: Bankruptcy Dept**
Nonpriority Creditor's Name
**1801 Valley View Lane**
Number        Street

_____

**Farmers Branch      TX      75234**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    1    8    3    7
**When was the debt incurred?**    8/12

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Other**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**                                                                                               $443.84

**AT&T Mobility Attn: Bankruptcy Dept**          Last 4 digits of account number    7  1  8  1
Nonpriority Creditor's Name
**1801 Valley View Lane**                        When was the debt incurred?    _____
Number        Street

As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
_____                         ☐ Unliquidated
                                                 ☐ Disputed

**Farmers Branch**       **TX**   **75234**
City                     State    ZIP Code       Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.              ☐ Student loans
☐ Debtor 1 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                     that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another        ☑ Other.  Specify
☑ Check if this claim is for a community debt        **Other**
Is the claim subject to offset?
☑ No
☐ Yes

**4.16**                                                                                               $390.37

**BCM**                                          Last 4 digits of account number    1  4  1  2
Nonpriority Creditor's Name
**PO Box 4800**                                  When was the debt incurred?    _____
Number        Street

As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
_____                         ☐ Unliquidated
                                                 ☐ Disputed

**Houston**              **TX**   **77210**
City                     State    ZIP Code       Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.              ☐ Student loans
☐ Debtor 1 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                     that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another        ☑ Other.  Specify
☑ Check if this claim is for a community debt        **Medical bills**
Is the claim subject to offset?
☑ No
☐ Yes

**4.17**                                                                                               $417.00

**Budget Control Services, Inc**                 Last 4 digits of account number    1  5  0  0
Nonpriority Creditor's Name
**2950 S Jamaica Ct Ste 200**                    When was the debt incurred?    _____
Number        Street

As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
_____                         ☐ Unliquidated
                                                 ☐ Disputed

**Aurora**               **CO**   **80014**
City                     State    ZIP Code       Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.              ☐ Student loans
☐ Debtor 1 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                     that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another        ☑ Other.  Specify
☑ Check if this claim is for a community debt        **Medical bills**
Is the claim subject to offset?
☑ No
☐ Yes

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**

**$649.00**

**Business and Professional**
Nonpriority Creditor's Name
**621 N. Alamo Street**
Number      Street

_____

_____

**San Antonio          TX     78215**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   0   8   1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

---

**4.19**

**$25.00**

**CAC Financial**
Nonpriority Creditor's Name
**2601 NW Expressway**
Number      Street

_____

_____

**Oklahoma City          OK     73112**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **X   X   X   X**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

---

**4.20**

**$550.39**

**Capitol Management Services**
Nonpriority Creditor's Name
**698 1/2 S. Ogden Street**
Number      Street

_____

_____

**Buffalo          NY     14206**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   8   9   9**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21

**Capitol One Bank**
Nonpriority Creditor's Name
**PO Box 30281**
Number        Street

**Salt Lake City        UT        84130**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$2,294.00**

Last 4 digits of account number    **4   6   1   5**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

### 4.22

**Capitol One Bank**
Nonpriority Creditor's Name
**PO Box 30253**
Number        Street

**Salt Lake City        UT        84130**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$269.00**

Last 4 digits of account number    **X   X   X   X**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

### 4.23

**Capitol One Bank**
Nonpriority Creditor's Name
**PO Box 30285**
Number        Street

**Salt Lake City        UT        84130**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$2,410.23**

Last 4 digits of account number    **2   3   4   7**
**When was the debt incurred?** **10/15/12**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit cards**

Debtor 1    **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____
      First Name          Middle Name       Last Name

---

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

---

**4.24**                                                               **$10.00**

**Capitol One Bank**
Nonpriority Creditor's Name
**PO BOX 30253**
Number     Street
_____

_____

**Salt Lake City**     **UT**    **84130**
City              State   ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **7**  **3**  **2**  **1**
**When was the debt incurred?**    **03/10/08**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit cards**

---

**4.25**                                                                 **$10.00**

**Capitol One Bank**
Nonpriority Creditor's Name
**PO BOX 30281**
Number     Street
_____

_____

**Salt Lake City**     **UT**    **84130**
City              State   ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **4**  **6**  **1**  **5**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit cards**

---

**4.26**                                                             **$2,410.00**

**Capitol One Bank**
Nonpriority Creditor's Name
**15000 Capital One Dr**
Number     Street
_____

_____

**Richmond**     **VA**    **23238**
City              State   ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **7**  **0**  **7**  **0**
**When was the debt incurred?**    **04/01/2007**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit cards**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.27**

| | $359.00 |

**Capitol One Bank**
Nonpriority Creditor's Name
**PO Box 30281**
Number        Street

**Salt Lake City          UT     84130**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** 07/2006

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit cards**

---

**4.28**

| | $522.43 |

**Capitol One Bank**
Nonpriority Creditor's Name
**PO Box 30273**
Number        Street

**Salt Lake City          UT     84130**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 2 0 1 5
**When was the debt incurred?** 3/9/12

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Personal loan**

---

**4.29**

| | $1,622.95 |

**Careflight**
Nonpriority Creditor's Name
**PO Box 740847**
Number        Street

**Dallas          TX     75374**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 7 9 1 1
**When was the debt incurred?** 12/3/14

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical bills**

---

Debtor 1 **Edmond** **Joseph** **Churchman** Case number (if known) _____

First Name      Middle Name      Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.30

$1,096.39

**Check Plus Systems**
Nonpriority Creditor's Name
**9901 West IH-10, Ste 665**
Number    Street

_____

**San Antonio**    **TX**    **78230**
City     State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   4   1   7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Other**

### 4.31

$502.03

**Christus Health**
Nonpriority Creditor's Name
**2707 North Loop West, 4th floor**
Number    Street

_____

**Houston**    **TX**    **77008**
City     State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   6   7   0

**When was the debt incurred?** _2/4/11_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

### 4.32

$672.16

**Christus Health**
Nonpriority Creditor's Name
**2707 North Loop West, 4th floor**
Number    Street

_____

**Houston**    **TX**    **77008**
City     State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   7   2   3

**When was the debt incurred?** _2/5/11_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

Debtor 1   **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
           First Name          Middle Name          Last Name

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.33 | | **$150.00** |

**Christus Health**
Nonpriority Creditor's Name
**2707 North Loop West, 4th floor**
Number     Street

_____

**Houston**          **TX**     **77008**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **9**   **4**   **6**   **2**
**When was the debt incurred?**   **4/19/11**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

| 4.34 | | **$1,168.20** |

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number     Street

_____

**Victoria**          **TX**     **77901**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **9**   **7**   **9**   **8**
**When was the debt incurred?**   **1/19/10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

| 4.35 | | **$100.00** |

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number     Street

_____

**Victoria**          **TX**     **77901**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7**   **4**   **0**   **4**
**When was the debt incurred?**   **8/22/10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

---

**4.36**

<div style="text-align:right">**$100.00**</div>

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street
_____
_____

**Victoria**          **TX**    **77901**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3   5   4   9
**When was the debt incurred?**   8/10/10

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Medical bills**

---

**4.37**

<div style="text-align:right">**$100.00**</div>

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street
_____
_____

**Victoria**          **TX**    **77901**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   2   0   1   6
**When was the debt incurred?**   8/6/10

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Medical bills**

---

**4.38**

<div style="text-align:right">**$100.00**</div>

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street
_____
_____

**Victoria**          **TX**    **77901**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1   1   8   2
**When was the debt incurred?**   8/4/10

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.39**

**$1,173.00**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number          Street
_____

**Victoria          TX     77901**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number     9   8   1   5**

**When was the debt incurred?     7/20/10**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Medical bills**

---

**4.40**

**$363.22**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number          Street
_____

**Victoria          TX     77901**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number     0   8   6   0**

**When was the debt incurred?     5/11/10**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Medical bills**

---

**4.41**

**$439.32**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number          Street
_____

**Victoria          TX     77901**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number     8   7   0   1**

**When was the debt incurred?     5/7/10**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Medical bills**

---

Debtor 1  **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
_____      _____      _____
First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                                    **Total claim**

| 4.42 |                                                                                    **$608.16**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street

_____

**Victoria**          **TX**      **77901**
City          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **9   3   9   3**
**When was the debt incurred?**   **3/9/10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Medical bills**

| 4.43 |                                                                                    **$10.00**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street

_____

**Victoria**          **TX**      **77901**
City          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **8   9   0   5**
**When was the debt incurred?**   **3/9/10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Medical bills**

| 4.44 |                                                                                    **$1,443.40**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street

_____

**Victoria**          **TX**      **77901**
City          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **0   0   0   4**
**When was the debt incurred?**   **1/15/10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Medical bills**

Debtor 1   **Edmond**         **Joseph**         **Churchman**          Case number (if known) _____

First Name          Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.45**

**$10.00**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number        Street
_____

**Victoria**          **TX**    **77901**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5**  **9**  **3**  **6**
**When was the debt incurred?**   **9/14/09**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

**4.46**

**$2,284.73**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number        Street
_____

**Victoria**          **TX**    **77901**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1**  **5**  **0**  **5**
**When was the debt incurred?**   **8/6/09**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

**4.47**

**$10.00**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number        Street
_____

**Victoria**          **TX**    **77901**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5**  **7**  **4**  **3**
**When was the debt incurred?**   **11/18/08**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

Debtor 1    **Edmond**         **Joseph**         **Churchman**              Case number (if known) _____
          First Name        Middle Name         Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.48

**$1,026.60**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number       Street
_____

_____

**Victoria**          **TX**    **77901**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5**  **3**  **8**  **7**
**When was the debt incurred?**   **8/3/08**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

### 4.49

**$10.00**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number       Street
_____

_____

**Victoria**          **TX**    **77901**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **2**  **2**  **1**  **7**
**When was the debt incurred?**   **7/25/08**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

### 4.50

**$10.00**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number       Street
_____

_____

**Victoria**          **TX**    **77901**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4**  **6**  **0**  **6**
**When was the debt incurred?**   **7/4/08**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

Debtor 1   **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
First Name          Middle Name          Last Name

<table>
<tr><td></td></tr>
</table>

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.51

| | | **$10.00** |

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number          Street

_____

_____

| **Victoria** | **TX** | **77901** |
|---|---|---|

City          State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1   5   9   8**
**When was the debt incurred?**   **10/17/05**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

### 4.52

| | | **$56,484.07** |

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number          Street

_____

_____

| **Victoria** | **TX** | **77901** |
|---|---|---|

City          State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7   0   0   2**
**When was the debt incurred?**   **10/4/05**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

### 4.53

| | | **$10.00** |

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number          Street

_____

_____

| **Victoria** | **TX** | **77901** |
|---|---|---|

City          State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **8   3   9   6**
**When was the debt incurred?**   **7/21/05**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.54**

| | **$10.00** |
|---|---|

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street

_____

**Victoria**          **TX**      **77901**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   4  6  3  8
**When was the debt incurred?**   7/11/05

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.55**

| | **$10.00** |
|---|---|

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street

_____

**Victoria**          **TX**      **77901**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   5  6  4  0
**When was the debt incurred?**   6/16/05

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.56**

| | **$10.00** |
|---|---|

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street

_____

**Victoria**          **TX**      **77901**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   1  1  2  2
**When was the debt incurred?**   6/3/05

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.57**

| | **$10.00** |
|---|---|

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number       Street

_____

_____

**Victoria**                    **TX**       **77901**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1   1   2   2**
**When was the debt incurred?**   **6/3/05**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.58**

| | **$10.00** |
|---|---|

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number       Street

_____

_____

**Victoria**                    **TX**       **77901**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0   4   1   1**
**When was the debt incurred?**   **6/2/05**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.59**

| | **$10.00** |
|---|---|

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number       Street

_____

_____

**Victoria**                    **TX**       **77901**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0   8   0   5**
**When was the debt incurred?**   **2/22/05**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

Debtor 1  **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____
First Name          Middle Name          Last Name

| | | |
|---|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** | |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.60**

**$10.00**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street
_____
_____

**Victoria**          **TX**    **77901**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **3   2   6   4**
**When was the debt incurred?**    **12/11/04**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Medical bills**

**4.61**

**$10.00**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street
_____
_____

**Victoria**          **TX**    **77901**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0   4   6   5**
**When was the debt incurred?**    **3/30/04**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Medical bills**

**4.62**

**$4,239.40**

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number      Street
_____
_____

**Victoria**          **TX**    **77901**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2   9   0   6**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Medical bills**

Debtor 1  **Edmond**        **Joseph**        **Churchman**           Case number (if known) _____
First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.63**                                                                                   **$126.85**

**Citizens Medical Center**          Last 4 digits of account number   **0   0   2   1**
Nonpriority Creditor's Name
**2701 Hospital Drive**            When was the debt incurred?    **7/25/2002**
Number        Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Victoria**          **TX**     **77901**
City                State    ZIP Code
Who incurred the debt?   Check one.          Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                      ☐ Student loans
☐ Debtor 2 only                      ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other. Specify
                                 **Medical bills**
Is the claim subject to offset?
☑ No
☐ Yes

**4.64**                                                                                   **$82.51**

**Citizens Medical Center**          Last 4 digits of account number   **0   1   1   6**
Nonpriority Creditor's Name
**2701 Hospital Drive**            When was the debt incurred?    **8/18/2002**
Number        Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Victoria**          **TX**     **77901**
City                State    ZIP Code
Who incurred the debt?   Check one.          Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                      ☐ Student loans
☐ Debtor 2 only                      ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other. Specify
                                 **Medical bills**
Is the claim subject to offset?
☑ No
☐ Yes

**4.65**                                                                                   **$56,484.07**

**Citizens Medical Center**          Last 4 digits of account number   **7   0   0   2**
Nonpriority Creditor's Name
**2701 Hospital Drive**            When was the debt incurred?    _____
Number        Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Victoria**          **TX**     **77901**
City                State    ZIP Code
Who incurred the debt?   Check one.          Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                      ☐ Student loans
☐ Debtor 2 only                      ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other. Specify
                                 **Medical bills**
Is the claim subject to offset?
☑ No
☐ Yes

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.66 | | $1,426.53 |

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number        Street

_____

_____

| **Victoria** | **TX** | **77901** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8   8   9   1
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Medical bills**

| 4.67 | | $1,320.00 |

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number        Street

_____

_____

| **Victoria** | **TX** | **77901** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   9   4   8   7
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Medical bills**

| 4.68 | | $1,456.80 |

**Citizens Medical Center**
Nonpriority Creditor's Name
**2701 Hospital Drive**
Number        Street

_____

_____

| **Victoria** | **TX** | **77901** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   2   2   1   7
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Medical bills**

Debtor 1    **Edmond            Joseph            Churchman**            Case number (if known) _____
            First Name        Middle Name        Last Name

**Part 2:        Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.69 | | $9.60 |
|---|---|---|

**Clinical Pathological Laboratories**
Nonpriority Creditor's Name
**PO Box 141669**
Number        Street
_____

**Austin                    TX        78714**
City                        State    ZIP Code

Last 4 digits of account number    **0    5    9    6**
When was the debt incurred?    **8/9/12**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.70 | | $235.00 |
|---|---|---|

**Clinical Pathological Laboratories**
Nonpriority Creditor's Name
**PO Box 141669**
Number        Street
_____

**Austin                    TX        78714**
City                        State    ZIP Code

Last 4 digits of account number    **1    2    8    0**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.71 | | $286.08 |
|---|---|---|

**Comenity Bank/VCTRSSEC**
Nonpriority Creditor's Name
**PO Box 182789**
Number        Street
_____

**Columbus                OH        43218**
City                        State    ZIP Code

Last 4 digits of account number    **7    2    0    4**
When was the debt incurred?    **5/09**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit cards**

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.72 | | $33.05 |
|---|---|---|

**Community Pathology**
Nonpriority Creditor's Name
**PO Box 4677**
Number     Street

_____

_____

**Houston          TX     77210**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   9   5   4   1
**When was the debt incurred?**   12/5/11

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| 4.73 | | $44.00 |
|---|---|---|

**Community Pathology**
Nonpriority Creditor's Name
**PO Box 4677**
Number     Street

_____

_____

**Houston          TX     77210**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   7   2   5
**When was the debt incurred?**   11/30/11

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| 4.74 | | $5.50 |
|---|---|---|

**Community Pathology**
Nonpriority Creditor's Name
**PO Box 4677**
Number     Street

_____

_____

**Houston          TX     77210**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6   5   0   5
**When was the debt incurred?**   10/30/11

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

### 4.75

<div style="text-align:right">$16.10</div>

**Community Pathology**
Nonpriority Creditor's Name
**PO Box 4677**
Number       Street

_____

**Houston                TX       77210**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    2    8    2    6
**When was the debt incurred?**    12/23/11

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

### 4.76

<div style="text-align:right">$11.06</div>

**Community Pathology**
Nonpriority Creditor's Name
**PO Box 4677**
Number       Street

_____

**Houston                TX       77210**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    0    2    6    1
**When was the debt incurred?**    7/12/12

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

### 4.77

<div style="text-align:right">$101.35</div>

**Community Pathology**
Nonpriority Creditor's Name
**PO Box 4677**
Number       Street

_____

**Houston                TX       77210**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    6    7    9    3
**When was the debt incurred?**    8/21/10

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.78**

| | $20.90 |

**Community Pathology**
Nonpriority Creditor's Name
**PO Box 4677**
Number        Street

_____

**Houston**            **TX**    **77210**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5   2   0   7**
**When was the debt incurred?**   **2/26/12**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

**4.79**

| | $11.06 |

**Community Pathology**
Nonpriority Creditor's Name
**PO Box 4677**
Number        Street

_____

**Houston**            **TX**    **77210**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0   2   6   1**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

**4.80**

| | $297.00 |

**Community Radiology**
Nonpriority Creditor's Name
**1250 NE Loop 410 #405**
Number        Street

_____

**San Antonio**        **TX**    **78209**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0   7   2   2**
**When was the debt incurred?**   **2/4/11**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.81**

                         **$175.00**

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number        Street

**Fort Worth**        **TX**    **76112**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **X  X  X  X**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

**4.82**

                         **$175.00**

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number        Street

**Fort Worth**        **TX**    **76112**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **X  X  X  X**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

**4.83**

                         **$175.00**

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number        Street

**Fort Worth**        **TX**    **76112**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **X  X  X  X**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.84**

