John Dee Spicer
Discharged Trustee
State Bar No. 18930500
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>EDMOND JOSEPH CHURCHMAN AND<br>KIMBERLY LANE CHURCHMAN,<br><br>Debtors. | § § § § § § § § § | Case No. 16-42785-mxm7<br><br>No hearing requested. |

### DISCHARGED TRUSTEE'S MOTION TO REOPEN CASE

#### NOTICE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON FEDERAL BUILDING, 501 W. TENTH STREET, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON <u>MAY 28, 2025</u>, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Now comes John Dee Spicer, the discharged Chapter 7 Trustee and Movant (herein "**Movant**" or "**Discharged Trustee**") and files this his *Discharged Trustee's Motion to Reopen Case* and for same would respectfully show the Court as follows:

1. This court has jurisdiction of this matter under 28 U.S.C. § 1334(a) and 28 U.S.C. §157(a); and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(A). Venue is proper in this court pursuant to 28 U.S.C. §§ 1408 and 1409. The applicable provision for the relief requested in the Motion is found in § 350(b) of the United States Bankruptcy Code, Title 11 of the U.S. Code, 11 U.S.C. §101 et seq. (the "**Code**"), which provides that a case may be reopened "to administer assets, accord relief to the debtor, or for other cause." Pursuant to F.R.B.P. 5010, the Discharged Trustee asserts that he is a party in interest authorized to bring this Motion under Section 350(b) of the Code.

2. This bankruptcy case (the "**Bankruptcy Case**") was filed as a Chapter 7 case on July 22, 2016 (the "**Petition Date**") by Edmond Joseph Churchman ("**Edmond**") and Kimberly Lane Churchman ("**Kimberly**") (collectively, the "**Debtors**").

3. The Debtors filed their bankruptcy schedules (the "**Schedules**") on July 22, 2016.

4. The Movant was appointed as the Chapter 7 Trustee for the bankruptcy estate (the "**Estate**") on or about the Petition Date.

5. The Bankruptcy Case was closed and Movant was discharged as trustee on February 3, 2017 (the "**Closing Date**").

6. Prior to the Petition Date, Kimberly was a potential claimant under a personal injury lawsuit (the "**Lawsuit**") relating to the ingestion of a pharmaceutical drug occurring on or about November 2, 2015 (the "**Claim Inception Date**"). The Lawsuit, or the Claim Inception Date leading to the Lawsuit, was not scheduled by the Debtors on their Schedules and, therefore, was not abandoned by the Trustee under Section 554(c) of the Code. Therefore, the Lawsuit remains property of the Estate under Section 554(d) of the Code.

7. Since the Closing Date, Movant has been made aware of the Lawsuit and the Claim Inception Date and was informed by the settlement fund administrators that the Lawsuit has a potential settlement pending with gross settlement proceeds of approximately $283,000.00 (the "**Lawsuit Proceeds**").

8. Movant requests that the Bankruptcy Case be reopened to administer the Lawsuit and/ or the Lawsuit Proceeds, and that the Court direct the United States Trustee to appoint a trustee in the reopened case to protect the interest of creditors and to insure efficient administration of the Bankruptcy Case and the Estate.

**WHEREFORE, PREMIES CONSIDERED**, Movant prays that this case be reopened, that the Court waive the filing fee to reopen the case, or alternatively, that the filing fee be paid after the receipt by a trustee of the Lawsuit Proceeds, that the United States Trustee be directed to appoint a trustee in the reopened case, and for such other and further relief as is just.

Respectfully submitted,

/s/ John Dee Spicer
John Dee Spicer, Discharged Trustee
State Bar No. 18930500
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7300
Fax: (214) 573-7399
Email: jspicer@chfirm.com