

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 3, 2025**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| EDMOND JOSEPH CHURCHMAN AND § | Case No. 16-42785-mxm7 |
| KIMBERLY LANE CHURCHMAN, § | |
| § | |
| Debtors. § | |

## ORDER GRANTING
## MOTION TO REOPEN CASE

On this day, came on for consideration the **Discharged Trustee's Motion to Reopen Case** [Docket No. 15] (the "Motion"), filed on May 7, 2025 by John Dee Spicer, the Discharged Chapter 7 Trustee, seeking approval from the Court to reopen the above-referenced bankruptcy case. No notice of hearing on said Motion need be given and no objections have been filed. It is therefore,

**ORDERED**, that the bankruptcy case is reopened pursuant to 11 U.S.C. § 350(b) for cause shown in the Motion.

**ORDERED,** that the United States Trustee is directed to appoint a chapter 7 trustee to administer the reopened case.

### ### END OF ORDER ###

Order submitted by:

John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7330
Email: jdspicer@chfirm.com