John Dee Spicer
State Bar No. 18930500
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN, | § § § § | Case No. 16-42785-mxm7 |
| Debtors. | § § § | |

# NOTICE OF HEARING

TO  ALL INTERESTEDPARTIES:

      PLEASE TAKE NOTICE that a hearing on the *Trustee's Objection to Exemptions* [Docket No. 32] in the above referenced case will be held before the Honorable Mark X. Mullin on **Thursday, December 4, 2025, at 9:30 AM** in Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas **or** via WebEx videoconference.

      **For WebEx Video Participation/Attendance:**
      Link: https://us-courts.webex.com/meet/mullin

      **For WebEx Telephonic Only Participation/Attendance:**
      Dial-In: 1.650.479.3207
      Meeting ID: 2310-650-8783

      **The WebEx instructions may be accessed here:**
      https://www.txnb.uscourts.gov/sites/txnb/files/hearings/WebEx%20Instructions%20for%2020Judge%20Mullin%20-%20revised%2003292022_0.pdf

Parties are requested to review the instructions prior to the hearing.

Dated: October 31, 2025.

        Respectfully submitted,

        */s/ John Dee Spicer*
        John Dee Spicer
        State Bar No. 18930500
        Suite 570, Founders Square
        900 Jackson Street
        Dallas, TX  75202
        Phone: (214) 573-7330
        Email: jspicer@chfirm.com

        Attorneys for John Dee Spicer, Chapter 7 Trustee