John Dee Spicer
State Bar No. 18930500
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re:<br><br>EDMOND JOSEPH CHURCHMAN AND<br>KIMBERLY LANE CHURCHMAN,<br><br>Debtors. | § § § § § § § § § | Case No. 16-42785-mxm7 |

## TRUSTEE'S WITNESS AND EXHIBIT LIST
## FOR HEARING ON DECEMBER 4, 2025 AT 9:30 A.M.

John Dee Spicer, chapter 7 trustee (the "Trustee") in the above styled and numbered case, files this *Witness and Exhibit List* for the hearing on the *Trustee's Objection to Debtor's Claim of Exemptions* [Docket No. 32].

### WITNESSES

1. Kimberly Lane Churchman;
2. Maria Romero;
3. Dipali Biniwale; and
4. John Dee Spicer

### EXHIBITS

1. Retainer Agreement;
2. Letter Dated 4/29/2025;
3. Closing Statement; and
4. Claims Register.

## ADDITIONAL MATTERS

1. The Trustee reserves the right to add to the above list of Exhibits any other document later produced, discovered or inadvertently omitted.

2. The Trustee reserves the right to add to the above list of Witnesses any other witness later discovered or inadvertently omitted.

3. If necessary, the Trustee will rely on Rule 807 of the Federal Rules of Evidence to admit into evidence any one, or more, of the listed Exhibits and/or any other exhibits offered into evidence by any other party.

Respectfully submitted,

/s/ *John Dee Spicer*
John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Counsel for the Trustee

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Trustee's Witness and Exhibit List, were served on November 26, 2025 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers by first class U.S. Mail, postage prepaid:

Edmond Joseph Churchman
Kimberly Lane Churchman
PO Box 162
Granbury, TX 76048

/s/ *John Dee Spicer*
John Dee Spicer