John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN, | § § § § | Case No. 16-42785-mxm7 |
| Debtors. | § § | |

## FEE APPLICATION COVER SHEET

First and Final Application for Compensation of Special Counsel for Trustee

**Capacity:** Special Counsel for Chapter 7 Trustee     **Chapter:** 7

**Debtor**: Edmond Joseph Churchman     **Case No.**:  16-42785-mxm7
and Kimberly Lane Churchman

**Retainer Received**: $0.00          **Amount Previously Paid**:  $0.00

**Amount Requested:**               **Reductions:**

| | | | |
|---|---|---|---|
| **Fees**: | $113,200.00 | **Vol. Fee Reductions**: | $0.00 |
| **Case Expenses**: | $483.11 | **Expense Reductions**: | $0.00 |
| **Litigation Expenses**: | $42,712.56 | **Total Reductions:** | **$0.00** |
| **Reduction**: | $0.00 | | |

**Total:**          **$156,395.67**

/s/ John Dee Spicer          January 19, 2026
John Dee Spicer          Date

John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN, | § § § | Case No. 16-42785-mxm7 |
| Debtors. | § § § | |

**FIRST AND FINAL APPLICATION FOR
COMPENSATION OF SPECIAL COUNSEL TO TRUSTEE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON FEDERAL BUILDING, 501 W. TENTH STREET, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON FEBRUARY 9, 2026, WHICH IS TWENTY- ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Slater Slater Schulman, LLP (the "Applicant" or "Special Counsel"), special counsel for John Dee Spicer, Chapter 7 Trustee (the "Trustee") in this case, files this *First and Final Application for Compensation of Special Counsel to Trustee* (the "Application"), pursuant to Section 330 of the of the U. S. Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Guidelines for Compensation and Expense Reimbursement of Professionals for the Northern District of Texas effective January 1, 2001, and would show the Court as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

2.      This Application concerns the administration of the estate; and therefore, it is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B).

3.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

4.      Kimberly Lane Churchman ("Kimberly" or the "Debtor") and Edmond Joseph Churchman ("Edmond" or the "Joint Debtor") (collectively, the "Debtors") filed their voluntary Chapter 7 Bankruptcy petition on July 22, 2016 (the "Petition Date") [**Docket No. 1**]. John Dee Spicer is the appointed chapter 7 trustee.

5.      Kimberly owned a cause of action (the "PI Claim") relating to product liability. On information and belief, the injury relating to the PI Claim was incurred on, or alternatively diagnosed on, November 2, 2015 (prior to the Petition Date).  The PI Claim is property of the bankruptcy estate (the "Estate").

6.      Applicant is employed as special counsel to the Trustee to pursue recovery on the PI Claim on behalf of the Trustee and Estate [**Docket Nos. 27 and 30**].

7.      The PI Claim has resulted in a proposed settlement between the Trustee and the third parties involved in the PI Claim (the "Settlement").

8.      No previous fee applications have been filed by Applicant.

## TERMS OF SETTLEMENT

9.      The Settlement, attached hereto as **Exhibit A**, reflects a recovery for the PI Claim in the gross amount of $283,000.00 (the "Gross Recovery").

10.     The Gross Recovery is subject to a forty percent (40%) contingent fee for Special Counsel in the amount of $113,200.00 (the "Contingent Fee"). The Contingent Fee is referenced on Exhibit "A" attached hereto.

11.     The Gross Recovery also is subject to costs and expenses reimbursable to Special Counsel and/or third parties in the total amount of $483.11 (the "Case Expenses"). The Case Expenses are referenced on Exhibit "A" attached hereto.

12.     The Gross Recovery also is subject to medical liens or bills, case administrative expenses, and other litigation expenses in the amount of $42,712.56 (the "Other Litigation Expenses"). The Other Litigation Expenses are itemized on Exhibit "A" attached hereto.

13.     The remaining amount of the Gross Recovery is $126,604.33 (the "Net Recovery") after deduction from the Gross Recovery of the Contingent Fee, Case Expenses, and Other Litigation Expenses totaling $156,395.67.

