

Kimberly Churchman
6512 Givens Pl Ct
Granbury, TX 76049



Dear Ms. Churchman:

    Enclosed herein please find a Slater Slater Schulman LLP escrow check made payable to you in the sum of $126,604.33 as and for your share of the recent gross settlement of $283,000.00 in the above-referenced matter.

    Below is an itemized breakdown of the gross settlement award per the terms of your retainer agreement:

| | |
|---|---|
| Gross Settlement Sum: | $283,000.00 |
| Legal Fee (40%): | ($113,200.00) |
| MDL Common Benefit Assessment Fee: | ($31,130.00) |
| Special Master Assessment Fee: | ($1,000.00) |
| ARCHER Systems Services: | ($2,050.00) |
| Medical Lien (Cigna): | ($8,532.56) |
| Case Related Expenses: | ($483.11) |
| **Net Settlement Sum to Client:** | **$126,604.33** |

    We again thank you for allowing our office, together with Greg Jones Law LLC to represent you in this matter and are pleased we were able to obtain a successful result.  Please do not hesitate to contact our offices in the future should you require assistance with other matters. We wish you continued success in your recovery.

Very truly yours,


Michael S. Werner, Esq.

www.sssfirm.com

NEW YORK  CALIFORNIA  PENNSYLVANIA  NEW JERSEY  LOUISIANA  ARKANSAS  NEW MEXICO  NORTH CAROLINA  MARYLAND

445 Broad Hollow Road, Suite 419, Melville, NY 11747 | 631.420.9300