John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN,<br><br>Debtors. | §§§§§§§§ | Case No. 16-42785-mxm7 |

**NOTICE OF FILING OF FIRST AND FINAL APPLICATION
<u>FOR COMPENSATION OF SPECIAL COUNSEL FOR TRUSTEE</u>**

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON FEDERAL BUILDING, 501 W. TENTH STREET, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON <u>FEBRUARY 9, 2026</u>, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**PLEASE TAKE FURTHER NOTICE THAT** on January 19, 2026, Slater Slater Schulman, LLP, Special Counsel ("SSS") filed their **First and Final Application for Compensation of Special Counsel for Trustee** [Docket No. 47] (the "Application"). In the Application, SSS seeks a final compensation and reimbursement for professional services rendered in the above-referenced bankruptcy case and payable from the estate in the amount of **$156,395.67**, detailed in the Application as $113,200.00 as a Contingent Fee, $483.11 as Case Expenses, and $42,712.56 in Other Litigation Expenses. The benefits to the estate of SSS's services are detailed in the Application. SSS in the Application is requesting an order authorizing payment of **$156,395.67**.

A copy of the Application may be obtained from the undersigned or from the Clerk of the United States Bankruptcy Court, 501 W. Tenth Street, Fort Worth, TX 76102 during regular business hours. Any interested party should review the Application in order to acquire a more complete understanding of the facts and details contained in it.

Respectfully submitted,

/s/ John Dee Spicer
John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee