John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN, | § § § § | Case No. 16-42785-mxm7 |
| Debtors. | § § | |

# CERTIFICATE OF SERVICE

I certify that a true and correct copies of the *Trustee's Motion for Approval of Settlement* [Docket No. 46] and *Notice of Filing of First and Final Application for Compensation of Special Counsel for Trustee* [Docket No. 48] were served on January 19, 2026 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means (see attached **Exhibit A**) and via U.S. First-Class Mail on the attached **Exhibit B**.

/s/ John Dee Spicer
John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

| File a Motion: | | | Filed: 07/22/2016 | Closed: |
|---|---|---|---|---|
| | | | Reopen: 06/03/2025 | Dismissed: |
| 16-42785-mxm7 Edmond Joseph Churchman and Kimberly Lane Churchman | | | | Dismissed(jdb): |
| Type: bk | Chapter: 7 v | Office: 4 (Ft. Worth) | Converted: | Discharged: 11/21/2016 |
| Assets: y | Debtor disposition: Standard Discharge | Joint debtor disposition: Standard Discharge | | Discharged(jdb): 11/21/2016 |
| Judge: mxm | Case Flag: REFORM, REOPENED | | | |

Summary   History   Parties   Filers   Docket Sheet   Deadlines/Hearings   Status   Pending Motions   Creditors   Claims Register

## U.S. Bankruptcy Court

## Northern District of Texas

Notice of Electronic Filing

The following transaction was received from John Dee Spicer entered on 1/19/2026 at 11:10 AM CST and filed on 1/19/2026
**Case Name:** Edmond Joseph Churchman and Kimberly Lane Churchman
**Case Number:** 16-42785-mxm7
**Document Number:** 46

**Docket Text:**
Motion to compromise controversy with PI Defendant. Filed by Trustee John Dee Spicer Objections due by 2/9/2026. (Attachments: # (1) Exhibit A # (2) Proposed Order) (Spicer, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2026 0119 Churchman 9019 Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=1/19/2026] [FileNumber=52789375-
0] [42b46681c8aae096ac4d0573ce1f11d3bbb84ff54a29346a6bd4d36fe2cc48ee30
59bb3837fa97ee6d12008734c5e52e7d165b52d64c8fb51ee50306ec1b676d]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\2026 0119 Churchman EXH A Settlement Closing Statement - Redacted.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=1/19/2026] [FileNumber=52789375-
1] [9534c1c656e7a19ba26ce41ca5d3a86629b54a29bf0912d8f31015104db5fd6571
b3c416fb645656a4374b73b366162fc705c47347cfbd922f3b57cdb7e400d9]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\2026 0119 Churchman PO - 9019 Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=1/19/2026] [FileNumber=52789375-
2] [8f0179e332ea4e95120fa5c21e696c86aef32cfa11d0d792d7d68f70122db68b9e
a88b68d987176280cb475205a8f4f43e1330a93bd097a77deb2a0ec9290fd9]]

**16-42785-mxm7 Notice will be electronically mailed to:**

Clayton Everett on behalf of Debtor Edmond Joseph Churchman
clayton@norredlaw.com,
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@

Clayton Everett on behalf of Joint Debtor Kimberly Lane Churchman
clayton@norredlaw.com,
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@

Warren V. Norred on behalf of Joint Debtor Kimberly Lane Churchman
warren@norredlaw.com,
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Edward Mark Piland on behalf of Debtor Edmond Joseph Churchman
markpiland@pilandlaw.com, markpiland@pilandlaw.com

Edward Mark Piland on behalf of Joint Debtor Kimberly Lane Churchman
markpiland@pilandlaw.com, markpiland@pilandlaw.com

John Dee Spicer
jds.ch7trusteedocs@sbcglobal.net, jds@trustesolutions.net

John Dee Spicer on behalf of Trustee John D. Spicer
jdspicer@chfirm.com, chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer on behalf of Trustee John Dee Spicer
trusteedocs@chfirm.com, jds@trustesolutions.net

John Dee Spicer on behalf of Trustee John Dee Spicer
jdspicer@chfirm.com, chps.ecfnotices@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

## EXHIBIT A
## Page 1 of 4

**16-42785-mxm7 Notice will not be electronically mailed to:**

Cavazos Hendricks Poirot, P.C. on behalf of Trustee John D. Spicer
CAVAZOS HENDRICKS POIROT, P.C.
Founders Square
900 Jackson Street
Suite 570,
Dallas, TX 75202

Greg Jones on behalf of Trustee John Dee Spicer
Greg Jones Law LLC
8E Calle Inga
San Juan, PR 00913

Jonathan Schulman on behalf of Trustee John Dee Spicer
Slater Slater Schulman LLP
101 West Elm Street
Suite 215
Conshohocken, PA 19428

