**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 16-42785-MXM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | Churchman, Edmond Joseph AND Churchman, Kimberly Lane | Date Filed (f) or Converted (c): | 07/22/2016 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 09/19/2016 |
| | | Claims Bar Date: | 09/17/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | VEHICLES | $6,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 1999 Jeep Wrangler TJ<br>Mileage: 100,000<br>EXEMPT | | | | | |
| 2 | VEHICLES | $8,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 2006 Chevrolet Trailblazer<br>EXEMPT | | | | | |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | $7,095.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Couch $250.00<br>Chair $100.00<br>Coffee Table $100.00<br>Christmas Tree $125.00<br>End Table $50.00<br>Breakfront $300.00<br>Dining Table $300.00<br>Queen Mattress Set $500.00<br>Dell Computer $200.00<br>Paper Shredder $15.00<br>Epson Printer $125.00<br>King size mattress set $200.00<br>Dresser $100.00<br>2 End Tables $50.00<br>Cookware $250.00<br>Assorted Kitchen Items and Small Appliances $300.00<br>GE Profile Refrigerator $200.00<br>Montgomery Ward Upright Freezer $45.00<br>Small upright un-named freezer $50.00<br>Sony 32" TV $125.00<br>Brindle Cowhide Rug $100.00<br>Mr. Coffee pot $10.00<br>NOAA Weather Radio $20.00<br>Holmes Heater $20.00 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 16-42785-MXM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | Churchman, Edmond Joseph AND Churchman, Kimberly Lane | Date Filed (f) or Converted (c): | 07/22/2016 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 09/19/2016 |
| | | Claims Bar Date: | 09/17/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Janome Sewing Machine $250.00<br>Kirby Vacuum wih Accessories $400.00<br>Toshiba Laptop $150.00<br>Native American Flutes (2) $200.00<br>Fireplace tools $25.00<br>GE Washer $200.00<br>GE Dryer $200.00<br>12 Tin Signs $120.00<br>Indian print - no author $30.00<br>Wolf pint - no author $75.00<br>Assorted Tools $300.00<br>(4) collapsable chairs $40.00<br>Handmake BBQ pit $175.00<br>Assorted prints - no author $65.00<br>Intex Inflatable Mattress (old) $60.00<br>Misc household goods $1,270.00<br>EXEMPT | | | | | |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CLOTHES | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Basic Clothing for Ed and Kimberly<br>EXEMPT | | | | | |
| 5 | CASH | $50.00 | $50.00 | | $0.00 | FA |
| Asset Notes: | EXEMPT<br>Amended exemption per 10/06/25 DN 28 | | | | | |
| 6 | DEPOSITS OF MONEY | $80.00 | $80.00 | | $0.00 | FA |
| Asset Notes: | Checking account: Wells Fargo Business Checking<br>EXEMPT<br>Amended exemption per 10/06/25 DN 28 | | | | | |
| 7 | DEPOSITS OF MONEY | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Other financial account: Wells Fargo Tax Account<br>EXEMPT | | | | | |
| 8 | DEPOSITS OF MONEY | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Other financial account: Wells Fargo Savings | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| | | |
|---|---|---|
| Case No.: | 16-42785-MXM | |
| Case Name: | Churchman, Edmond Joseph AND Churchman, Kimberly Lane | |
| For the Period Ending: | 12/31/2025 | |

| | |
|---|---|
| Trustee Name: | John Dee Spicer |
| Date Filed (f) or Converted (c): | 07/22/2016 (f) |
| §341(a) Meeting Date: | 09/19/2016 |
| Claims Bar Date: | 09/17/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 9  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | $1,050.00 | $1,050.00 | | $0.00 | FA |
| **Asset Notes:** Epson Printer $300.00<br>Homemade computer $500.00<br>Two Glass Desk Set $250.00<br>EXEMPT<br>Amended exemption per 10/06/25 DN 28 | | | | | |
| 10  MACHINERY, FIXTRURES, EQUIPMENT AND SUPPLIES | $300.00 | $300.00 | | $0.00 | FA |
| **Asset Notes:** WWII. Army ammo trailer.<br>EXEMPT<br>Amended exemption per 10/06/25 DN 28 | | | | | |
| 11  CLAIMS AGAINST THIRD PARTIES  (u) | $283,000.00 | $215,900.00 | | $0.00 | $283,000.00 |
| **Asset Notes:** Claim against pharmaceutical drug company<br>Amended schedules 10/06/25 DN 28 | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $306,075.00 | $217,380.00 | | $0.00 | $283,000.00 |

**Major Activities affecting case closing:**

12/31/2025  [Semi-Annual Report]
The case was reopened due to the discovery of an unscheduled asset relating to personal injury litigation [DOC ##15 and 19].
General counsel has been employed by the Trustee [DOC ##23 and 25].
Special counsel has been employed by the Trustee to pursue the litigation [DOC ##27 and 30].
The Trustee has objected to the Debtor's claim of exemptions [DOC #32].
Claims in the approximate amount of $15,000.00 have been filed in the case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4

| Case No.: | 16-42785-MXM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | Churchman, Edmond Joseph AND Churchman, Kimberly Lane | Date Filed (f) or Converted (c): | 07/22/2016 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 09/19/2016 |
| | | Claims Bar Date: | 09/17/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  09/30/2026     Current Projected Date Of Final Report (TFR):

/s/ JOHN DEE SPICER
JOHN DEE SPICER