$175.00

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number        Street
_____

_____

**Fort Worth**          **TX**    **76112**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **X  X  X  X**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

**4.85**

$175.00

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number        Street
_____

_____

**Fort Worth**          **TX**    **76112**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **X  X  X  X**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**4.86**

$175.00

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number        Street
_____

_____

**Fort Worth**          **TX**    **76112**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **X  X  X  X**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

### 4.87

$34.00

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number       Street

**Fort Worth**          **TX**      **76112**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   X   X   X   X
**When was the debt incurred?**   6/1/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bills**

### 4.88

$40.00

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number       Street

**Fort Worth**          **TX**      **76112**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   X   X   X   X
**When was the debt incurred?**   6/1/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

### 4.89

$319.00

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number       Street

**Fort Worth**          **TX**      **76112**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   X   X   X   X
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

Debtor 1   **Edmond**     **Joseph**     **Churchman**      Case number (if known) _____

      First Name        Middle Name       Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

---

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

**4.90**                                                   **$101.00**

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number     Street

_____

**Fort Worth**      **TX**    **76112**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   X   X   X   X
**When was the debt incurred?**   6/1/15

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

---

**4.91**                                                   **$191.00**

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number     Street

_____

**Fort Worth**      **TX**    **76112**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   X   X   X   X
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

---

**4.92**                                                   **$34.00**

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number     Street

_____

**Fort Worth**      **TX**    **76112**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   X   X   X   X
**When was the debt incurred?**   6/1/15

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

---

Debtor 1   **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____
_____   _____   _____
First Name         Middle Name        Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                                    | **Total claim** |

| 4.93 |                                                                                    **$129.00**

**Credit Systems Int'l**
Nonpriority Creditor's Name                    **Last 4 digits of account number**   X   X   X   X
**1277 Country Club Lane**                     **When was the debt incurred?**      _____
Number      Street
_____         **As of the date you file, the claim is:** Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Fort Worth**            **TX**    **76112**
City                      State     ZIP Code    **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.         ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other.  Specify _____
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.94 |                                                                                    **$191.00**

**Credit Systems Int'l**
Nonpriority Creditor's Name                    **Last 4 digits of account number**   X   X   X   X
**1277 Country Club Lane**                     **When was the debt incurred?**      **6/1/15**
Number      Street
_____         **As of the date you file, the claim is:** Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Fort Worth**            **TX**    **76112**
City                      State     ZIP Code    **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.         ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other.  Specify _____
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.95 |                                                                                    **$40.00**

**Credit Systems Int'l**
Nonpriority Creditor's Name                    **Last 4 digits of account number**   X   X   X   X
**1277 Country Club Lane**                     **When was the debt incurred?**      **6/1/15**
Number      Street
_____         **As of the date you file, the claim is:** Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Fort Worth**            **TX**    **76112**
City                      State     ZIP Code    **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.         ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other.  Specify _____
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1   **Edmond**        **Joseph**        **Churchman**           Case number (if known) _____

First Name         Middle Name         Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

**4.96**

$138.00

**Credit Systems Int'l**

Nonpriority Creditor's Name

**1277 Country Club Lane**

Number        Street

_____

_____

**Fort Worth**          **TX**      **76112**

City                      State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   **X   X   X   X**

**When was the debt incurred?**   6/1/15

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

---

**4.97**

$175.00

**Credit Systems Int'l**

Nonpriority Creditor's Name

**1277 Country Club Lane**

Number        Street

_____

_____

**Fort Worth**          **TX**      **76112**

City                      State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   **X   X   X   X**

**When was the debt incurred?**   9/1/15

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

---

**4.98**

$251.00

**Credit Systems Int'l**

Nonpriority Creditor's Name

**1277 Country Club Lane**

Number        Street

_____

_____

**Fort Worth**          **TX**      **76112**

City                      State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   **X   X   X   X**

**When was the debt incurred?**   9/1/15

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

---

**4.99**

**Credit Systems Int'l**
Nonpriority Creditor's Name

**1277 Country Club Lane**
Number          Street

**$78.00**

**Last 4 digits of account number**   X   X   X   X

**When was the debt incurred?**  _____

**Fort Worth**          **TX**      **76112**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify _____

---

**4.100**

**Credit Systems Int'l**
Nonpriority Creditor's Name

**1277 Country Club Lane**
Number          Street

**$460.00**

**Last 4 digits of account number**   X   X   X   X

**When was the debt incurred?**   **9/1/15**

**Fort Worth**          **TX**      **76112**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

**4.101**

**Credit Systems Int'l**
Nonpriority Creditor's Name

**1277 Country Club Lane**
Number          Street

**$259.00**

**Last 4 digits of account number**   X   X   X   X

**When was the debt incurred?**   **9/1/15**

**Fort Worth**          **TX**      **76112**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify _____

---

Debtor 1  **Edmond**      **Joseph**      **Churchman**      Case number (if known) _____

First Name    Middle Name    Last Name

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.102 | | $175.00 |
|---|---|---|

**Credit Systems Int'l**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number    Street

Last 4 digits of account number    X   X   X   X

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**          **TX**    **76112**
City            State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
　 that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify

---

| 4.103 | | $207.50 |
|---|---|---|

**Del Mar College**
Nonpriority Creditor's Name
**101 Baldwin Blvd**
Number    Street

Last 4 digits of account number    n   0   0   5

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Corpus Christi**        **TX**    **78404-3897**
City            State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
　 that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
　 **Other**

---

| 4.104 | | $53.76 |
|---|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number    Street

Last 4 digits of account number    5   5   3   4

When was the debt incurred?    **8/9/00**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Victoria**          **TX**    **77901**
City            State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
　 that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
　 **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

<div style="text-align:right">

**Total claim**

</div>

### 4.105

<div style="text-align:right">

**$575.16**

</div>

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street

**Victoria**              **TX**    **77901**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **4   0   4   5**

**When was the debt incurred?**   **10/11/00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

### 4.106

<div style="text-align:right">

**$190.00**

</div>

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street

**Victoria**              **TX**    **77901**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0   9   7   0**

**When was the debt incurred?**   **3/1/01**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

### 4.107

<div style="text-align:right">

**$415.95**

</div>

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street

**Victoria**              **TX**    **77901**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **4   4   0   9**

**When was the debt incurred?**   **3/14/02**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

Debtor 1  **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
First Name          Middle Name          Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.108 | | **$1,500.00** |
|---|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street
_____

**Victoria**          **TX**    **77901**
City          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **9    7    8    6**
When was the debt incurred?    **6/26/00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Medical bills**

| 4.109 | | **$196.00** |
|---|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street
_____

**Victoria**          **TX**    **77901**
City          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **1    4    9    5**
When was the debt incurred?    **5/14/08**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Medical bills**

| 4.110 | | **$575.76** |
|---|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street
_____

**Victoria**          **TX**    **77901**
City          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **7    4    1    2**
When was the debt incurred?    **3/15/2000**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.111 | | **$190.00** |
|---|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number    Street

_____

**Victoria**    **TX**    **77901**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    7   8   4   5
**When was the debt incurred?**    6/20/00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Medical bills**

| 4.112 | | **$219.40** |
|---|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number    Street

_____

**Victoria**    **TX**    **77901**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    2   6   6   6
**When was the debt incurred?**    12/9/99

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Medical bills**

| 4.113 | | **$100.00** |
|---|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number    Street

_____

**Victoria**    **TX**    **77901**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    1   5   5   7
**When was the debt incurred?**    7/10/12

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.114**

| | **$100.00** |
|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number       Street

_____

**Victoria**            **TX**    **77901**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7**   **9**   **5**   **5**
**When was the debt incurred?**   10/29/11

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.115**

| | **$100.00** |
|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number       Street

_____

**Victoria**            **TX**    **77901**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0**   **7**   **5**   **0**
**When was the debt incurred?**   3/3/11

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.116**

| | **$100.00** |
|---|---|

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number       Street

_____

**Victoria**            **TX**    **77901**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **8**   **7**   **9**   **1**
**When was the debt incurred?**   11/1/11

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|----------|------------|------------|---------------|------------------------|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.117**              **$100.00**

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number        Street

**Victoria**      **TX**    **77901**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **7**   **3**   **0**   **8**
**When was the debt incurred?**   **4/30/11**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

**4.118**              **$6,322.02**

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number        Street

**Victoria**      **TX**    **77901**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **2**   **6**   **6**   **6**
**When was the debt incurred?**   **11/7/10**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

**4.119**              **$100.00**

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number        Street

**Victoria**      **TX**    **77901**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **3**   **2**   **0**   **5**
**When was the debt incurred?**   **9/10/10**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

Debtor 1    **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____

First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                **Total claim**

---

**4.120**                                                                    **$100.00**

**DeTar Hospital**

Nonpriority Creditor's Name

**PO Box 2089**

Number     Street

_____

_____

**Victoria**          **TX**    **77901**

City              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    0   7   8   9

**When was the debt incurred?**    9/6/10

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

---

**4.121**                                                                    **$100.00**

**DeTar Hospital**

Nonpriority Creditor's Name

**PO Box 2089**

Number     Street

_____

_____

**Victoria**          **TX**    **77901**

City              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    4   8   3   7

**When was the debt incurred?**    9/2/10

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

---

**4.122**                                                                    **$100.00**

**DeTar Hospital**

Nonpriority Creditor's Name

**PO Box 2089**

Number     Street

_____

_____

**Victoria**          **TX**    **77901**

City              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    1   9   2   9

**When was the debt incurred?**    8/30/10

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

---

Debtor 1   **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |

| 4.123 | $2,000.39 |

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number　　Street

_____

**Victoria**　　　　**TX**　　**77901**
City　　　　　　　State　　ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **2**  **3**  **2**  **1**
**When was the debt incurred?**   **8/22/10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
　　**Medical bills**

| 4.124 | $100.00 |

**DeTar Hospital**
Nonpriority Creditor's Name
**PO Box 2089**
Number　　Street

_____

**Victoria**　　　　**TX**　　**77901**
City　　　　　　　State　　ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **1**  **7**  **0**  **9**
**When was the debt incurred?**   **8/21/10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
　　**Medical bills**

| 4.125 | $100.00 |

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number　　Street

_____

**Victoria**　　　　**TX**　　**77901**
City　　　　　　　State　　ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **3**  **0**  **1**  **7**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
　　**Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.126**

**$100.00**

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street

_____

**Victoria**          **TX**      **77901**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **8**  **7**  **9**  **1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.127**

**$100.00**

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street

_____

**Victoria**          **TX**      **77901**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **7**  **9**  **5**  **5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.128**

**$10.00**

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street

_____

**Victoria**          **TX**      **77901**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

Debtor 1    **Edmond**          **Joseph**          **Churchman**              Case number (if known) _____

         First Name          Middle Name         Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.129**

                                            **$100.00**

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number    Street

**Victoria**      **TX**   **77901**
City           State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **7   3   0   8**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

**4.130**

                                            **$9,522.41**

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number    Street

**Victoria**      **TX**   **77901**
City           State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **1   7   0   9**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

**4.131**

                                            **$7,422.02**

**DeTar Hospital**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number    Street

**Victoria**      **TX**   **77901**
City           State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **1   9   2   9**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

<div style="text-align:right">**Total claim**</div>

**4.132**

<div style="text-align:right">**$173.38**</div>

**Diagnostic Imaging Assoc.**
Nonpriority Creditor's Name
**1607 N Main Street**
Number      Street

_____

_____

**Victoria**          **TX**      **77901**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**      **6    1    6    3**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

**4.133**

<div style="text-align:right">**$53.00**</div>

**Diagnostic Imaging Assoc.**
Nonpriority Creditor's Name
**1607 N Main Street**
Number      Street

_____

_____

**Victoria**          **TX**      **77901**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**      **2    6    6    6**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

**4.134**

<div style="text-align:right">**$31.08**</div>

**Diagnostic Imaging Assoc.**
Nonpriority Creditor's Name
**1607 N Main Street**
Number      Street

_____

_____

**Victoria**          **TX**      **77901**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**      **4    4    0    3**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.135** | | | **$100.00**

**Diagnostic Imaging Assoc.**
Nonpriority Creditor's Name
**1607 N Main Street**
Number        Street
_____

**Victoria**      **TX**    **77901**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **4**   **4**   **0**   **3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

---

**4.136** | | | **$1,447.76**

**Dillards**
Nonpriority Creditor's Name
**P.O. Box 960012**
Number        Street
_____

**Orlando**      **FL**    **32896-0012**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0**   **3**   **9**   **0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit cards**

---

**4.137** | | | **$446.00**

**Directv**
Nonpriority Creditor's Name
**PO Box 78626**
Number        Street
_____

**Phoenix**      **AZ**    **85062**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **7**   **4**   **5**   **6**

**When was the debt incurred?**   **11/25/12**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Other**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.138

**Dr. Arthur Chin**
Nonpriority Creditor's Name
**PO Box 4348**
Number        Street
_____
_____

**Victoria**              **TX**    **77903**
City                       State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$11.70**

**Last 4 digits of account number**    A    9    9    6
**When was the debt incurred?**    8/2/11

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical bills**

### 4.139

**Dr. Dakshekh-Kumar Pariikh, MD**
Nonpriority Creditor's Name
**2104 Patterson Dr**
Number        Street
_____
_____

**Victoria**              **TX**    **77901**
City                       State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$27.16**

**Last 4 digits of account number**    3    3    7    1
**When was the debt incurred?**    3/26/12

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical bills**

### 4.140

**Dr. Stanley Rhoads**
Nonpriority Creditor's Name
**3902 E US Hwy 377 #100**
Number        Street
_____
_____

**Granbury**              **TX**    **76049**
City                       State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$66.00**

**Last 4 digits of account number**    4    0    0    1
**When was the debt incurred?**    1/8/13

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.141**

| | **$340.00** |

**Dr. Stephen Hudgens**
Nonpriority Creditor's Name
**800 8th Avenue, Ste 510**
Number       Street

_____

**Fort Worth**          **TX**     **76104**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6**  **4**  **7**  **9**
When was the debt incurred?   **12/10/14**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

**4.142**

| | **$1,474.00** |

**Dr. Timothy Huggins**
Nonpriority Creditor's Name
**1212 Clear Lake Rd, Ste 100**
Number       Street

_____

**Weatherford**         **TX**     **76086**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9**  **6**  **0**  **9**
When was the debt incurred?   **9/8/15**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

**4.143**

| | **$770.08** |

**Ebay Mastercard**
Nonpriority Creditor's Name
**PO Box 960080**
Number       Street

_____

**Orlando**             **FL**     **32896-0080**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4**  **4**  **3**  **8**
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Personal loan**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |
|---|---|---|

| 4.144 | | **$249.00** |
|---|---|---|

**EOS CCA**
Nonpriority Creditor's Name
**PO Box 981008**
Number     Street
**Boston, MA 022998**

_____

City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   X  X  X  X
**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Medical bills**

| 4.145 | | **$2,049.00** |
|---|---|---|

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 98637**
Number     Street

_____

**Las Vegas**           **NV**    **89193**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   5  2  6  5
**When was the debt incurred?**   **3/22/16**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

| 4.146 | | **$2,095.00** |
|---|---|---|

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 98637**
Number     Street

_____

**Las Vegas**           **NV**    **89193**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   0  7  2  4
**When was the debt incurred?**   **5/13/16**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.147

**$1,309.00**

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**1021 Holden Street**
Number        Street
_____
_____

**Glen Rose            TX      76043**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **7    0    9    5**
**When was the debt incurred?**    **4/4/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

### 4.148

**$1,951.00**

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**1021 Holden Street**
Number        Street
_____
_____

**Glen Rose            TX      76043**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **4    6    4    2**
**When was the debt incurred?**    **4/20/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

### 4.149

**$1,353.00**

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**1021 Holden Street**
Number        Street
_____
_____

**Glen Rose            TX      76043**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **6    8    1    2**
**When was the debt incurred?**    **7/21/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

Debtor 1    **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
　　　　　　First Name　　　　　Middle Name　　　　Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.150

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**1021 Holden Street**
Number　　　Street

_____

**Glen Rose**　　　　**TX**　　**76043**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$2,049.00**

**Last 4 digits of account number**　　**9**　**6**　**1**　**3**
**When was the debt incurred?**　　**10/20/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

### 4.151

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 98637**
Number　　　Street

_____

**Las Vegas**　　　　**NV**　　**89193**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1,858.00**

**Last 4 digits of account number**　　**9**　**0**　**6**　**5**
**When was the debt incurred?**　　**12/2/14**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

### 4.152

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 98637**
Number　　　Street

_____

**Las Vegas**　　　　**NV**　　**89193**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1,858.00**

**Last 4 digits of account number**　　**4**　**4**　**2**　**4**
**When was the debt incurred?**　　**12/2/14**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

---

**4.153**

**$2,049.00**

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 98637**
Number        Street

**Las Vegas            NV    89193**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    5    2    6    5**
**When was the debt incurred?    3/23/16**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

---

**4.154**

**$2,149.00**

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 98637**
Number        Street

**Las Vegas            NV    89193**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    5    6    6    5**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

---

**4.155**

**$1,420.00**

**Fossil Rim Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 98637**
Number        Street

**Las Vegas            NV    89193**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    0    0    9    8**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

---

Debtor 1  **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____
          First Name          Middle Name         Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">

**Total claim**

</div>

**4.156**

<div style="text-align:right">$345.00</div>

**Gastroenterology Care Consultants**
Nonpriority Creditor's Name
**750 Eureka Street**
Number      Street
_____

**Weatherford          TX      76086**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

**4.157**

<div style="text-align:right">$714.00</div>

**Glen Rose Health Care, Inc.**
Nonpriority Creditor's Name
**409 Glenwood #500**
Number      Street
_____

**Glen Rose             TX      76043**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **1   9   4   8**
**When was the debt incurred?**  **4/20/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

**4.158**

<div style="text-align:right">$1,923.50</div>

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number      Street
_____

**Glen Rose             TX      76043**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **7   5   8   0**
**When was the debt incurred?**  **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.159**
$4,448.57

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number        Street

**Glen Rose**          **TX**     **76043**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **8   4   6   1**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

**4.160**
$398.00

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number        Street

**Glen Rose**          **TX**     **76043**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   9   4   8**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