14.     The Trustee will retain the Net Recovery until further order of the court.

## FIRST AND FINAL APPLICATION

15.     This Application is based on a contingent fee and is not due and payable until the Gross Recovery occurs.

**First and Final Application for Compensation of Special Counsel to Trustee**                    **3**

16.     Applicant represents the Trustee as special counsel relating to the PI Claim. All legal services covered by this Application were performed on behalf of the Trustee and not on behalf of any other person or entity.

17.     Applicant performed such services for the Trustee on a contingent fee basis pursuant to 11 U.S.C. §§ 327(a) and 328(a). The contingent fee agreement compensates Applicant at forty percent (40%), in addition to expenses incurred, of all claims or recoveries obtained prior to the time suit is filed.

18.     The PI Claim has been settled, as reflected by the Settlement, among John Dee Spicer, Trustee and applicable third parties. The Motion to Approve the Settlement is pending before the court, and this Application is dependent upon approval by the court of such Motion to Approve the Settlement.

## CURRENT CASE STATUS AND SUMMARY

19.     There are no other funds in the Estate other than the prospective proceeds of the Gross Recovery reflected in the Settlement.

20.     It was not feasible to pay an interim dividend to unsecured creditors.

## WITNESS AND EXHIBIT LIST

21.     If this Application is contested in any manner, unless otherwise amended or supplemented, following is Applicant's initial list of witnesses and exhibits that Applicant may use at the time of trial of this Application:

**Witnesses**

A.     One or more of the following individuals may be called as a witness for Applicant:

(1)     John Dee Spicer;
(2)     Representative of Special Counsel;
(3)     Any witness listed on any other party's list of witnesses; and,

(4)      Applicant reserves the right to amend or supplement this list.

**Exhibits**

B.      One or more of the following exhibits may be used by Applicant:

(1)      This Application and all exhibits attached to it;
(2)      All pleadings referenced herein; and,
(3)      Applicant reserves the right to amend or supplement this list.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Applicant prays for the Court to grant

Applicant all relief requested in this Application; prays for the Court to approve and allow fees and

expenses to Applicant totaling **$156,395.67**; which represents the following amounts: **$113,200.00**

in attorneys' fees based on a Contingent Fee, **$483.11** in Case Expenses, and **$42,712.56** in Other

Litigation Expenses; prays that the Court approve, allow and authorize the Trustee to make such

payment to Applicant or, as relating to Other Litigation Expenses, directly to the payee at the

discretion of the Trustee; prays for such other and further relief to which Applicant may be justly

entitled; and, prays for general relief.

Respectfully submitted,

/s/ John Dee Spicer
John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

## CERTIFICATION OF PROFESSIONAL

The undersigned hereby certifies that (a) the undersigned is the professional designated by the Applicant with the responsibility in this case for compliance with the Guidelines for Compensation and Expense Reimbursement of Professionals dated Effective January 1, 2001 for the United States Bankruptcy Court for the Northern District of Texas; (b) the undersigned has read this Application; (c) to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the guidelines, except as specifically noted in this Application; and (d) the compensation and expense reimbursement requested are contingency fees and expenses, in accordance with practices, no less favorable than those customarily employed by the Applicant and generally accepted by the Applicant's clients.

*/s Jonathan Schulman*
Jonathan Schulman

## CERTIFICATION BY TRUSTEE

I, John Dee Spicer, the Chapter 7 Trustee in this case, hereby certify that I have read and approved this Application for fees and expenses.

Dated: January 19, 2026.

*/s/ John Dee Spicer*
John Dee Spicer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Application was served on was served on January 19, 2026, by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U.S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means and via U.S. First Class Mail on the following parties:

| | |
|---|---|
| United States Trustee | Edmond Joseph Churchman |
| 1100 Commerce Street, Room 976 | Kimberly Lane Churchman |
| Dallas, TX 75242-0996 | PO Box 162 |
| | Granbury, TX 76048 |

*/s/ John Dee Spicer*
John Dee Spicer