John D. Spicer
,

**EXHIBIT A**
**Page 2 of 4**

**File a Notice:**

16-42785-mxm7 Edmond Joseph Churchman and Kimberly Lane Churchman

| | | | |
|---|---|---|---|
| Type: bk | Chapter: 7 v | Office: 4 (Ft. Worth) | Filed: 07/22/2016　　Closed: |
| Assets: y | Debtor disposition: Standard Discharge | Joint debtor disposition: Standard Discharge | Reopen: 06/03/2025　　Dismissed: |
| Judge: mxm | Case Flag: REFORM, REOPENED | | Dismissed(jdb): |
| | | | Converted:　　Discharged: 11/21/2016 |
| | | | Discharged(jdb): 11/21/2016 |

Summary  History  Parties  Filers  Docket Sheet  Deadlines/Hearings  Status  Pending Motions  Creditors  Claims Register

---

U.S. Bankruptcy Court

Northern District of Texas

Notice of Electronic Filing

The following transaction was received from John Dee Spicer entered on 1/19/2026 at 11:28 AM CST and filed on 1/19/2026
**Case Name:**　　Edmond Joseph Churchman and Kimberly Lane Churchman
**Case Number:**　　16-42785-mxm7
**Document Number:** 48

**Docket Text:**
Notice *of Filing* filed by Trustee John Dee Spicer (RE: related document(s)[47] Application for compensation - *First and Final* for Slater Slater Schulman, LLP, Special Counsel, Period: to, Fee: $113,200, Expenses: $43,195.67. Filed by Attorney John Dee Spicer Objections due by 2/9/2026. (Attachments: # 1 Exhibit A # 2 Proposed Order)). (Spicer, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2026 0119 Churchman Fee App NOF.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=1/19/2026] [FileNumber=52789440-
0] [8836c31d15d58e7e00aa0c651c9ac68ea2f6f6cbb007629423b8eda3c9cdf0a870
5164035c5e0c4d176d3dad34455bc0d3c6f20589be104a0a32a7cc8ad68192]]

**16-42785-mxm7 Notice will be electronically mailed to:**

Clayton Everett on behalf of Debtor Edmond Joseph Churchman
clayton@norredlaw.com,
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@

Clayton Everett on behalf of Joint Debtor Kimberly Lane Churchman
clayton@norredlaw.com,
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@

Warren V. Norred on behalf of Joint Debtor Kimberly Lane Churchman
warren@norredlaw.com,
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Edward Mark Piland on behalf of Debtor Edmond Joseph Churchman
markpiland@pilandlaw.com, markpiland@pilandlaw.com

Edward Mark Piland on behalf of Joint Debtor Kimberly Lane Churchman
markpiland@pilandlaw.com, markpiland@pilandlaw.com

John Dee Spicer
jds.ch7trusteedocs@sbcglobal.net, jds@trustesolutions.net

John Dee Spicer on behalf of Trustee John D. Spicer
jdspicer@chfirm.com, chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer on behalf of Trustee John Dee Spicer
trusteedocs@chfirm.com, jds@trustesolutions.net

John Dee Spicer on behalf of Trustee John Dee Spicer
jdspicer@chfirm.com, chps.ecfnotices@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

**16-42785-mxm7 Notice will not be electronically mailed to:**

Cavazos Hendricks Poirot, P.C. on behalf of Trustee John D. Spicer
CAVAZOS HENDRICKS POIROT, P.C.
Founders Square
900 Jackson Street
Suite 570,
Dallas, TX 75202

Greg Jones on behalf of Trustee John Dee Spicer

**EXHIBIT A**

**Page 3 of 4**

Greg Jones Law LLC
8E Calle Inga
San Juan, PR 00913

Jonathan Schulman on behalf of Trustee John Dee Spicer
Slater Slater Schulman LLP
101 West Elm Street
Suite 215
Conshohocken, PA 19428

John D. Spicer
,

**EXHIBIT A**
**Page 4 of 4**

| | | |
|---|---|---|
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Edmond Joseph Churchman<br>PO Box 162<br>Granbury, TX 76048-0162 | Kimberly Lane Churchman<br>PO Box 162<br>Granbury, TX 76048-0162 |
| Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Dr. Timothy Huggins<br>1212 Clear Lake Rd, Ste 100<br>Weatherford, TX 76086-5877 | Glen Rose Health Care, Inc.<br>409 Glenwood Street, Suite 500<br>Glen Rose, TX 76043-4933 |
| Tarrant County Hospital District Attn:<br>Patient Financial Services 1400 S Main<br>Street, Suite 300<br>Fort Worth, TX 76104-4923 | US Dept of Education-GLELSI<br>PO Box 7860<br>Madison, WI 53707-7860 | Attorney General of the<br>United States<br>Main Justice Building, Rm 5111<br>10th & Constitution Avenue, N.W.<br>Washington, DC 20530-0001 |
| Internal Revenue Service<br>Special Procedures-Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | United States Attorney-Northern Dist.<br>Office of the United States Attorney<br>1100 Commerce St, 3rd Floor<br>Dallas, TX 75242-0397 | |

**EXHIBIT B**
**Page 1 of 1**