**4.161**
$6,576.58

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number        Street

**Glen Rose**          **TX**     **76043**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **8   9   6   1**
**When was the debt incurred?**   **10/20/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

Debtor 1   **Edmond**         **Joseph**         **Churchman**         Case number (if known) _____
       First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.162**

                                           **$4,433.57**

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number        Street

**Glen Rose**         **TX**   **76043**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **8**   **4**   **6**   **1**
**When was the debt incurred?**   **4/20/15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.163**

                                           **$1,651.41**

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number        Street

**Glen Rose**         **TX**   **76043**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **3**   **6**   **8**   **1**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.164**

                                           **$8,109.14**

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number        Street

**Glen Rose**         **TX**   **76043**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0**   **4**   **4**   **2**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.165**

**$3,684.06**

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number      Street

_____

**Glen Rose**          **TX**    **76043**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **6** **3** **8** **8**
**When was the debt incurred?**    **1/18/16**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

**4.166**

**$5,144.86**

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number      Street

_____

**Glen Rose**          **TX**    **76043**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **3** **5** **2** **6**
**When was the debt incurred?**    **3/23/16**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

**4.167**

**$4,154.24**

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number      Street

_____

**Glen Rose**          **TX**    **76043**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **9** **0** **7** **2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td colspan="2"></td><td style="text-align:right">**Total claim**</td></tr>
<tr><td>4.168</td><td></td><td style="text-align:right">**$5,491.25**</td></tr>
</table>

| 4.168 | | $5,491.25 |
|---|---|---|

**Glen Rose Medical Center**
Nonpriority Creditor's Name
**1021 Holden Street**
Number      Street

_____

**Glen Rose**          **TX**      **76043**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number      **9**  **5**  **6**  **6**
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| 4.169 | | $460.00 |
|---|---|---|

**Harris Health Physician Group**
Nonpriority Creditor's Name
**PO Box 732262**
Number      Street

_____

**Dallas**          **TX**      **75373**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number      **3**  **2**  **0**  **1**
**When was the debt incurred?**      12/4/14

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| 4.170 | | $73,372.07 |
|---|---|---|

**Harris Southwest**
Nonpriority Creditor's Name
**PO Box 916047**
Number      Street

_____

**Fort Worth**          **TX**      **76191**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number      **5**  **9**  **5**  **6**
**When was the debt incurred?**      12/3-13/14

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.171**

$4,519.75

**Harris Southwest**
Nonpriority Creditor's Name
**PO Box 916047**
Number    Street
_____
_____

**Fort Worth**      **TX**    **76191**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **1**   **3**   **7**   **3**
**When was the debt incurred?**   12/18/14

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Medical bills**

---

**4.172**

$137.79

**Health and Wellness Solutions**
Nonpriority Creditor's Name
**601 E San Antonio, #303W**
Number    Street
_____
_____

**Victoria**      **TX**    **77901**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **0**   **7**   **5**   **1**
**When was the debt incurred?**   361-580-1111

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Medical bills**

---

**4.173**

$102.00

**High Plains Radiological**
Nonpriority Creditor's Name
**PO Box 3780**
Number    Street
_____
_____

**Amarillo**      **TX**    **79116**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **1**   **2**   **7**   **3**
**When was the debt incurred?**   10/20-21/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Medical bills**

---

Debtor 1   **Edmond**      **Joseph**      **Churchman**            Case number (if known) _____

First Name         Middle Name         Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.174

**$1,047.00**

**High Plains Radiological**
Nonpriority Creditor's Name
**PO Box 3780**
Number      Street

_____

**Amarillo**          **TX**   **79116**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1**   **2**   **7**   **3**
**When was the debt incurred?**   **4/20/15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

---

### 4.175

**$944.00**

**High Plains Radiological**
Nonpriority Creditor's Name
**PO Box 3780**
Number      Street

_____

**Amarillo**          **TX**   **79116**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1**   **1**   **N**   **1**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

---

### 4.176

**$65.00**

**High Plains Radiological**
Nonpriority Creditor's Name
**PO Box 3780**
Number      Street

_____

**Dallas**          **TX**   **79116**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1**   **2**   **7**   **3**
**When was the debt incurred?**   **4/20/15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.177**

**$65.00**

**High Plains Radiological**
Nonpriority Creditor's Name
**PO Box 3780**
Number     Street

_____

**Amarillo**          **TX**    **79116**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1**  **2**  **7**  **3**
**When was the debt incurred?**   **1/18/16**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.178**

**$65.00**

**High Plains Radiological**
Nonpriority Creditor's Name
**PO Box 3780**
Number     Street

_____

**Amarillo**          **TX**    **79116**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1**  **2**  **7**  **3**
**When was the debt incurred?**   **01/18/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.179**

**$523.00**

**High Plains Radiological**
Nonpriority Creditor's Name
**PO Box 3780**
Number     Street

_____

**Amarillo**          **TX**    **79116**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **9**  **1**  **4**  **0**
**When was the debt incurred?**   **3/26/16**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

### 4.180

**Hill Country Radiology**
Nonpriority Creditor's Name
**PO Box 674070**
Number        Street

_____

_____

**Dallas**                    **TX**    **75267**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    H  I  L  L**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

**$64.00**

### 4.181

**Hill Country Radiology**
Nonpriority Creditor's Name
**PO Box 674070**
Number        Street

_____

_____

**Dallas**                    **TX**    **75267**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    H  I  L  L**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

**$159.00**

### 4.182

**Hill Country Radiology**
Nonpriority Creditor's Name
**PO Box 674070**
Number        Street

_____

_____

**Dallas**                    **TX**    **75267**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    2  8  4  9**

**When was the debt incurred?** **10/30/12**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

**$291.00**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.183**                                                                                                **$55.00**

**Hill Country Radiology**
Nonpriority Creditor's Name
**PO Box 674070**
Number        Street

_____

**Dallas**                    **TX**      **75267**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1   0   5   5**
**When was the debt incurred?**   **3/10/13**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Medical bills**

**4.184**                                                                                                **$148.00**

**Hill Country Radiology**
Nonpriority Creditor's Name
**PO Box 674070**
Number        Street

_____

**Dallas**                    **TX**      **75267**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5   2   5   2**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Medical bills**

**4.185**                                                                                                **$148.00**

**Hill Country Radiology**
Nonpriority Creditor's Name
**PO Box 674070**
Number        Street

_____

**Dallas**                    **TX**      **75267**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **H   I   L   L**
**When was the debt incurred?**   **9/26/13**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Medical bills**

Debtor 1   **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____
    First Name       Middle Name        Last Name

| | |
|---|---|
| **Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page** | |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.186 | | **$55.00** |
|---|---|---|

**Hill Country Radiology**
Nonpriority Creditor's Name
**PO Box 674070**
Number     Street

**Dallas**          **TX**   **75267**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1**   **0**   **5**   **5**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

| 4.187 | | **$944.00** |
|---|---|---|

**Hill Country Radiology**
Nonpriority Creditor's Name
**PO Box 674070**
Number     Street

**Dallas**          **TX**   **75267**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1**   **9**   **5**   **8**
**When was the debt incurred?**   **12/2/14**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

| 4.188 | | **$649.90** |
|---|---|---|

**Hillcrest Animal Hospital**
Nonpriority Creditor's Name
**4001 John Stockbauer Dr.**
Number     Street

**Victoria**          **TX**   **77904**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **6**   **3**   **7**   **6**
**When was the debt incurred?**   **08/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical bills**

Debtor 1   **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
           First Name           Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.189**                                                                          **$855.00**

**Hood Medical Group**
Nonpriority Creditor's Name
**PO Box 848219**
Number      Street

Last 4 digits of account number   **4   1   2   6**
When was the debt incurred?   **8/21/13**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Boston**               **MA**    **02284**
City                      State    ZIP Code

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Medical bills**

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.190**                                                                          **$1,192.00**

**Hood Medical Group**
Nonpriority Creditor's Name
**PO Box 848219**
Number      Street

Last 4 digits of account number   **4   1   2   6**
When was the debt incurred?   **8/19/13**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Boston**               **MA**    **02284**
City                      State    ZIP Code

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Medical bills**

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.191**                                                                          **$50.00**

**Hood Medical Group**
Nonpriority Creditor's Name
**PO Box 848219**
Number      Street

Last 4 digits of account number   **1   2   9   3**
When was the debt incurred?   **8/12/13**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Boston**               **MA**    **02284**
City                      State    ZIP Code

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Medical bills**

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.192**

Houston Methodist Hospital
Nonpriority Creditor's Name
PO Box 4315
Number      Street
_____

_____

Houston            TX      77210-4315
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$750.00**

**Last 4 digits of account number**    0   2   5   7

**When was the debt incurred?**    9/14/10

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

**4.193**

Houzz
Nonpriority Creditor's Name
310 University Avenue
Number      Street
_____

_____

Palo Alto           CA      94301
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$800.00**

**Last 4 digits of account number**    __  __  __  __

**When was the debt incurred?**    9-12/15

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Other**

---

**4.194**

IBC Bank
Nonpriority Creditor's Name
311 N Virginia
Number      Street
_____

_____

Port Lavaca         TX      77979
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$177.45**

**Last 4 digits of account number**    3   7   4   5

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Personal loan**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.195**

**$10.00**

**Internist Assoc of Houston**
Nonpriority Creditor's Name
**7580 Fannin St Ste 205**
Number      Street

_____

_____

**Houston**          **TX**     **77054**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0  2  2  6**
**When was the debt incurred?**   **12/6/10**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Medical bills**

---

**4.196**

**$10.00**

**Internist Assoc of Houston**
Nonpriority Creditor's Name
**7580 Fannin St Ste 205**
Number      Street

_____

_____

**Houston**          **TX**     **77054**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0  1  3  9**
**When was the debt incurred?**   **12/6/10**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Medical bills**

---

**4.197**

**$774.01**

**JC Penney**
Nonpriority Creditor's Name
**PO BOx 965009**
Number      Street

_____

_____

**Orlando**          **FL**     **32896**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1  2  0  9**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Credit cards**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.198**

**$5,453.00**

**JPS Health Network**
Nonpriority Creditor's Name
**PO Box 901064**
Number      Street

**Last 4 digits of account number**   **5**   **0**   **2**   **2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**          **TX**    **76101**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.199**

**$12,611.17**

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street

**Last 4 digits of account number**   **7**   **1**   **9**   **2**

**When was the debt incurred?**   **6/27/13**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Granbury**          **TX**    **76048**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.200**

**$4,038.13**

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street

**Last 4 digits of account number**   **7**   **5**   **4**   **9**

**When was the debt incurred?**   **6/28/13**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Granbury**          **TX**    **76048**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.201**

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number         Street

_____

_____

**Granbury**          **TX**    **76048**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3** **7** **5** **5**
When was the debt incurred?    **11/27/14**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical bills**

**$1,551.74**

---

**4.202**

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number         Street

_____

_____

**Granbury**          **TX**    **76048**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8** **2** **2** **2**
When was the debt incurred?    **10/30/12**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical bills**

**$11,020.44**

---

**4.203**

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number         Street

_____

_____

**Granbury**          **TX**    **76048**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9** **5** **4** **4**
When was the debt incurred?    **3/10/13**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical bills**

**$4,468.32**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

### 4.204

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street

**$150.00**

Last 4 digits of account number   0   5   1   7

When was the debt incurred?   1/15/13

**Granbury          TX    76048**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

### 4.205

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street

**$3,960.17**

Last 4 digits of account number   1   7   0   1

When was the debt incurred?

**Granbury          TX    76048**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

### 4.206

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street

**$4,738.55**

Last 4 digits of account number   2   2   2   6

When was the debt incurred?   7/29/13

**Granbury          TX    76048**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

**4.207**

<div style="text-align:right">$13,459.71</div>

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number        Street

_____

**Granbury            TX        76048**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    3   3   4   3
**When was the debt incurred?**    8/2/13

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.208**

<div style="text-align:right">$14,616.64</div>

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number        Street

_____

**Granbury            TX        76048**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    7   7   3   9
**When was the debt incurred?**    8/31/13

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.209**

<div style="text-align:right">$39,372.50</div>

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number        Street

_____

**Granbury            TX        76048**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    5   5   6   6
**When was the debt incurred?**    8/20/13

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|----------|------------|------------|---------------|------------------------|------------------|
| | First Name | Middle Name | Last Name | | |

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.210**

| | $263.02 |
|---|---|

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street

_____

_____

**Granbury**          **TX**    **76048**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **0   9   8   5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.211**

| | $632.26 |
|---|---|

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street

_____

_____

**Granbury**          **TX**    **76048**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2   3   6   5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.212**

| | $4,040.27 |
|---|---|

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street

_____

_____

**Granbury**          **TX**    **76048**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **3   9   2   7**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
| | First Name | Middle Name | Last Name | | |

---

<div style="background:black;color:white">**Part 2:**</div>   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

**4.213** | | **$2,457.18**

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street
_____

**Granbury          TX      76048**
City                State    ZIP Code

Last 4 digits of account number    **1   1   9   6**
When was the debt incurred?    **9/28/14**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bills**

---

**4.214** | | **$3,383.74**

**Lake Granbury Medical Center**
Nonpriority Creditor's Name
**1310 Paluxy Road**
Number      Street
_____

**Granbury          TX      76048**
City                State    ZIP Code

Last 4 digits of account number    **3   7   5   6**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bills**

---

**4.215** | | **$1,432.83**

**Law Office of Mark Davis**
Nonpriority Creditor's Name
**120 N. Main**
Number      Street
_____

**Victoria          TX      77901**
City                State    ZIP Code

Last 4 digits of account number    **1   1   4   5**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Other**

---

Debtor 1    **Edmond**        **Joseph**        **Churchman**                    Case number (if known) _____
            First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.216 | |
|---|---|

**$2,800.00**

**Mary Churchman**
Nonpriority Creditor's Name
**1301 Spanish Flower DR**
Number        Street

_____

**Granbury**            **TX**    **76048**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    2/4/16

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Other**

| 4.217 | |
|---|---|

**$196.00**

**Medical Review Services**
Nonpriority Creditor's Name
**PO Box 938**
Number        Street

_____

**Vero Beach**            **FL**    **32961**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    1  4  9  5
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

| 4.218 | |
|---|---|

**$750.00**

**Methodist Hospital System**
Nonpriority Creditor's Name
**PO Box 4315**
Number        Street

_____

**Houston**            **TX**    **77210**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    7  7  0  6
**When was the debt incurred?**    9/14/10

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

Debtor 1 **Edmond** **Joseph** **Churchman** Case number (if known) _____
First Name Middle Name Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.219 | | **$2,303.10** |

**Millinium Loan Fund, LLC**
Nonpriority Creditor's Name
**4600 New Linden Hill Road**
Number Street

**Wilmington** **DE** **19808**
City State ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number **3 1 0 7**
When was the debt incurred? **10/15/15**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Personal loan**

| 4.220 | | **$1,622.75** |

**Millinium Loan Fund, LLC**
Nonpriority Creditor's Name
**4600 New Linden Hill Road**
Number Street

**Wilmington** **DE** **19808**
City State ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number **9 7 2 1**
When was the debt incurred? **10/15/15**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Personal loan**

| 4.221 | | **$29.00** |

**National Credit Collections**
Nonpriority Creditor's Name
**5503 Cherokee Ave, Suite 100**
Number Street

**Alexandria** **VA** **22312**
City State ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number **5 9 4 6**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

Debtor 1   **Edmond**        **Joseph**        **Churchman**          Case number (if known) _____
      First Name      Middle Name      Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.222

**$645.00**

**Paramount Recovery Systems**
Nonpriority Creditor's Name
**105 Deanna St**
Number        Street

_____

**Robinson**              **TX**      **76706**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   X  X  X  X
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify _____

### 4.223

**$771.22**

**Professional Account Services**
Nonpriority Creditor's Name
**1359 E. Margaret Avenue**
Number        Street

_____

**Terre Haute**            **IN**      **47802**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6  1  1  6
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Medical bills**

### 4.224

**$85.30**

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

**Dallas**                **TX**      **75266-0811**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0  2  6  3
**When was the debt incurred?**   **11/2/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

<span style="float:right">Total claim</span>

**4.225**

**$85.30**

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

**Dallas**          **TX**     **75266-0811**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0  2  6  3**
**When was the debt incurred?**   **11/2/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

**4.226**

**$64.85**

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

**Dallas**          **TX**     **75266-0811**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **9  5  2  3**
**When was the debt incurred?**   **8/26/13**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

**4.227**

**$57.05**

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

**Dallas**          **TX**     **75266-0811**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0  7  0  5**
**When was the debt incurred?**   **8/18/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

<div style="text-align:right">**Total claim**</div>

### 4.228

<div style="text-align:right">$62.30</div>

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

_____

**Dallas**              **TX**    **75266-0811**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1   5   0   9
**When was the debt incurred?**   8/9/15

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Medical bills**

### 4.229

<div style="text-align:right">$72.30</div>

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

_____

**Dallas**              **TX**    **75266-0811**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   9   4   5
**When was the debt incurred?**   8/12/15

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Medical bills**

### 4.230

<div style="text-align:right">$277.75</div>

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

_____

**Dallas**              **TX**    **75266-0811**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   9   0   3   3
**When was the debt incurred?**   9/6/15

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.231**

| | | $158.25 |

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

**Dallas**                    **TX**     **75266-0811**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    1   6   7   6
**When was the debt incurred?**    8/29/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.232**

| | | $85.30 |

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

**Dallas**                    **TX**     **75266-0811**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0   2   6   3
**When was the debt incurred?**    11/02/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.233**

| | | $54.00 |

**Propath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number        Street

_____

**Dallas**                    **TX**     **75266-0811**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    5   4   1   8
**When was the debt incurred?**    12/18/14

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

---

Debtor 1    **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____
　　　　　　First Name　　　　Middle Name　　　　Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.234**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$948.00**

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number　　　Street

_____

**Dallas**　　　　　　　**TX**　　**75266-0811**
City　　　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　　**4**　**8**　**9**　**3**
**When was the debt incurred?**　**12/2/14**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.235**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$1,251.20**

**Propath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number　　　Street

_____

**Dallas**　　　　　　　**TX**　　**75266-0811**
City　　　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　　**8**　**2**　**4**　**2**
**When was the debt incurred?**　**12/3-13/14**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.236**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$304.00**

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number　　　Street

_____

**Dallas**　　　　　　　**TX**　　**75266-0811**
City　　　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　　**1**　**9**　**7**　**3**
**When was the debt incurred?**　**12/5/14**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

Debtor 1  **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
First Name          Middle Name          Last Name

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.237

$62.30

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number     Street

**Last 4 digits of account number**   1   5   0   9
**When was the debt incurred?**   8/9/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**   **75266-0811**
City          State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Medical bills**

### 4.238

$72.30

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number     Street

**Last 4 digits of account number**   5   9   4   5
**When was the debt incurred?**   8/12/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**   **75266-0811**
City          State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Medical bills**

### 4.239

$65.00

**ProPath Associates**
Nonpriority Creditor's Name
**PO Box 660811**
Number     Street

**Last 4 digits of account number**   0   1   3   4
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**   **75266-0811**
City          State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.240 | | **$720.00** |
|---|---|---|

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number      Street

_____

_____

**Dallas**                    **TX**    **75320**
City                          State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4**  **0**  **8**  **0**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

| 4.241 | | **$5,275.00** |
|---|---|---|

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number      Street

_____

_____

**Dallas**                    **TX**    **75320**
City                          State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4**  **0**  **8**  **0**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

| 4.242 | | **$360.00** |
|---|---|---|

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number      Street

_____

_____

**Dallas**                    **TX**    **75320**
City                          State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **2**  **2**  **1**  **7**

**When was the debt incurred?**    **10/30/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

Debtor 1    **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____

       First Name        Middle Name       Last Name

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | |
|---|---|
| | **Total claim** |

**4.243** | **$360.00**

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number        Street

**Dallas**                    **TX**    **75320**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4**   **3**   **1**   **6**
When was the debt incurred?    **3/10/13**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Medical bills**

---

**4.244** | **$1,140.00**

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number        Street

**Dallas**                    **TX**    **75320**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1**   **3**   **1**   **5**
When was the debt incurred?    **12/14**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Medical bills**

---

**4.245** | **$360.00**

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number        Street

**Dallas**                    **TX**    **75320**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1**   **3**   **1**   **5**
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

### 4.246

| | **$300.00** |
|---|---|

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number        Street

_____

**Dallas**                     **TX**      **75320**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5**  **1**  **2**  **7**
**When was the debt incurred?**    **1/24/14**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

### 4.247

| | **$425.00** |
|---|---|

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number        Street

_____

**Dallas**                     **TX**      **75320**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8**  **0**  **7**  **1**
**When was the debt incurred?**    **9/28/14**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

### 4.248

| | **$645.00** |
|---|---|

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number        Street

_____

**Dallas**                     **TX**      **75320**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8**  **1**  **8**  **8**
**When was the debt incurred?**    **11/27/14**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.249**

$645.00

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number       Street

_____

**Dallas**                    **TX**     **75320**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___  ___  ___  ___
When was the debt incurred?        **3/1/15**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical bills**

**4.250**

$475.00

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number       Street

_____

**Dallas**                    **TX**     **75320**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **7**  **9**  **0**  **7**
When was the debt incurred?        **6/28/13**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical bills**

**4.251**

$665.00

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number       Street

_____

**Dallas**                    **TX**     **75320**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **7**  **9**  **0**  **6**
When was the debt incurred?        **6/27/13**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.252**

$475.00

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number    Street

_____

**Dallas**        **TX**    **75320**
City         State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    **1**   **3**   **9**   **4**
**When was the debt incurred?**   **7/29/13**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Medical bills**

---

**4.253**

$475.00

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number    Street

_____

**Dallas**        **TX**    **75320**
City         State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    **4**   **7**   **4**   **6**
**When was the debt incurred?**   **8/2/2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Medical bills**

---

**4.254**

$475.00

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number    Street

_____

**Dallas**        **TX**    **75320**
City         State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    **4**   **7**   **4**   **5**
**When was the debt incurred?**   **8/21/13**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.255** | **$665.00**

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number        Street

**Dallas**                    **TX**        **75320**
City                               State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   1   3   1   5
**When was the debt incurred?**   8/18/13

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.256** | **$475.00**

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number        Street

**Dallas**                    **TX**        **75320**
City                               State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   4   7   4   3
**When was the debt incurred?**   8/2/13

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.257** | **$425.00**

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number        Street

**Dallas**                    **TX**        **75320**
City                               State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   1   8   4
**When was the debt incurred?**   11/27/14

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

Debtor 1   **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____
           First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.258
**$665.00**

**Questcare Medical Services PA**
Nonpriority Creditor's Name
**PO Box 201611**
Number      Street

**Dallas**              **TX**    **75320**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4   7   4   4**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical bills**

### 4.259
**$109.00**

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name
**PO Box 887**
Number      Street

**Arlington**           **TX**    **76004**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1   4   7   2**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical bills**

### 4.260
**$1,572.00**

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name
**PO Box 1723**
Number      Street

**Indianapolis**        **IN**    **46206**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **T   C   R   A**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.261**

$319.00

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name

**1277 Country Club Lane**
Number      Street

_____

_____

**Fort Worth**          **TX**    **76112**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **1   4   7   6**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

**4.262**

$38.00

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name

**PO Box 1723**
Number      Street

_____

_____

**Indianapolis**          **IN**    **46206**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **T   C   R   A**

**When was the debt incurred?**    **9/2/14**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

**4.263**

$40.00

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name

**PO Box 1723**
Number      Street

_____

_____

**Indianapolis**          **IN**    **46206**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **T   C   R   A**

**When was the debt incurred?**    **11/27/14**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.264**

**$40.00**

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name
**PO Box 1723**
Number        Street

_____

**Indianapolis          IN    46206**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   R   A   T   C
**When was the debt incurred?**   11/27/14

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.265**

**$2,000.00**

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name
**PO Box 1723**
Number        Street

_____

**Indianapolis          IN    46206**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   T   C   R   A
**When was the debt incurred?**   8/1/15

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.266**

**$711.00**

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name
**PO Box 1723**
Number        Street

_____

**Indianapolis          IN    46206**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   T   C   R   A
**When was the debt incurred?**   8/15

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.267**

$745.00

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name
**PO Box 1723**
Number     Street

_____

_____

**Indianapolis**     **IN**     **46206**
City        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **T**   **C**   **R**   **A**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

**4.268**

$161.00

**Radiology Associates of N. Texas**
Nonpriority Creditor's Name
**PO Box 1723**
Number     Street

_____

_____

**Indanapolis**     **IN**     **46206**
City        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **T**   **C**   **R**   **A**

**When was the debt incurred?**    **9/9/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

**4.269**

$146.00

**Regional Medical Laboratories**
Nonpriority Creditor's Name
**2110 N Navarro**
Number     Street

_____

_____

**Victoria**     **TX**     **77901**
City        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **3**   **0**   **0**   **0**

**When was the debt incurred?**    **8/9/12**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">

**Total claim**
</div>

**4.270**

<div style="text-align:right">

**$534.00**
</div>

**Rio Grande Hospital**
Nonpriority Creditor's Name
**PO Box 1660**
Number     Street

_____

**Greely**          **CO**     **80632**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7**  **8**  **4**  **5**
**When was the debt incurred?**   **7/18/13**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

**4.271**

<div style="text-align:right">

**$5.00**
</div>

**Rio Grande Hospital**
Nonpriority Creditor's Name
**310 County Road 14**
Number     Street

_____

**Del Norte**          **CO**     **81132**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7**  **1**  **3**  **5**
**When was the debt incurred?**   **9/28/09**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

**4.272**

<div style="text-align:right">

**$417.18**
</div>

**Rocky Mountain Radiology**
Nonpriority Creditor's Name
**1873 South Bellaire Street, #420**
Number     Street

_____

**Denver**          **CO**     **80222**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **3**  **6**  **2**  **9**
**When was the debt incurred?**   **7/17/13**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

**4.273**

<div style="text-align:right">**$292.50**</div>

**Skartar LTD, LLP**
Nonpriority Creditor's Name
**400 E 10th Street**
Number        Street

_____

**Waconia**                    **MN**    **55387**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5**  **4**  **2**  **5**
**When was the debt incurred?**    **1/12/12**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

**4.274**

<div style="text-align:right">**$170.78**</div>

**Skartar LTD, LLP**
Nonpriority Creditor's Name
**400 E 10th Street**
Number        Street

_____

**Waconia**                    **MN**    **55387**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5**  **4**  **2**  **5**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bills**

**4.275**

<div style="text-align:right">**$141.96**</div>

**Spears Dewitt Et Al**
Nonpriority Creditor's Name
**4115 Medical Drive #410**
Number        Street

_____

**San Antonio**                **TX**    **78229**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8**  **4**  **3**  **5**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

Debtor 1    **Edmond**        **Joseph**        **Churchman**            Case number (if known) _____
             First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.276 | | **$700.12** |

**Sprint**
Nonpriority Creditor's Name
**PO Box 96031**
Number        Street

_____

**Charlotte**         **NC**    **28296**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    **8   6   9   4**
When was the debt incurred?    **8/20/10**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
   **Other**

| 4.277 | | **$839.00** |

**Synchrony Bank c/o eBay**
Nonpriority Creditor's Name
**PO Box 965064**
Number        Street

_____

**Orlando**          **FL**    **32896**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    **4   4   3   8**
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
   **Credit cards**

| 4.278 | | **$2,448.47** |

**Texas Health Physicians Group**
Nonpriority Creditor's Name
**PO Box 975341**
Number        Street

_____

**Dallas**           **TX**    **75397**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    **3   2   0   1**
When was the debt incurred?    **12/14**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
   **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.279**

| | **$259.00** |

**Texas Health Physicians Group**
Nonpriority Creditor's Name
**PO Box 975341**
Number       Street

_____

_____

**Dallas**                    **TX**      **75397**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2   6   9   0**
When was the debt incurred?    **12/13/14**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

**4.280**

| | **$175.00** |

**Texas Health Physicians Group**
Nonpriority Creditor's Name
**PO Box 975341**
Number       Street

_____

_____

**Dallas**                    **TX**      **75397**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3   0   8   0**
When was the debt incurred?    **12/5/14**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

**4.281**

| | **$78.47** |

**Texas Health Physicians Group**
Nonpriority Creditor's Name
**PO Box 975341**
Number       Street

_____

_____

**Dallas**                    **TX**      **75397**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5   2   0   9**
When was the debt incurred?    **12/10/14**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bills**

Debtor 1    **Edmond**        **Joseph**        **Churchman**                Case number (if known) _____

First Name        Middle Name        Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.282

**$175.00**

**Texas Health Physicians Group**
Nonpriority Creditor's Name
**PO Box 975341**
Number        Street

_____

_____

**Dallas**            **TX**    **75397**
City            State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **4   1   9   1**
**When was the debt incurred?**    **12/11/14**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

### 4.283

**$175.00**

**Texas Health Physicians Group**
Nonpriority Creditor's Name
**PO Box 975341**
Number        Street

_____

_____

**Dallas**            **TX**    **75397**
City            State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **2   6   8   9**
**When was the debt incurred?**    **12/12/14**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

### 4.284

**$175.00**

**Texas Health Physicians Group**
Nonpriority Creditor's Name
**PO Box 975341**
Number        Street

_____

_____

**Dallas**            **TX**    **75397**
City            State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **5   6   0   7**
**When was the debt incurred?**    **12/8/14**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

Debtor 1    **Edmond**    **Joseph**    **Churchman**    Case number (if known) _____

First Name    Middle Name    Last Name

---

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.285**                                                                               **$3,117.81**

**Texas Health Resources**

Nonpriority Creditor's Name

**PO Box 975612**

Number        Street

**Dallas**                        **TX**      **75397**

City                    State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **6**  **3**  **2**  **7**

**When was the debt incurred?**    **8/10/15**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.286**                                                                               **$5,173.67**

**Texas Health Resources**

Nonpriority Creditor's Name

**PO Box 975612**

Number        Street

**Dallas**                        **TX**      **75397**

City                    State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **7**  **1**  **2**  **4**

**When was the debt incurred?**    **8/12/15**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.287**                                                                               **$2,013.69**

**Texas Health Resources**

Nonpriority Creditor's Name

**PO Box 975612**

Number        Street

**Dallas**                        **TX**      **75397**

City                    State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **6**  **2**  **1**  **7**

**When was the debt incurred?**    **8/9/15**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.288

**$3,152.85**

**Texas Health Resources**
Nonpriority Creditor's Name
**PO Box 975612**
Number       Street

_____

**Dallas**          **TX**    **75397**
City          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **2   6   4   6**
**When was the debt incurred?**    **8/29/15**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical bills**

### 4.289

**$40,354.64**

**Texas Health Resources**
Nonpriority Creditor's Name
**PO Box 975612**
Number       Street

_____

**Dallas**          **TX**    **75397**
City          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **5   9   5   6**
**When was the debt incurred?**    **12/3-13/14**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical bills**

### 4.290

**$2,485.86**

**Texas Health Resources**
Nonpriority Creditor's Name
**PO Box 975612**
Number       Street

_____

**Dallas**          **TX**    **75397**
City          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **1   3   7   3**
**When was the debt incurred?**    **12/18/14**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical bills**

Debtor 1    **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____
            First Name          Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**                                                   | **Total claim** |

**4.291**                                                                                                         **$1,100.00**

**Texas Medicine Resources**                    **Last 4 digits of account number**    2  1  1  2
Nonpriority Creditor's Name
**PO Box 3495**                                 **When was the debt incurred?**        _____
Number      Street
_____               **As of the date you file, the claim is:** Check all that apply.
_____               ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Toledo**              **OH**    **43607**
City                    State    ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.           ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other. Specify
☑ **Check if this claim is for a community debt**    **Medical bills**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.292**                                                                                                         **$1,100.00**

**Texas Medicine Resources**                    **Last 4 digits of account number**    3  1  1  0
Nonpriority Creditor's Name
**PO Box 3495**                                 **When was the debt incurred?**        **8/12/15**
Number      Street
_____               **As of the date you file, the claim is:** Check all that apply.
_____               ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Toledo**              **OH**    **43607**
City                    State    ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.           ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other. Specify
☑ **Check if this claim is for a community debt**    **Medical bills**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.293**                                                                                                         **$738.00**

**Texas Medicine Resources**                    **Last 4 digits of account number**    3  9  9  0
Nonpriority Creditor's Name
**PO Box 3495**                                 **When was the debt incurred?**        **8/9/15**
Number      Street
_____               **As of the date you file, the claim is:** Check all that apply.
_____               ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Toledo**              **OH**    **43607**
City                    State    ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.           ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other. Specify
☑ **Check if this claim is for a community debt**    **Medical bills**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 106E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              page 99

Debtor 1   **Edmond**         **Joseph**         **Churchman**                    Case number (if known) _____
           First Name         Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.294

**$1,319.00**

**Texas Medicine Resources**
Nonpriority Creditor's Name
**PO Box 3495**
Number      Street

_____

**Toledo**                **OH**    **43607**
City                      State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **3**  **1**  **1**  **1**
**When was the debt incurred?**    **8/29/15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical bills**

### 4.295

**$1,100.00**

**Texas Medicine Resources**
Nonpriority Creditor's Name
**PO Box 3495**
Number      Street

_____

**Toledo**                **OH**    **43607**
City                      State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **3**  **9**  **9**  **1**
**When was the debt incurred?**    **8/10/15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical bills**

### 4.296

**$1,100.00**

**Texas Medicine Resources**
Nonpriority Creditor's Name
**PO Box 8549**
Number      Street

_____

**Fort Worth**            **TX**    **76124**
City                      State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **7**  **1**  **9**  **7**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical bills**

Debtor 1   **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
First Name          Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.297 | | $1,571.00 |

**Texas Medicine Resources**
Nonpriority Creditor's Name
**PO Box 8549**
Number     Street

_____

**Fort Worth**          **TX**     **76124**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6**  **6**  **2**  **0**
**When was the debt incurred?**   **4/1/15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

| 4.298 | | $2,145.00 |

**Texas Pulmonary Consultants**
Nonpriority Creditor's Name
**700 Main Street, Ste 200**
Number     Street

_____

**Dallas**          **TX**     **75261**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4**  **1**  **0**  **6**
**When was the debt incurred?**   **12/4/14**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

| 4.299 | | $2,133.66 |

**Tri-Wholesale Co**
Nonpriority Creditor's Name
**PO Box 540**
Number     Street

_____

**Port Lavaca**          **TX**     **77979**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7**  **4**  **3**  **5**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Other**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

### 4.300

<div style="text-align:right">**$315.00**</div>

**Twin Fountains Medical Clinic**
Nonpriority Creditor's Name
**108 Twin Fountains Drive**
Number      Street

**Victoria**          **TX**      **77904**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **6    9    7    7**
**When was the debt incurred?**    **5/13/11**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Medical bills**

### 4.301

<div style="text-align:right">**$1,571.00**</div>

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings St Ste 120**
Number      Street

**Arlington**          **TX**      **76010**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **X    X    X    X**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

### 4.302

<div style="text-align:right">**$71,606.00**</div>

**US Dept of Education/GLELSI**
Nonpriority Creditor's Name
**PO Box 7860**
Number      Street

**Madison**          **WI**      **53707**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **X    X    X    X**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Student loan**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.303**

| | **$748.00** |

**Victoria Emergency Associates**
Nonpriority Creditor's Name
**1000 River Road, Ste 100**
Number        Street

_____

**Conshohocken        PA        19428**
City                        State        ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9    5    5    7**
When was the debt incurred?    **10/29/11**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

**4.304**

| | **$57.46** |

**Victoria Emergency Associates**
Nonpriority Creditor's Name
**1000 River Road, Ste 100**
Number        Street

_____

**Conshohocken        PA        19428**
City                        State        ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7    5    0    1**
When was the debt incurred?    **3/3/11**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

**4.305**

| | **$38.91** |

**Victoria Emergency Associates**
Nonpriority Creditor's Name
**1000 River Road, Ste 100**
Number        Street

_____

**Conshohocken        PA        19428**
City                        State        ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0    1    7    2**
When was the debt incurred?    **3/11/11**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.306

$1,257.50

**Victoria Fire Department**
Nonpriority Creditor's Name
**PO Box 940249**
Number        Street

_____

**Houston                    TX        77094**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3  7  5  3

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

### 4.307

$42.13

**Victoria Hospitalist Associates**
Nonpriority Creditor's Name
**506 E San Antonio Street**
Number        Street

_____

**Victoria                    TX        77901**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4  8  7  7

**When was the debt incurred?**   3/26/12

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

### 4.308

$115.20

**Victoria Pathology Group**
Nonpriority Creditor's Name
**PO Box 3037**
Number        Street

_____

**Victoria                    TX        77903**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1  1  9  4

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

Debtor 1   **Edmond**        **Joseph**        **Churchman**              Case number (if known) _____
          First Name        Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.309

**Victoria Pathology Group**                         $64.00
Nonpriority Creditor's Name
**PO Box 3037**
Number        Street

_____

**Victoria**              **TX**    **77903**
City                    State   ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **9**  **4**  **8**  **7**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bills**

### 4.310

**Victoria Pathology Group**                         $202.80
Nonpriority Creditor's Name
**PO Box 3037**
Number        Street

_____

**Victoria**              **TX**    **77903**
City                    State   ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4**  **6**  **0**  **6**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bills**

### 4.311

**Victoria Pathology Group**                         $64.00
Nonpriority Creditor's Name
**PO Box 3037**
Number        Street

_____

**Victoria**              **TX**    **77903**
City                    State   ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **5**  **3**  **8**  **7**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bills**

Debtor 1    **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
_____
First Name          Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                    | **Total claim** |

**4.312**                                                                                                                    **$57.60**

**Victoria Pathology Group**                          Last 4 digits of account number    **1   5   0   5**
Nonpriority Creditor's Name
**PO Box 3037**                                       When was the debt incurred?    _____
Number        Street
                                                      As of the date you file, the claim is: Check all that apply.
_____
                                                      ☐ Contingent
                                                      ☐ Unliquidated
**Victoria**              **TX**    **77903**         ☐ Disputed
City                     State   ZIP Code
Who incurred the debt?    Check one.                  Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                            that you did not report as priority claims
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check if this claim is for a community debt         ☑ Other. Specify
                                                        **Medical bills**
Is the claim subject to offset?
☑ No
☐ Yes

**4.313**                                                                                                                    **$308.40**

**Victoria Radiology**                                Last 4 digits of account number    **2   0   0   9**
Nonpriority Creditor's Name
**2710 Hospital Drive #110**                          When was the debt incurred?    **7/25/7**
Number        Street
                                                      As of the date you file, the claim is: Check all that apply.
_____
                                                      ☐ Contingent
                                                      ☐ Unliquidated
**Victoria**              **TX**    **77901**         ☐ Disputed
City                     State   ZIP Code
Who incurred the debt?    Check one.                  Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                            that you did not report as priority claims
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check if this claim is for a community debt         ☑ Other. Specify
                                                        **Medical bills**
Is the claim subject to offset?
☑ No
☐ Yes

**4.314**                                                                                                                    **$328.00**

**Victoria Radiology**                                Last 4 digits of account number    **2   4   0   7**
Nonpriority Creditor's Name
**2710 Hospital Drive #110**                          When was the debt incurred?    **9/16/07**
Number        Street
                                                      As of the date you file, the claim is: Check all that apply.
_____
                                                      ☐ Contingent
                                                      ☐ Unliquidated
**Victoria**              **TX**    **77901**         ☐ Disputed
City                     State   ZIP Code
Who incurred the debt?    Check one.                  Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                            that you did not report as priority claims
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check if this claim is for a community debt         ☑ Other. Specify
                                                        **Medical bills**
Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1    **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
_____
First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.                                                                    | **Total claim** |

**4.315**                                                                                    **$500.00**

**Victoria Radiology**
Nonpriority Creditor's Name
**2710 Hospital Drive #110**
Number          Street

_____

_____

**Victoria**                    **TX**      **77901**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **4**   **6**   **0**   **6**
**When was the debt incurred?**    **7/4/08**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.316**                                                                                    **$40.00**

**Victoria Radiology**
Nonpriority Creditor's Name
**2710 Hospital Drive #110**
Number          Street

_____

_____

**Victoria**                    **TX**      **77901**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2**   **2**   **1**   **7**
**When was the debt incurred?**    **7/25/08**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

**4.317**                                                                                    **$80.00**

**Victoria Radiology**
Nonpriority Creditor's Name
**2710 Hospital Drive #110**
Number          Street

_____

_____

**Victoria**                    **TX**      **77901**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **5**   **3**   **8**   **7**
**When was the debt incurred?**    **8/3/08**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.318**

**$32.00**

**Victoria Radiology**
Nonpriority Creditor's Name
**2710 Hospital Drive #110**
Number          Street

_____

**Victoria**               **TX**      **77901**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **5**   **9**   **3**   **6**
**When was the debt incurred?**   **9/14/09**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

---

**4.319**

**$60.00**

**Victoria Radiology**
Nonpriority Creditor's Name
**2710 Hospital Drive #110**
Number          Street

_____

**Victoria**               **TX**      **77901**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0**   **0**   **0**   **4**
**When was the debt incurred?**   **1/15/10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

---

**4.320**

**$2.79**

**Victoria Radiology**
Nonpriority Creditor's Name
**2710 Hospital Drive #110**
Number          Street

_____

**Victoria**               **TX**      **77901**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **8**   **7**   **0**   **1**
**When was the debt incurred?**   **5/6/10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.321**

**$3.42**

**Victoria Radiology**
Nonpriority Creditor's Name
**2710 Hospital Drive #110**
Number        Street
_____

_____

**Victoria**          **TX**      **77901**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0**  **8**  **6**  **0**
When was the debt incurred?     **5/11/10**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

---

**4.322**

**$558.45**

**Wall, Smith and Bateman**
Nonpriority Creditor's Name
**700 Main St. Ste. 200**
Number        Street
_____

_____

**Alamosa**          **CO**      **81101**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4**  **1**  **6**  **2**
When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Other**

---

**4.323**

**$4,448.57**

**Ward Legal Associates**
Nonpriority Creditor's Name
**12655 N Central Expy Ste 315**
Number        Street
_____

_____

**Dallas**          **TX**      **75243**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8**  **4**  **6**  **1**
When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical bills**

Debtor 1    **Edmond**      **Joseph**      **Churchman**      Case number (if known) _____
      First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.324**                                                            **$595.00**

**Weatherford Anesthesiologist Assoc, PA**
Nonpriority Creditor's Name
**PO Box 163694**
Number     Street

**Fort Worth**         **TX**     **76161**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8**   **8**   **7**   **6**
**When was the debt incurred?**    **9/8/15**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.325**                                                            **$1,157.00**

**Weatherford Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 3495**
Number     Street

**Toledo**         **OH**    **43607**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8**   **2**   **2**   **4**
**When was the debt incurred?**    **9/6/15**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

**4.326**                                                            **$1,100.00**

**Weatherford Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 3495**
Number     Street

**Toledo**         **OH**    **43607**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3**   **9**   **1**   **6**
**When was the debt incurred?**    **9/6/15**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">

**Total claim**

</div>

---

**4.327**

**$1,100.00**

**Weatherford Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 8108**
Number        Street

_____

**Fort Worth**          **TX**      **76124-0108**
City                    State    ZIP Code

Last 4 digits of account number    **3   9   1   6**

When was the debt incurred?    **8/18/15**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Medical bills**

---

**4.328**

**$1,210.00**

**Weatherford Inpatient Physicians**
Nonpriority Creditor's Name
**PO Box 2440**
Number        Street

_____

**Weatherford**          **TX**      **76806**
City                    State    ZIP Code

Last 4 digits of account number    **0   0   0   6**

When was the debt incurred?    **9/7-13/15**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Medical bills**

---

**4.329**

**$31,175.64**

**Weatherford Regional Medical Center**
Nonpriority Creditor's Name
**PO Box 840407**
Number        Street

_____

**Dallas**          **TX**      **75284**
City                    State    ZIP Code

Last 4 digits of account number    **7   6   3   3**

When was the debt incurred?    **9/7/15**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

---

**4.330**

| | |
|---|---|
| **Weatherford Regional Medical Center** | **$6,574.91** |

Nonpriority Creditor's Name
**PO Box 840407**
Number     Street

**Dallas**              **TX**    **75284**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2   7   1   3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Medical bills**

---

**4.331**

| | |
|---|---|
| **Weatherford Regional Medical Center** | **$6,082.99** |

Nonpriority Creditor's Name
**PO Box 840407**
Number     Street

**Dallas**              **TX**    **75284**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **3   1   2   1**

**When was the debt incurred?**    **11/2/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Medical bills**

---

**4.332**

| | |
|---|---|
| **Weatherford Regional Medical Center** | **$31,175.64** |

Nonpriority Creditor's Name
**PO Box 20440**
Number     Street

**Weatherford**          **TX**    **76086**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **1   0   4   2**

**When was the debt incurred?**    **9/13/15**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Medical bills**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.333

**Wells Fargo Bank, TX**
Nonpriority Creditor's Name
**PO Box 55126**
Number        Street

**$484.64**

Last 4 digits of account number    **9    8    1    6**

When was the debt incurred?    **3/28/14**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Boston                    MA    02205**
City                            State    ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Other**

### 4.334

**Wells Fargo MAC Q2132-023**
Nonpriority Creditor's Name
**PO Box 94423**
Number        Street

**$3,080.73**

Last 4 digits of account number    **0    0    0    1**

When was the debt incurred?    **1/1998**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Albequerque              NM    87199**
City                            State    ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Personal loan**

### 4.335

**Wells Fargo MAC Q2132-023**
Nonpriority Creditor's Name
**PO Box 94423**
Number        Street

**$19,956.00**

Last 4 digits of account number    **8    4    5    0**

When was the debt incurred?    **10/4/2008**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Albequerque              NM    87199**
City                            State    ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Personal loan**

Debtor 1 **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.                                                                  **Total claim**

| | |
|---|---|
| 4.336 | **$6,154.60** |

**Wells Fargo MAC Q2132-023**
Nonpriority Creditor's Name
**PO Box 94423**
Number     Street

_____

**Albequerque**          **NM**     **87199**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0   0   0   1**
When was the debt incurred?    **11/1996**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Personal loan**

| | |
|---|---|
| 4.337 | **$140.46** |

**Your Health Lab**
Nonpriority Creditor's Name
**2110 N Navarro**
Number     Street

_____

**Victoria**          **TX**     **77901**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0   1   4   3**
When was the debt incurred?    **4/29/11**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bills**

Debtor 1   **Edmond**　　　**Joseph**　　　**Churchman**　　　　　Case number (if known) _____
　　　　　　First Name　　　　Middle Name　　　Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**A1 Collections LLC**
Name
**PO Box 1929**
Number　　　Street

**Grand Junction**　　　**CO**　**81502**
City　　　　　　　State　　ZIP Code

**Collecting for Alpine Orthopedics**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 　**D**　**1**　**M**　**A**

---

**Account Recovery Services**
Name
**3144 SW 28th Ave Ste A**
Number　　　Street

**Amarillo**　　　**TX**　**79109**
City　　　　　　　State　　ZIP Code

**Collecting for Hill Country Radiology**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.187** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 　**1**　**9**　**5**　**8**

---

**Account Recovery Services**
Name
**3144 SW 28th Ave Ste A**
Number　　　Street

**Amarillo**　　　**TX**　**79109**
City　　　　　　　State　　ZIP Code

**Collecting for High Plains Radiological**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.176** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 　**1**　**2**　**7**　**3**

---

**Account Recovery Services**
Name
**3144 SW 28th Ave Ste A**
Number　　　Street

**Amarillo**　　　**TX**　**79109**
City　　　　　　　State　　ZIP Code

**Collecting for High Plains Radiological**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.175** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 　**1**　**1**　**N**　**1**

---

**Account Recovery Services**
Name
**3144 SW 28th Ave Ste A**
Number　　　Street

**Amarillo**　　　**TX**　**79109**
City　　　　　　　State　　ZIP Code

**Collecting for High Plains Radiological**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.174** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 　**1**　**2**　**7**　**3**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

---

**Account Recovery Services**
Name
**3144 SW 28th Ave Ste A**
Number       Street

**Amarillo**          **TX**     **79109**
City                State     ZIP Code

**Collecting for High Plains Radiology**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.173** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **1    2    7    3**

---

**Advantage Network Systems**
Name
**PO Box 1180**
Number       Street

**Grand Junction**     **CO**     **81502**
City                State     ZIP Code

**Collecting for Rio Grande Hospital**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.270** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **7    8    4    5**

---

**Alliant Capitol Management**
Name
**3840 East Robinson Rd, Ste 202**
Number       Street

**Amherst**          **NY**     **14228**
City                State     ZIP Code

**Collecting for Capitol One Bank, USA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **2    0    1    5**

---

**Allied Collection Service**
Name
**3080 S. Durango Ste #20**
Number       Street

**Las Vegas**        **NV**     **89917**
City                State     ZIP Code

**Collecting for Unknown provider Allied Collection Serv**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **5    6    0    1**

---

**American Medical Collection Agency**
Name
**PO Box 1235**
Number       Street

**Elmsford**         **NY**     **10523**
City                State     ZIP Code

**Collecting for Clinical Pathological Laboratories**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.69** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **0    5    9    6**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:**     **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**              **TX**    **75204**
City                      State    ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.214** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3   7   5   6**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**              **TX**    **75204**
City                      State    ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.213** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   1   9   6**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**              **TX**    **75204**
City                      State    ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.212** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3   9   2   7**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**              **TX**    **75204**
City                      State    ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.211** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   3   6   5**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**              **TX**    **75204**
City                      State    ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.210** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0   9   8   5**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:   List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**                **TX**   **75204**
City                        State     ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.209** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **5**   **5**   **6**   **6**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**                **TX**   **75204**
City                        State     ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.208** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **7**   **7**   **3**   **9**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**                **TX**   **75204**
City                        State     ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.207** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **3**   **3**   **4**   **3**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**                **TX**   **75204**
City                        State     ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.206** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2**   **2**   **2**   **6**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number       Street

**Dallas**                **TX**   **75204**
City                        State     ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.205** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **1**   **7**   **0**   **1**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.204** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **0   5   1   7**

**Dallas**                    **TX**    **75204**
City                          State    ZIP Code

**Collecting for Lake Granbury Medical Center**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.203** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **9   5   4   4**

**Dallas**                    **TX**    **75204**
City                          State    ZIP Code

**Collecting for Lake Granbury Medical Center**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.202** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **8   2   2   2**

**Dallas**                    **TX**    **75204**
City                          State    ZIP Code

**Collecting for Lake Granbury Medical Center**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.201** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **3   7   5   5**

**Dallas**                    **TX**    **75204**
City                          State    ZIP Code

**Collecting for Lake Granbury Medical Center**

---

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.200** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **7   5   4   9**

**Dallas**                    **TX**    **75204**
City                          State    ZIP Code

**Collecting for Lake Granbury Medical Center**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**</div>

**Balekian Hayes, PLLC**
Name
**4144 North Central Expressway, Ste 1200**
Number      Street

_____

**Dallas**          **TX**    **75204**
City                State    ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.199** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7**  **1**  **9**  **2**

---

**Bay Area Credit Services**
Name
**PO Box 5914**
Number      Street

_____

**Troy**          **MI**    **48007**
City                State    ZIP Code

**Collecting for Fossil Rim Emergency Physicians**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.153** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5**  **2**  **6**  **5**

---

**Bay Area Credit Services**
Name
**PO Box 5914**
Number      Street

_____

**Troy**          **MI**    **48007**
City                State    ZIP Code

**Collecting for Fossil Rim Emergency Physicians**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.150** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9**  **6**  **1**  **3**

---

**Bay Area Credit Services**
Name
**PO Box 467600**
Number      Street

_____

**Atlanta**          **GA**    **31146**
City                State    ZIP Code

**Collecting for Fossil Rim Emergency Physicians**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.148** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4**  **6**  **4**  **2**

---

**Bay Area Credit Services**
Name
**PO Box 467600**
Number      Street

_____

**Atlanta**          **GA**    **31146**
City                State    ZIP Code

**Collecting for Fossil Rim Emergency Physicians**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.147** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7**  **0**  **9**  **5**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:   List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**BCS, Inc**
Name
**PO Box 370107**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.272** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Denver**          **CO**   **80237**
City          State   ZIP Code

Last 4 digits of account number    **3   6   2   9**

**Collecting for Rocky Mountain Radiology**

---

**Budget Control Services, Inc**
Name
**2950 S Jamaica Ct Ste 200**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.188** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Aurora**          **CO**   **80014**
City          State   ZIP Code

Last 4 digits of account number    **6   3   7   6**

**Collecting for Hillcrest Animal Hospital**

---

**Burns, Cooper and Assoc.**
Name
**PO Box 1459**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.300** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Sulphur Springs**   **TX**   **75483**
City          State   ZIP Code

Last 4 digits of account number    **6   9   7   7**

**Collecting for Twin Fountains Medical Clinic**

---

**Burns, Cooper and Assoc.**
Name
**PO Box 1459**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.80** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Sulphur Springs**   **TX**   **75483**
City          State   ZIP Code

Last 4 digits of account number    **0   7   2   2**

**Collecting for Community Radiology**

---

**CDI Affiliated Services**
Name
**1451 N. Hartman St**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.269** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Boise**          **ID**   **83704**
City          State   ZIP Code

Last 4 digits of account number    **3   0   0   0**

**Collecting for Regional Medical Laboratories**

Debtor 1  **Edmond          Joseph          Churchman**                    Case number (if known) _____
          First Name       Middle Name      Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Central Credit Services**
Name
**PO Box 1850**
Number        Street

| On which entry in Part 1 or Part 2 did you list the original creditor? |

Line  **4.152**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4   4   2   4**

**St. Charles          MO      63302**
City                  State   ZIP Code

**Collecting for Fossil Rim Emergency Physicians**

---

**Central Credit Services**
Name
**PO Box 1879**
Number        Street

| On which entry in Part 1 or Part 2 did you list the original creditor? |

Line  **4.6**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   7   0   9**

**St. Charles          MO      63302**
City                  State   ZIP Code

**Collecting for ABK Emergency Physicians**

---

**Christus Physician Group**
Name
**919 Hidden Ridge 6th Floor**
Number        Street

| On which entry in Part 1 or Part 2 did you list the original creditor? |

Line  **4.138**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **A   9   9   6**

**Irving                TX      75038**
City                  State   ZIP Code

**Collecting for Dr. Arthur Chin**

---

**Commonwealth Financial**
Name
**245 Main Street**
Number        Street

| On which entry in Part 1 or Part 2 did you list the original creditor? |

Line  **4.7**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9   3   1   7**

**Dickson City          PA      18519**
City                  State   ZIP Code

**Collecting for ABK Emergency Physicians**

---

**Convergent Outsourcing, Inc.**
Name
**PO Box 9004**
Number        Street

| On which entry in Part 1 or Part 2 did you list the original creditor? |

Line  **4.276**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8   6   9   4**

**Renton                WA      98057**
City                  State   ZIP Code

**Collecting for Sprint**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number      Street

**Hazelwood**          **MO**    **63042**
City                State   ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.214** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3   7   5   6**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number      Street

**Hazelwood**          **MO**    **63042**
City                State   ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.213** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   1   9   6**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number      Street

**Hazelwood**          **MO**    **63042**
City                State   ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.212** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3   9   2   7**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number      Street

**Hazelwood**          **MO**    **63042**
City                State   ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.211** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   3   6   5**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number      Street

**Hazelwood**          **MO**    **63042**
City                State   ZIP Code

**Collecting for Lake Granbury Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.210** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0   9   8   5**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.209** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **5   5   6   6**

**Hazelwood**        **MO**   **63042**
City        State   ZIP Code

**Collecting for Lake Granbury Medical Center**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.208** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **7   7   3   9**

**Hazelwood**        **MO**   **63042**
City        State   ZIP Code

**Collecting for Lake Granbury Medical Center**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.207** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **3   3   4   3**

**Hazelwood**        **MO**   **63042**
City        State   ZIP Code

**Collecting for Lake Granbury Medical Center**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.206** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **2   2   2   6**

**Hazelwood**        **MO**   **63042**
City        State   ZIP Code

**Collecting for Lake Granbury Medical Center**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.205** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **1   7   0   1**

**Hazelwood**        **MO**   **63042**
City        State   ZIP Code

**Collecting for Lake Granbury Medical Center**

Debtor 1    **Edmond**            **Joseph**            **Churchman**            Case number (if known) _____

First Name            Middle Name            Last Name

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Credit Control, LLC**

Name

**5757 Phantom Dr. Suite 330**

Number        Street



**Hazelwood**            **MO**    **63042**

City            State    ZIP Code

**Collecting for Lake Granbury Medical Center**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.204** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0   5   1   7**

---

**Credit Control, LLC**

Name

**5757 Phantom Dr. Suite 330**

Number        Street



**Hazelwood**            **MO**    **63042**

City            State    ZIP Code

**Collecting for Lake Granbury Medical Center**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.203** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9   5   4   4**

---

**Credit Control, LLC**

Name

**5757 Phantom Dr. Suite 330**

Number        Street



**Hazelwood**            **MO**    **63042**

City            State    ZIP Code

**Collecting for Lake Granbury Medical Center**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.202** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8   2   2   2**

---

**Credit Control, LLC**

Name

**5757 Phantom Dr. Suite 330**

Number        Street



**Hazelwood**            **MO**    **63042**

City            State    ZIP Code

**Collecting for Lake Granbury Medical Center**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.201** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3   7   5   5**

---

**Credit Control, LLC**

Name

**5757 Phantom Dr. Suite 330**

Number        Street



**Hazelwood**            **MO**    **63042**

City            State    ZIP Code

**Collecting for Lake Granbury Medical Center**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.200** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7   5   4   9**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.199** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Hazelwood**          **MO**    **63042**
City                   State    ZIP Code

Last 4 digits of account number   **7   1   9   2**

**Collecting for Lake Granbury Medical Center**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.198** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Hazelwood**          **MO**    **63042**
City                   State    ZIP Code

Last 4 digits of account number   **5   0   2   2**

**Collecting for JPS Health Network**

---

**Credit Control, LLC**
Name
**5757 Phantom Dr. Suite 330**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.158** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Hazelwood**          **MO**    **63042**
City                   State    ZIP Code

Last 4 digits of account number   **7   5   8   0**

**Collecting for Glen Rose Medical Center**

---

**Credit Systems Int'l**
Name
**PO Box 1088**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.284** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Arlington**          **TX**    **76004**
City                   State    ZIP Code

Last 4 digits of account number   **5   6   0   7**

**Collecting for Texas Health Physicians Group**

---

**Credit Systems Int'l**
Name
**PO Box 1088**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.283** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Arlington**          **TX**    **76004**
City                   State    ZIP Code

Last 4 digits of account number   **2   6   8   9**

**Collecting for Texas Health Physicians Group**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|----------|-----------|-----------|---------------|------------------------|-----------------|
|          | First Name | Middle Name | Last Name |                       |                 |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|-------------|-------------------------------------------------------------------------------------------|

**Credit Systems Int'l**
Name
**PO Box 1088**
Number        Street

_____

**Arlington**              **TX**    **76004**
City                      State    ZIP Code

**Collecting for Texas Health Physicians Group**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.282** of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4    1    9    1**

---

**Credit Systems Int'l**
Name
**PO Box 1088**
Number        Street

_____

**Arlington**              **TX**    **76004**
City                      State    ZIP Code

**Collecting for Texas Health Physicians Group**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.281** of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5    2    0    9**

---

**Credit Systems Int'l**
Name
**PO Box 1088**
Number        Street

_____

**Arlington**              **TX**    **76004**
City                      State    ZIP Code

**Collecting for Texas Health Physicians Group**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.280** of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3    0    8    0**

---

**Credit Systems Int'l**
Name
**PO Box 1088**
Number        Street

_____

**Arlington**              **TX**    **76004**
City                      State    ZIP Code

**Collecting for Texas Health Physicians Group**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.279** of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2    6    9    0**

---

**Credit Systems Int'l**
Name
**PO Box 1088**
Number        Street

_____

**Arlington**              **TX**    **76004**
City                      State    ZIP Code

**Collecting for Radiology Associates of N. Texas**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.263** of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **T    C    R    A**

Debtor 1    **Edmond**      **Joseph**      **Churchman**      Case number (if known) _____
         First Name       Middle Name       Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Credit Systems Int'l**
Name
**PO Box 1088**
Number     Street

**Arlington**       **TX**    **76004**
City          State    ZIP Code

**Collecting for Radiology Associates of N. Texas**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.261** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1**   **4**   **7**   **6**

---

**Credit Systems Int'l**
Name
**PO Box 1088**
Number     Street

**Arlington**       **TX**    **76004**
City          State    ZIP Code

**Collecting for Radiology Assoc of N. Texas**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.259** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1**   **4**   **7**   **2**

---

**Credit Systems Int'l**
Name
**PO Box 1088**
Number     Street

**Arlington**       **TX**    **76004**
City          State    ZIP Code

**Collecting for Harris Health Physician Group 888-866-8669**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.169** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3**   **2**   **0**   **1**

---

**CSI**
Name
**PO Box 1088**
Number     Street

**Arlington**       **TX**    **76004**
City          State    ZIP Code

**Collecting for Radiology Associates of N. Texas**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.265** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **T**   **C**   **R**   **A**

---

**CSI**
Name
**PO Box 1088**
Number     Street

**Arlington**       **TX**    **76004**
City          State    ZIP Code

**Collecting for Radiology Associates of N. Texas**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.264** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **R**   **A**   **T**   **C**

Debtor 1   **Edmond**          **Joseph**          **Churchman**                     Case number (if known)  _____
       First Name          Middle Name          Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**CSI**
Name
**PO Box 7545**
Number      Street

**Little Rock**            **AR**    **72217**
City                      State   ZIP Code

**Collecting for Radiology Associates of N. Texas**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.262**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **T   C   R   A**

---

**Diversified Healthcare Services**
Name
**PO Box 460036**
Number      Street

**Garland**            **TX**    **75046**
City                  State   ZIP Code

**Collecting for Careflight**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.29**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **7   9   1   1**

---

**Dynamic Recovery Solutions**
Name
**PO Box 25759**
Number      Street

**Greenville**            **SC**    **29616-0759**
City                      State   ZIP Code

**Collecting for ABK Emergency Physicians**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.7**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **9   3   1   7**

---

**Financial Corp of America**
Name
**PO Box 203500**
Number      Street
**800-880-8200**

**Austin**            **TX**    **78720**
City                  State   ZIP Code

**Collecting for Christus Health**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.32**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0   7   2   3**

---

**First National Collection Bureau**
Name
**610 Waltham Way**
Number      Street

**McCarran**            **NV**    **89434**
City                    State   ZIP Code

**Collecting for Directv**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.137**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **7   4   5   6**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**Hawkeye Adjustment**
Name
**PO Box 716**
Number      Street

**Souix City**          **IA**      **51102**
City                    State    ZIP Code

**Collecting for Skartar LTD, LLP**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.274** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5**  **4**  **2**  **5**

---

**Hawkeye Adjustment**
Name
**PO Box 716**
Number      Street

**Souix City**          **IA**      **51102**
City                    State    ZIP Code

**Collecting for Skartar LTD, LLP**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.273** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5**  **4**  **2**  **5**

---

**Island National Group**
Name
**575 Underhill Blvd, #224B**
Number      Street

**Soyosset**          **NY**      **11791**
City                  State    ZIP Code

**Collecting for ******Unknown provider Island Natl Grp**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7**  **8**  **7**  **4**

---

**Medical Data Systems**
Name
**PO Box 182789**
Number      Street

**Vero Beach**          **FL**      **32960**
City                    State    ZIP Code

**Collecting for DeTar Hospital**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.129** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7**  **3**  **0**  **8**

---

**Medical Data Systems**
Name
**PO Box 182789**
Number      Street

**Vero Beach**          **FL**      **32960**
City                    State    ZIP Code

**Collecting for DeTar Hospital**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.127** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7**  **9**  **5**  **5**

---

Debtor 1   **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
           First Name           Middle Name          Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Medical Data Systems**
Name
**PO Box 182789**
Number        Street

_____

**Vero Beach**          **FL**    **32960**
City                    State    ZIP Code

**Collecting for DeTar Hospital**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.126** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8   7   9   1**

---

**Medical Data Systems**
Name
**PO Box 182789**
Number        Street

_____

**Vero Beach**          **FL**    **32960**
City                    State    ZIP Code

**Collecting for DeTar Hospital**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.125** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3   0   1   7**

---

**Medical Review Services**
Name
**PO Box 938**
Number        Street

_____

**Vero Beach**          **FL**    **32961**
City                    State    ZIP Code

**Collecting for DeTar Hospital**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.131** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   9   2   9**

---

**Medical Review Services**
Name
**PO Box 938**
Number        Street

_____

**Vero Beach**          **FL**    **32961**
City                    State    ZIP Code

**Collecting for DeTar Hospital**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.130** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   7   0   9**

---

**Medical Review Services**
Name
**PO Box 938**
Number        Street

_____

**Vero Beach**          **FL**    **32961**
City                    State    ZIP Code

**Collecting for DeTar Hospital**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.128** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|----------|------------|------------|---------------|------------------------|
| | First Name | Middle Name | Last Name | |

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**Miramed Revenue**
Name
**991 Oak Creek Drive**
Number     Street

**Lombard**          **IL**     **60148**
City          State     ZIP Code

**Collecting for Hood Medical Group**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.191** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **1     2     9     3**

---

**Miramed Revenue**
Name
**991 Oak Creek Drive**
Number     Street

**Lombard**          **IL**     **60148**
City          State     ZIP Code

**Collecting for Hood Medical Group**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.190** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **4     1     2     6**

---

**Miramed Revenue**
Name
**991 Oak Creek Drive**
Number     Street

**Lombard**          **IL**     **60148**
City          State     ZIP Code

**Collecting for Hood Medical Group**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.189** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **4     1     2     6**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number     Street

**Robinson**          **TX**     **76706**
City          State     ZIP Code

**Collecting for Questcare Medical Services PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.258** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **4     7     4     4**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number     Street

**Robinson**          **TX**     **76706**
City          State     ZIP Code

**Collecting for Questcare Medical Services PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.257** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **0     1     8     4**

Debtor 1  **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
          First Name          Middle Name          Last Name

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.256** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **4   7   4   3**

**Robinson**          **TX**   **76706**
City                  State    ZIP Code

**Collecting for Questcare Medical Services PA**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.255** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **1   3   1   5**

**Robinson**          **TX**   **76706**
City                  State    ZIP Code

**Collecting for Questcare Medical Services PA**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.254** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **4   7   4   5**

**Robinson**          **TX**   **76706**
City                  State    ZIP Code

**Collecting for Questcare Medical Services PA**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.253** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **4   7   4   6**

**Robinson**          **TX**   **76706**
City                  State    ZIP Code

**Collecting for Questcare Medical Services PA**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.252** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **1   3   9   4**

**Robinson**          **TX**   **76706**
City                  State    ZIP Code

**Collecting for Questcare Medical Services PA**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number *(if known)* | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number      Street

_____

**Robinson**          **TX**   **76706**
City                    State   ZIP Code

**Collecting for Questcare Medical Services PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.251** of  *(Check one:)*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7   9   0   6**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number      Street

_____

**Robinson**          **TX**   **76706**
City                    State   ZIP Code

**Collecting for Questcare Medical Services PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.250** of  *(Check one:)*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7   9   0   7**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number      Street

_____

**Robinson**          **TX**   **76706**
City                    State   ZIP Code

**Collecting for Questcare Medical Services PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.249** of  *(Check one:)*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___   ___   ___   ___

---

**Paramount Recovery Systems**
Name
**111 E. Center St**
Number      Street

_____

**Lorena**          **TX**   **76655-9651**
City                    State   ZIP Code

**Collecting for Questcare Medical Services PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.248** of  *(Check one:)*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8   1   8   8**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number      Street

_____

**Robinson**          **TX**   **76706**
City                    State   ZIP Code

**Collecting for Questcare Medical Services PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.247** of  *(Check one:)*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8   0   7   1**

---

Debtor 1   **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
    First Name          Middle Name          Last Name

**Part 3:**     **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.246**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Robinson**          **TX**   **76706**
City            State   ZIP Code

**Last 4 digits of account number**   **5**  **1**  **2**  **7**

**Collecting for Questcare Medical Services PA**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.245**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Robinson**          **TX**   **76706**
City            State   ZIP Code

**Last 4 digits of account number**   **1**  **3**  **1**  **5**

**Collecting for Questcare Medical Services PA**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.244**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Robinson**          **TX**   **76706**
City            State   ZIP Code

**Last 4 digits of account number**   **1**  **3**  **1**  **5**

**Collecting for Questcare Medical Services PA**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.243**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Robinson**          **TX**   **76706**
City            State   ZIP Code

**Last 4 digits of account number**   **4**  **3**  **1**  **6**

**Collecting for Questcare Medical Services PA**

---

**Paramount Recovery Systems**
Name
**105 Deanna St**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.242**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Robinson**          **TX**   **76706**
City            State   ZIP Code

**Last 4 digits of account number**   **2**  **2**  **1**  **7**

**Collecting for Questcare Medical Services PA**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3:      List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Paramount Recovery Systems**
Name
**PO Box 788**
Number      Street

_____

**Lorena**            **TX**    **76655**
City                State    ZIP Code

**Collecting for Questcare Medical Services PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.241** of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4   0   8   0**

---

**Paramount Recovery Systems**
Name
**PO Box 788**
Number      Street

_____

**Lorena**            **TX**    **76655**
City                State    ZIP Code

**Collecting for Questcare Medical Services PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.240** of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4   0   8   0**

---

**PASI**
Name
**PO Box 188**
Number      Street

_____

**Brentwood**         **TN**    **37024-0188**
City                State    ZIP Code

**Collecting for Weatherford Regional Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.332** of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   0   4   2**

---

**PASI**
Name
**PO Box 188**
Number      Street

_____

**Brentwood**         **TN**    **37024-0188**
City                State    ZIP Code

**Collecting for Weatherford Regional Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.330** of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   7   1   3**

---

**Pendrick Capital Partners**
Name
**1714 Hollinwood Dr**
Number      Street

_____

**Belleview**         **VA**    **22307**
City                State    ZIP Code

**Collecting for ABK Emergency Physicians**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7   5   5   3**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Phoenix Financial**
Name
**PO Box 361450**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.151** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **9**   **0**   **6**   **5**

**Indianapolis**          **IN**      **46236**
City                State      ZIP Code

Collecting for Fossil Rim Emergency Physicians

**Portfolio Recovery and Affiliates**
Name
**120 Corporate Blvd Ste 1**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.277** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **4**   **4**   **3**   **8**

**Norfolk**          **VA**      **23502**
City                State      ZIP Code

Collecting for Synchrony Bank c/o eBay

**Portfolio Recovery and Affiliates**
Name
**120 Corporate Blvd Ste 1**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.197** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **1**   **2**   **0**   **9**

**Norfolk**          **VA**      **23502**
City                State      ZIP Code

Collecting for JC Penney

**Portfolio Recovery and Affiliates**
Name
**120 Corporate Blvd Ste 1**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.136** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0**   **3**   **9**   **0**

**Norfolk**          **VA**      **23502**
City                State      ZIP Code

Collecting for Dillards

**Professional Account Services**
Name
**1359 E. Margaret Avenue**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.191** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **1**   **2**   **9**   **3**

**Terre Haute**          **IN**      **47802**
City                State      ZIP Code

Collecting for Hood Medical Group

Debtor 1  **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
          First Name          Middle Name          Last Name

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Professional Account Services**
Name
**1359 E. Margaret Avenue**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.190** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4**  **1**  **2**  **6**

**Terre Haute**          **IN**      **47802**
City              State        ZIP Code

**Collecting for Hood Medical Group**

---

**Professional Account Services**
Name
**1359 E. Margaret Avenue**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.189** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4**  **1**  **2**  **6**

**Terre Haute**          **IN**      **47802**
City              State        ZIP Code

**Collecting for Hood Medical Group**

---

**Propath Associates**
Name
**PO Box 660811**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.291** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2**  **1**  **1**  **2**

**Dallas**          **TX**      **75266-0811**
City              State        ZIP Code

**Collecting for Texas Medicine Resources**

---

**Scott & Assoc**
Name
**1120 Metrocrest Drive**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.23** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2**  **3**  **4**  **7**

**Carrollton**          **TX**      **75006**
City              State        ZIP Code

**Collecting for Capitol One Bank, USA**

---

**Second Chance**
Name
**PO Box 419655**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.13** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0**  **1**  **2**  **6**

**Austin**          **TX**      **78704**
City              State        ZIP Code

**Collecting for AT&T**

Debtor 1    **Edmond**          **Joseph**          **Churchman**                Case number (if known) _____
           First Name          Middle Name         Last Name

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number        Street

_____

**Mission**          **KS**    **66202**
City                 State   ZIP Code

**Collecting for ProPath Associates**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.239**  of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0**   **1**   **3**   **4**

---

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number        Street

_____

**Mission**          **KS**    **66202**
City                 State   ZIP Code

**Collecting for ProPath Associates**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.236**  of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1**   **9**   **7**   **3**

---

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number        Street

_____

**Mission**          **KS**    **66202**
City                 State   ZIP Code

**Collecting for ProPath Associates**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.234**  of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4**   **8**   **9**   **3**

---

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number        Street

_____

**Mission**          **KS**    **66202**
City                 State   ZIP Code

**Collecting for Propath Account Services**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.233**  of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5**   **4**   **1**   **8**

---

**Synerprise Consulting Services**
Name
**2809 Regal Rd., Ste. 107**
Number        Street

_____

**Plano**            **TX**    **75075**
City                 State   ZIP Code

**Collecting for ProPath Associates**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.229**  of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5**   **9**   **4**   **5**

---

Debtor 1    **Edmond**          **Joseph**          **Churchman**          Case number (if known) _____
          First Name          Middle Name          Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Synerprise Consulting Services**
Name
**2809 Regal Rd., Ste. 107**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.228** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    1    5    0    9**

**Plano**          **TX**    **75075**
City          State    ZIP Code

Collecting for ProPath Associates

**Synerprise Consulting Services**
Name
**2809 Regal Rd., Ste. 107**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.227** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    0    7    0    5**

**Plano**          **TX**    **75075**
City          State    ZIP Code

Collecting for ProPath Associates

**Synerprise Consulting Services**
Name
**2809 Regal Rd., Ste. 107**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.226** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    9    5    2    3**

**Plano**          **TX**    **75075**
City          State    ZIP Code

Collecting for ProPath Associates

**Synerprise Consulting Services**
Name
**2809 Regal Rd., Ste. 107**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.186** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    1    0    5    5**

**Plano**          **TX**    **75075**
City          State    ZIP Code

Collecting for Hill Country Radiology

**Synerprise Consulting Services**
Name
**PO Box 957**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.185** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    H    I    L    L**

**Mission**          **KS**    **66201**
City          State    ZIP Code

Collecting for Hill Country Radiology

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.184** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **5   2   5   2**

**Mission**          **KS**   **66202**
City                 State    ZIP Code

**Collecting for Hill Country Radiology**

---

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.183** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **1   0   5   5**

**Mission**          **KS**   **66202**
City                 State    ZIP Code

**Collecting for Hill Country Radiology**

---

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.182** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **2   8   4   9**

**Mission**          **KS**   **66202**
City                 State    ZIP Code

**Collecting for Hill Country Radiology**

---

**Synerprise Consulting Services**
Name
**2809 Regal Rd., Ste. 107**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.79** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **0   2   6   1**

**Plano**          **TX**   **75075**
City               State    ZIP Code

**Collecting for Community Pathology**

---

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.78** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **5   2   0   7**

**Mission**          **KS**   **62202**
City                 State    ZIP Code

**Collecting for Community Pathology**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Synerprise Consulting Services**
Name
**2809 Regal Rd., Ste. 107**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.77** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **6**  **7**  **9**  **3**

**Plano**            **TX**   **75075**
City               State   ZIP Code

**Collecting for Community Pathology**

---

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.76** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **0**  **2**  **6**  **1**

**Mission**          **KS**   **62202**
City               State   ZIP Code

**Collecting for Community Pathology**

---

**Synerprise Consulting Services**
Name
**5651 Broadmoor Street**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.75** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **2**  **8**  **2**  **6**

**Mission**          **KS**   **66202**
City               State   ZIP Code

**Collecting for Community Pathology**

---

**Synerprise Consulting Services**
Name
**2809 Regal Rd., Ste. 107**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.73** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **5**  **7**  **2**  **5**

**Plano**            **TX**   **75075**
City               State   ZIP Code

**Collecting for Community Pathology**

---

**Synerprise Consulting Services**
Name
**2809 Regal Rd., Ste. 107**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.72** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **9**  **5**  **4**  **1**

**Plano**            **TX**   **75075**
City               State   ZIP Code

**Collecting for Community Pathology**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
| | First Name | Middle Name | Last Name | | |

## Part 3:   List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**The Advantage Group**
Name
**PO Box 1180**
Number        Street

_____

**Grand Junction**        **CO**    **81502**
City        State    ZIP Code

**Collecting for Rio Grande Hospital**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.271**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7    1    3    5**

---

**TLRA**
Name
**2707 North Loop West, Suite 400**
Number        Street

_____

**Houston**        **TX**    **77008**
City        State    ZIP Code

**Collecting for Christus Health**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.33**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9    4    6    2**

---

**TLRA**
Name
**2707 North Loop West, Suite 400**
Number        Street

_____

**Houston**        **TX**    **77008**
City        State    ZIP Code

**Collecting for Christus Health**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.31**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0    6    7    0**

---

**United Revenue Corp**
Name
**204 BILLINGS ST STE 120**
Number        Street

_____

**Arlington**        **TX**    **76010**
City        State    ZIP Code

**Collecting for Weatherford Emergency Physicians**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.327**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3    9    1    6**

---

**United Revenue Corp**
Name
**204 BILLINGS ST STE 120**
Number        Street

_____

**Arlington**        **TX**    **76010**
City        State    ZIP Code

**Collecting for Weatherford Emergency Physicians**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.326**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3    9    1    6**

Debtor 1    **Edmond**      **Joseph**      **Churchman**      Case number (if known) _____
      First Name       Middle Name       Last Name

## Part 3:   List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**United Revenue Corp**
Name
**204 BILLINGS ST STE 120**
Number      Street

**Arlington**       **TX**    **76010**
City         State    ZIP Code

**Collecting for Weatherford Emergency Physicians**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.325** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **8**   **2**   **2**   **4**

---

**United Revenue Corp**
Name
**204 BILLINGS ST STE 120**
Number      Street

**Arlington**       **TX**    **76010**
City         State    ZIP Code

**Collecting for Weatherford Anesthesiologist Assoc, PA**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.324** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **8**   **8**   **7**   **6**

---

**United Revenue Corp**
Name
**204 BILLINGS ST STE 120**
Number      Street

**Arlington**       **TX**    **76010**
City         State    ZIP Code

**Collecting for Texas Medicine Resources**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.297** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **6**   **6**   **2**   **0**

---

**United Revenue Corp**
Name
**204 BILLINGS ST STE 120**
Number      Street

**Arlington**       **TX**    **76010**
City         State    ZIP Code

**Collecting for Texas Medicine Resources**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.295** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **3**   **9**   **9**   **1**

---

**United Revenue Corp**
Name
**204 BILLINGS ST STE 120**
Number      Street

**Arlington**       **TX**    **76010**
City         State    ZIP Code

**Collecting for Texas Medicine Resources**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.294** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **3**   **1**   **1**   **1**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:   List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**United Revenue Corp**
Name
**204 BILLINGS ST STE 120**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.293** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    3   9   9   0**

**Arlington**          **TX**    **76010**
City                   State    ZIP Code

**Collecting for Texas Medicine Resources**

---

**United Revenue Corp**
Name
**204 BILLINGS ST STE 120**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.292** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    3   1   1   0**

**Arlington**          **TX**    **76010**
City                   State    ZIP Code

**Collecting for Texas Medicine Resources**

---

**US Asset Management Company**
Name
**PO Box 981008**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.14** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    1   8   3   7**

**Boston**          **MA**    **02298**
City               State    ZIP Code

**Collecting for AT&T Mobility Attn: Bankruptcy Dept**

---

**Ward Legal Associates**
Name
**12655 N Central Expy Ste 315**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.164** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    0   4   4   2**

**Dallas**          **TX**    **75243**
City               State    ZIP Code

**Collecting for Glen Rose Medical Center**

---

**Ward Legal Associates**
Name
**12655 N Central Expy Ste 315**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.158** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    7   5   8   0**

**Dallas**          **TX**    **75243**
City               State    ZIP Code

**Collecting for Glen Rose Medical Center**

---

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | **$0.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | **$780,420.45** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$780,420.45** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   Person or company with whom you have the contract or lease          State what the contract or lease is for

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

   **Kimberly Lane Churchman**
   Name of your spouse, former spouse, or legal equivalent
   **500 Rock Harbor Court**
   Number        Street

   _____

   | | | |
   |---|---|---|
   | **Granbury** | **TX** | **76048** |
   | City | State | ZIP Code |

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Kimberly** | **Lane** | **Churchman** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☐ Employed ☑ Not employed |
| **Occupation** | | **Unemployed** |
| **Employer's name** | | **N/A** |
| **Employer's address** | Number  Street | Number  Street |
| | City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. **$0.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. **+ $0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. **$0.00** | **$0.00** |

Debtor 1   **Edmond**          **Joseph**          **Churchman**                    Case number (if known) _____
           First Name          Middle Name         Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................ → | 4. | **$0.00** | **$0.00** |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$0.00** | **$0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| 5e. **Insurance** | 5e. | **$0.00** | **$0.00** |
| 5f. **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| 5g. **Union dues** | 5g. | **$0.00** | **$0.00** |
| 5h. **Other deductions.** Specify: _**100.00 IRS Payment**_ | 5h.+ | **$0.00** | **$0.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$0.00** | **$0.00** |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$0.00** | **$0.00** |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. | **$2,869.32** | **$0.00** |

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8b. **Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | **$0.00** | **$0.00** |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8d. **Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| 8e. **Social Security** | 8e. | **$0.00** | **$0.00** |
| 8f. **Other government assistance that you regularly receive** | | | |

Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. **Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| 8h. **Other monthly income.** Specify: _**See continuation sheet**_ | 8h.+ | **$0.00** | **$0.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$2,869.32** | **$0.00** |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$2,869.32** | + | **$0.00** | = | **$2,869.32** |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| | | |
|---|---|---|
| Specify: _____ | 11. + | **$0.00** |

| | | |
|---|---|---|
| **12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | **$2,869.32** **Combined monthly income** |

**13. Do you expect an increase or decrease within the year after you file this form?**

☒ No.   **None.**
☐ Yes. Explain:

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | | Case number (if known) | |
| | First Name | Middle Name | Last Name | | | |

| | | For Debtor 1 | For Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **8h.** | **Other Monthly Income (details)** | | |
| 0 | | $0.00 | $0.00 |
| 0 | | $0.00 | $0.00 |
| | Totals: | $0.00 | $0.00 |

Debtor 1    **Edmond**          **Joseph**          **Churchman**                    Case number (if known)    _____
      First Name          Middle Name          Last Name

8a.  Attached Statement (Debtor 1)


**Gross Monthly Income:**                                                              **$0.00**

Expense                                      Category                          Amount

**Total Monthly Expenses**                                                             **$0.00**
**Net Monthly Income:**                                                                **$0.00**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | | Case number (if known) | |
| | First Name | Middle Name | Last Name | | | |

8a.  Attached Statement (Debtor 1)

### Paragon Residential Design

**Gross Monthly Income:** $4,479.00

| Expense | Category | Amount |
|---|---|---|
| Water | Utilities | **$16.09** |
| Materials | Materials | **$124.76** |
| Electric | Utilities | **$30.81** |
| Verizon | Telephone | **$229.00** |
| Waste | Utilities | **$2.85** |
| Charter | Telephone | **$80.54** |
| State Farm | Insurance | **$6.67** |
| Office expense | Office Supplies | **$105.78** |
| Payroll | Payroll | **$239.51** |
| Engineering | Engineering | **$25.00** |
| Computer | Office Supplies | **$10.99** |
| Rent | Rent | **$267.17** |
| Auto | Auto | **$26.98** |
| Meals | Meals | **$69.94** |
| Lodging | Lodging | **$32.27** |
| Mileage | Mileage | **$341.32** |

**Total Monthly Expenses** $1,609.68

**Net Monthly Income:** $2,869.32

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond**<br>First Name | **Joseph**<br>Middle Name | **Churchman**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Kimberly**<br>First Name | **Lane**<br>Middle Name | **Churchman**<br>Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number<br>(if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                                 12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, attach another sheet to this form.  On the top of any additional pages, write your
name and case number (if known).  Answer every question.

### Part 1:  Describe Your Household

1.  **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes.  **Does Debtor 2 live in a separate household?**

      ☑ No

      ☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**           ☑ No

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☐ Yes.  Fill out this information
   for each dependent.....................

| Dependent's relationship to<br>Debtor 1 or Debtor 2 | Dependent's<br>age | Does dependent<br>live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3.  **Do your expenses include
   expenses of people other than
   yourself and your dependents?**      ☑ No
                                        ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental Schedule J, check the box at the top of
the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**        4.   _____ **$1,400.00**
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a.  Real estate taxes                                          4a.   _____

   4b.  Property, homeowner's, or renter's insurance              4b.   _____ **$52.24**

   4c.  Home maintenance, repair, and upkeep expenses            4c.   _____ **$0.00**

   4d.  Homeowner's association or condominium dues               4d.   _____

Debtor 1   **Edmond**          **Joseph**          **Churchman**                    Case number (if known)  _____

          First Name           Middle Name          Last Name

**Your expenses**

| | | |
|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| **6.** | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a.        **$158.00** |
| | 6b.   Water, sewer, garbage collection | 6b.         **$85.59** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.        **$229.76** |
| | 6d.   Other. Specify:   __Internet__ | 6d.         **$80.58** |
| **7.** | **Food and housekeeping supplies** | 7.        **$450.00** |
| **8.** | **Childcare and children's education costs** | 8. _____ |
| **9.** | **Clothing, laundry, and dry cleaning**          (See continuation sheet(s) for details) | 9.         **$20.00** |
| **10.** | **Personal care products and services** | 10. _____ |
| **11.** | **Medical and dental expenses** | 11.        **$200.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.        **$300.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.          **$0.00** |
| **14.** | **Charitable contributions and religious donations** | 14.          **$0.00** |
| **15.** | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a.          **$0.00** |
| | 15b.   Health insurance | 15b.          **$0.00** |
| | 15c.   Vehicle insurance | 15c.        **$173.86** |
| | 15d.   Other insurance. Specify: _____ | 15d.          **$0.00** |
| **16.** | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16.        **$100.00** |
| **17.** | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1 | 17a.          **$0.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. _____ |
| | 17c.   Other. Specify:   **Title Loan** | 17c.        **$320.84** |
| | 17d.   Other. Specify:   **Title Loan** | 17d.        **$225.00** |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18.          **$0.00** |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19.          **$0.00** |

Debtor 1    **Edmond**            **Joseph**            **Churchman**                    Case number (if known) _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

**20. Other real property expenses not included in lines 4 or 5 of this form or on
Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21. Other.** Specify: **0.00** _____    21. **+** _____ **$0.00**

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. **$3,795.87** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. **$3,795.87** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. **$2,869.32** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** **$3,795.87** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. **($926.55)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

9. **Clothing, laundry, and dry cleaning (details):**
   **Laundry/Dry Cleaning**                                                $20.00

                                                         **Total:**    | $20.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B...................................................................... **$0.00**

    1b. Copy line 62, Total personal property, from Schedule A/B............................................................ **$23,075.00**

    1c. Copy line 63, Total of all property on Schedule A/B...................................................................... **$23,075.00**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... **$0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. **+  $780,420.45**

    **Your total liabilities**    **$780,420.45**

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I................................................................... **$2,869.32**

5. *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J.......................................................................... **$3,795.87**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

| $3,057.50 |
|---|

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)    **$0.00**

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)    **$0.00**

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    **$0.00**

9d.  Student loans.  (Copy line 6f.)    **$0.00**

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    **$0.00**

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+**  **$0.00**

9g.  **Total.**  Add lines 9a through 9f.

| $0.00 |
|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Edmond Joseph Churchman**　　　　　　　X **/s/ Kimberly Lane Churchman**
　　Edmond Joseph Churchman, Debtor 1　　　　　　Kimberly Lane Churchman, Debtor 2

　　Date **07/22/2016**　　　　　　　　　　　　　　Date **07/22/2016**
　　　　MM / DD / YYYY　　　　　　　　　　　　　　　　MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: ☐ Same as Debtor 1 | Dates Debtor 2 lived there ☐ Same as Debtor 1 |
   |---|---|---|---|
   | **1011 Teresa Court** | From **10/12-3/14** | | From _____ |
   | Number    Street | To _____ | Number    Street | To _____ |
   | **Granbury        TX   76048** | | | |
   | City        State  ZIP Code | | City        State  ZIP Code | |

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: ☐ Same as Debtor 1 | Dates Debtor 2 lived there ☐ Same as Debtor 1 |
   |---|---|---|---|
   | **1305 Spanish Flower Dr** | From **3/14-Present** | | From _____ |
   | Number    Street | To _____ | Number    Street | To _____ |
   | **Granbury        TX   76048** | | | |
   | City        State  ZIP Code | | City        State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
| | First Name | Middle Name | Last Name | | |

---

## Part 2:   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$26,875.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2015__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$52,699.30** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2014__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$53,589.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | Debtor 1 | | Debtor 2 | |
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |
| **For the last calendar year:**<br>(January 1 to December 31, __2015__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$4,615.70** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2014__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$21,407.00** |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____ | **$0.00** | _____ | |
| | _____ | _____ | _____ | **$0.00** |
| | _____ | _____ | _____ | |
| **For the last calendar year:** (January 1 to December 31, _2015_ ) YYYY | _____ | **$0.00** | _____ | |
| | _____ | _____ | _____ | **$0.00** |
| | _____ | _____ | _____ | |
| **For the calendar year before that:** (January 1 to December 31, _2014_ ) YYYY | _____ | _____ | _____ | |
| | _____ | _____ | _____ | |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Millennium Loan Fund, LLC** | 3/26/16, | $225.00 | $1,647.84 | ☐ Mortgage |
| Creditor's name | 4/26/16, | | | ☐ Car |
| **4600 New Linden Hill Road** | 5/26/16 | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Wilmington**      **DE**    **19808** | | | | ☐ Other _____ |
| City               State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Millennium Loan Fund, LLC** | 3/26/16, | $320.84 | $2,349.72 | ☐ Mortgage |
| Creditor's name | 4/26/16, | | | ☐ Car |
| **4600 New Linden Hill Road** | 5/26/16 | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Wilmington**      **DE**    **19808** | | | | ☐ Other _____ |
| City               State   ZIP Code | | | | |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

---

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **C-SC20179** | **Civil for recovery of rental deposit** **Status of the Case: Pending** | Court Name _____ Number    Street _____ _____ City            State    ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| Case number **C-SC20179** | | | |
| **Credit Control LLC / Lake Granbury Med Ctr v. Kimberly L Clanton Churchman** | **Civil for recovery of medical bills** | **Hood County Court at Law** Court Name **1200 W. Pearl St.** Number    Street **Granbury, TX 76048** _____ City            State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number **C07144** | | | |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Online Bankruptcy Class** | | | |
| Person Who Was Paid | | | |
| **http://www.myonlinebankruptcyclass.co**| | 6/15/16 | $25.00 |
| Number    Street | | | |
| | | | |
| City                                State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 6

Debtor 1   **Edmond        Joseph        Churchman**                    Case number (if known) _____

First Name        Middle Name        Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Mark Piland** | | | |
| Person Who Was Paid | | | |
| **115 W Pearl Suite 106** | | **6/20/16** | **$335.00** |
| Number    Street | | | |
| | | | |
| **Granbury        TX    76048** | | | |
| City        State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Mark Piland** | | | |
| Person Who Was Paid | | | |
| **115 W. Pearl #106** | | **12/6/15** | **$2,000.00** |
| Number    Street | | | |
| | | | |
| **Granbury        TX    76048** | | | |
| City        State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes.  Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes.  Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No

☐ Yes.  Fill in the details.

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo**<br>Name of Financial Institution<br>**PO Box 6995**<br>Number     Street<br><br>**Portland**    **OR**    **97228**<br>City              State    ZIP Code | XXXX- _7_ _4_ _1_ _2_ | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other | **5/31/16** | **$0.00** |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes. Fill in the details.

## Part 11:  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Paragon Residential Design** | **Architectural Design** | Do not include Social Security number or ITIN. |
| Business Name | | |
| **1305 Spanish Flower Dr** | | EIN: __  __ – __ __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | |
| **PO Box 162** | | Dates business existed |
| | | From  /2013 - Prese   To _____ |
| **Granbury**      **TX**   **76048** | | |
| City            State   ZIP Code | | |

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Paragon Staging**
Business Name

**Describe the nature of the business**
**Staging**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**1305 Spanish Flower Dr**
Number    Street

**Name of accountant or bookkeeper**

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**PO Box 162**

**Dates business existed**

**Granbury        TX    76048**
City                    State    ZIP Code

**From  2015 - Prese**    **To**  _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes.  Fill in the details below.

---

**Part 12:       Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Edmond Joseph Churchman**
Edmond Joseph Churchman, Debtor 1

X **/s/ Kimberly Lane Churchman**
Kimberly Lane Churchman, Debtor 2

Date     **07/22/2016**

Date     **07/22/2016**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

**None.**

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|

**None.**

### Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Edmond Joseph Churchman**                    X **/s/ Kimberly Lane Churchman**
Edmond Joseph Churchman, Debtor 1                    Kimberly Lane Churchman, Debtor 2

Date **07/22/2016**                                   Date **07/22/2016**
MM / DD / YYYY                                        MM / DD / YYYY

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re  **Edmond Joseph Churchman**                                         Case No.  _____
   **Kimberly Lane Churchman**

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................  **$1,500.00**

   Prior to the filing of this statement I have received.......................................................  **$1,500.00**

   Balance Due.............................................................................................................  **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __07/22/2016__ | /s/ E. Mark Piland |
|---|---|
| *Date* | *E. Mark Piland*  Bar No. 16008870 |
| | E. Mark Piland |
| | 115 W Pearl Ste 106 |
| | Granbury TX 76048 |
| | Phone: (817) 579-0207 / Fax: (866) 406-4629 |

---

__/s/ Edmond Joseph Churchman__

**Edmond Joseph Churchman**

__/s/ Kimberly Lane Churchman__

**Kimberly Lane Churchman**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Edmond Joseph Churchman**                            CASE NO
        **Kimberly Lane Churchman**
                                                     CHAPTER      **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/22/2016                                      Signature  /s/ Edmond Joseph Churchman
                                                                         *Edmond Joseph Churchman*

Date  7/22/2016                                      Signature  /s/ Kimberly Lane Churchman
                                                                         *Kimberly Lane Churchman*

A1 Collections LLC
PO Box 1929
Grand Junction, CO 81502

ABK Emergency Physicians
PO Box 1879
St. Charles, MO 63302

Account Recovery Services
3144 SW 28th Ave Ste A
Amarillo, TX 79109

Advantage Network Systems
PO Box 1180
Grand Junction, CO 81502

Alere Toxicology
1342 Court Street
Fort Smith, VA 23704

Alliant Capitol Management
3840 East Robinson Rd, Ste 202
Amherst, NY 14228

Allied Collection Service
3080 S. Durango Ste #20
Las Vegas, NV 89917

Alpine Orthopedics
112 W Spencer Ave Ste B
Gunnison, CO 81230

American Medical Collection Agency
PO Box 1235
Elmsford, NY 10523

AT&T
PO Box 419655
Austin, TX 78704


AT&T Mobility Attn: Bankruptcy Dept
1801 Valley View Lane
Farmers Branch, TX 75234


Balekian Hayes, PLLC
4144 North Central Expressway, Ste 1200
Dallas, TX 75204


Bay Area Credit Services
PO Box 467600
Atlanta, GA 31146


Bay Area Credit Services
PO Box 5914
Troy, MI 48007


BCM
PO Box 4800
Houston, TX 77210


BCS, Inc
PO Box 370107
Denver, CO 80237


Budget Control Services, Inc
2950 S Jamaica Ct Ste 200
Aurora, CO 80014


Burns, Cooper and Assoc.
PO Box 1459
Sulphur Springs, TX 75483

Business and Professional
621 N. Alamo Street
San Antonio, TX 78215


CAC Financial
2601 NW Expressway
Oklahoma City, OK 73112


Capitol Management Services
698 1/2 S. Ogden Street
Buffalo, NY 14206


Capitol One Bank
PO Box 30281
Salt Lake City, UT 84130


Capitol One Bank
PO Box 30253
Salt Lake City, UT 84130


Capitol One Bank
PO Box 30285
Salt Lake City, UT 84130


Capitol One Bank
15000 Capital One Dr
Richmond, VA 23238


Capitol One Bank
PO Box 30273
Salt Lake City, UT 84130


Careflight
PO Box 740847
Dallas, TX 75374

CDI Affiliated Services
1451 N. Hartman St
Boise, ID 83704


Central Credit Services
PO Box 1850
St. Charles, MO 63302


Central Credit Services
PO Box 1879
St. Charles, MO 63302


Check Plus Systems
9901 West IH-10, Ste 665
San Antonio, TX 78230


Christus Health
2707 North Loop West, 4th floor
Houston, TX 77008


Christus Physician Group
919 Hidden Ridge 6th Floor
Irving, TX 75038


Citizens Medical Center
2701 Hospital Drive
Victoria, TX 77901


Clinical Pathological Laboratories
PO Box 141669
Austin, TX 78714


Comenity Bank/VCTRSSEC
PO Box 182789
Columbus, OH 43218

Commonwealth Financial
245 Main Street
Dickson City, PA 18519


Community Pathology
PO Box 4677
Houston, TX 77210


Community Radiology
1250 NE Loop 410 #405
San Antonio, TX 78209


Convergent Outsourcing, Inc.
PO Box 9004
Renton, WA 98057


Credit Control, LLC
5757 Phantom Dr. Suite 330
Hazelwood, MO 63042


Credit Systems Int'l
PO Box 1088
Arlington, TX 76004


Credit Systems Int'l
1277 Country Club Lane
Fort Worth, TX 76112


CSI
PO Box 7545
Little Rock, AR 72217


CSI
PO Box 1088
Arlington, TX 76004

Del Mar College
101 Baldwin Blvd
Corpus Christi, TX 78404-3897


DeTar Hospital
506 E San Antonio Street
Victoria, TX 77901


DeTar Hospital
PO Box 2089
Victoria, TX 77901


Diagnostic Imaging Assoc.
1607 N Main Street
Victoria, TX 77901


Dillards
P.O. Box 960012
Orlando, FL 32896-0012


Directv
PO Box 78626
Phoenix, AZ 85062


Diversified Healthcare Services
PO Box 460036
Garland, TX 75046


Dr. Arthur Chin
PO Box 4348
Victoria, TX 77903


Dr. Dakshekh-Kumar Pariikh, MD
2104 Patterson Dr
Victoria, TX 77901

Dr. Stanley Rhoads
3902 E US Hwy 377 #100
Granbury, TX 76049


Dr. Stephen Hudgens
800 8th Avenue, Ste 510
Fort Worth , TX 76104


Dr. Timothy Huggins
1212 Clear Lake Rd, Ste 100
Weatherford, TX 76086


Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616-0759


Ebay Mastercard
PO Box 960080
Orlando, FL 32896-0080


EOS CCA
PO Box 981008
Boston, MA 022998


Financial Corp of America
PO Box 203500
800-880-8200
Austin, TX 78720


First National Collection Bureau
610 Waltham Way
McCarran, NV 89434


Fossil Rim Emergency Physicians
PO Box 98637
Las Vegas, NV 89193

Fossil Rim Emergency Physicians
1021 Holden Street
Glen Rose, TX 76043


Gastroenterology Care Consultants
750 Eureka Street
Weatherford, TX 76086


Glen Rose Health Care, Inc.
409 Glenwood #500
Glen Rose, TX 76043


Glen Rose Medical Center
1021 Holden Street
Glen Rose, TX 76043


Harris Health Physician Group
PO Box 732262
Dallas, TX 75373


Harris Southwest
PO Box 916047
Fort Worth, TX 76191


Hawkeye Adjustment
PO Box 716
Souix City, IA 51102


Health and Wellness Solutions
601 E San Antonio, #303W
Victoria, TX 77901


High Plains Radiological
PO Box 3780
Amarillo, TX 79116

High Plains Radiological
PO Box 3780
Dallas, TX 79116


Hill Country Radiology
PO Box 674070
Dallas, TX 75267


Hillcrest Animal Hospital
4001 John Stockbauer Dr.
Victoria, TX 77904


Hood Medical Group
PO Box 848219
Boston, MA 02284


Houston Methodist Hospital
PO Box 4315
Houston, TX 77210-4315


Houzz
310 University Avenue
Palo Alto, CA 94301


IBC Bank
311 N Virginia
Port Lavaca, TX 77979


Internist Assoc of Houston
7580 Fannin St Ste 205
Houston, TX 77054


Island National Group
575 Underhill Blvd, #224B
Soyosset, NY 11791

JC Penney
PO BOx 965009
Orlando, FL 32896


JPS Health Network
PO Box 901064
Fort Worth, TX 76101


Lake Granbury Medical Center
1310 Paluxy Road
Granbury, TX 76048


Law Office of Mark Davis
120 N. Main
Victoria, TX 77901


Mary Churchman
1301 Spanish Flower DR
Granbury, TX 76048


Medical Data Systems
PO Box 182789
Vero Beach, FL 32960


Medical Review Services
PO Box 938
Vero Beach, FL 32961


Methodist Hospital System
PO Box 4315
Houston, TX 77210


Millinium Loan Fund, LLC
4600 New Linden Hill Road
Wilmington, DE 19808

Miramed Revenue
991 Oak Creek Drive
Lombard, IL 60148


National Credit Collections
5503 Cherokee Ave, Suite 100
Alexandria, VA 22312


Paramount Recovery Systems
105 Deanna St
Robinson, TX 76706


Paramount Recovery Systems
PO Box 788
Lorena, TX 76655


Paramount Recovery Systems
111 E. Center St
Lorena, TX 76655-9651


PASI
PO Box 188
Brentwood, TN 37024-0188


Pendrick Capital Partners
1714 Hollinwood Dr
Belleview, VA 22307


Phoenix Financial
PO Box 361450
Indianapolis, IN 46236


Portfolio Recovery and Affiliates
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Professional Account Services
1359 E. Margaret Avenue
Terre Haute, IN 47802


ProPath Associates
PO Box 660811
Dallas, TX 75266-0811


Questcare Medical Services PA
PO Box 201611
Dallas, TX 75320


Radiology Associates of N. Texas
PO Box 887
Arlington, TX 76004


Radiology Associates of N. Texas
PO Box 1723
Indianapolis, IN 46206


Radiology Associates of N. Texas
1277 Country Club Lane
Fort Worth, TX 76112


Radiology Associates of N. Texas
PO Box 1723
Indanapolis, IN 46206


Regional Medical Laboratories
2110 N Navarro
Victoria, TX 77901


Rio Grande Hospital
PO Box 1660
Greely, CO 80632

Rio Grande Hospital
310 County Road 14
Del Norte, CO 81132


Rocky Mountain Radiology
1873 South Bellaire Street, #420
Denver, CO 80222


Scott & Assoc
1120 Metrocrest Drive
Carrollton, TX 75006


Second Chance
PO Box 419655
Austin, TX 78704


Skartar LTD, LLP
400 E 10th Street
Waconia, MN 55387


Spears Dewitt Et Al
4115 Medical Drive #410
San Antonio, TX 78229


Sprint
PO Box 96031
Charlotte, NC 28296


Synchrony Bank c/o eBay
PO Box 965064
Orlando, FL 32896


Synerprise Consulting Services
2809 Regal Rd., Ste. 107
Plano, TX 75075

Synerprise Consulting Services
5651 Broadmoor Street
Mission, KS 66202


Synerprise Consulting Services
5651 Broadmoor Street
Mission, KS 62202


Synerprise Consulting Services
PO Box 957
Mission, KS 66201


Texas Health Physicians Group
PO Box 975341
Dallas, TX 75397


Texas Health Resources
PO Box 975612
Dallas, TX 75397


Texas Medicine Resources
PO Box 3495
Toledo, OH 43607


Texas Medicine Resources
PO Box 8549
Fort Worth, TX 76124


Texas Pulmonary Consultants
700 Main Street, Ste 200
Dallas, TX 75261


The Advantage Group
PO Box 1180
Grand Junction, CO 81502

TLRA
2707 North Loop West, Suite 400
Houston, TX 77008


Tri-Wholesale Co
PO Box 540
Port Lavaca, TX 77979


Twin Fountains Medical Clinic
108 Twin Fountains Drive
Victoria, TX 77904


United Revenue Corp
204 Billings St Ste 120
Arlington, TX 76010


US Asset Management Company
PO Box 981008
Boston, MA 02298


US Dept of Education/GLELSI
PO Box 7860
Madison, WI 53707


Victoria Emergency Associates
1000 River Road, Ste 100
Conshohocken, PA 19428


Victoria Fire Department
PO Box 940249
Houston, TX 77094


Victoria Hospitalist Associates
506 E San Antonio Street
Victoria, TX 77901

Victoria Pathology Group
PO Box 3037
Victoria, TX 77903


Victoria Radiology
2710 Hospital Drive #110
Victoria, TX 77901


Wall, Smith and Bateman
700 Main St. Ste. 200
Alamosa, CO 81101


Ward Legal Associates
12655 N Central Expy Ste 315
Dallas, TX 75243


Weatherford Anesthesiologist Assoc, PA
PO Box 163694
Fort Worth, TX 76161


Weatherford Emergency Physicians
PO Box 3495
Toledo, OH 43607


Weatherford Emergency Physicians
PO Box 8108
Fort Worth, TX 76124-0108


Weatherford Inpatient Physicians
PO Box 2440
Weatherford, TX 76806


Weatherford Regional Medical Center
PO Box 840407
Dallas, TX 75284

Weatherford Regional Medical Center
PO Box 20440
Weatherford, TX 76086


Wells Fargo Bank, TX
PO Box 55126
Boston, MA 02205


Wells Fargo MAC Q2132-023
PO Box 94423
Albequerque, NM 87199


Your Health Lab
2110 N Navarro
Victoria, TX 77901

<table>
<tr><td colspan="2"><b>Fill in this information to identify your case:</b></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Lane** | **Churchman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

Debtor 1    **Edmond**      **Joseph**      **Churchman**      Case number (if known) _____
First Name      Middle Name      Last Name

|  | Column A | Column B |
|---|---|---|
|  | Debtor 1 | Debtor 2 or non-filing spouse |

**5. Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $4,479.26 | $0.00 |  |  |  |
| Ordinary and necessary operating expenses | − $1,421.76 | − $0.00 |  |  |  |
| Net monthly income from a business, profession, or farm | $3,057.50 | $0.00 | Copy here ➜ | $3,057.50 | $0.00 |

**6. Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 |  |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 |  |  |  |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here ➜ | $0.00 | $0.00 |

**7. Interest, dividends, and royalties**      $0.00      $0.00

**8. Unemployment compensation**      $0.00      $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: .................↓

For you...............................................................    $0.00

For your spouse.................................................    $0.00

**9. Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.      $0.00      $0.00

**10. Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.      + _____    + _____

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.      $3,057.50   +   $0.00   =   **$3,057.50**

**Total current monthly income**

| Debtor 1 | **Edmond** | **Joseph** | **Churchman** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➔  12a. | **$3,057.50**

Multiply by 12 (the number of months in a year).    X    **12**

12b.  The result is your annual income for this part of the form.    12b. | **$36,690.00**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **Texas**

Fill in the number of people in your household.    **2**

Fill in the median family income for your state and size of household............................................................. 13. | **$59,366.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☑  Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b.  ☐  Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Edmond Joseph Churchman**
Edmond Joseph Churchman, Debtor 1

**X /s/ Kimberly Lane Churchman**
Kimberly Lane Churchman, Debtor 2

Date  **7/22/2016**
MM / DD / YYYY

Date  **7/22/2016**
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.