John Dee Spicer  
State Bar No. 18930500  
CAVAZOS HENDRICKS POIROT, P.C.  
Suite 570, Founders Square  
900 Jackson Street  
Dallas, TX  75202  
Phone: (214) 573-7300  
Email: jdspicer@chfirm.com  

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE NORTHERN DISTRICT OF TEXAS**  
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN,<br><br>Debtors. | § § § § § § § § §<br><br>Case No. 16-42785-mxm7 |

## CERTIFICATE OF NO OBJECTIONS FILED

    John Dee Spicer, the Chapter 7 Trustee (the "Trustee"), hereby certifies to the Court with regard to the *First and Final Application for Compensation of Special Counsel to Trustee* [Docket No. 47] that all parties have been notified of the Application by proper service, that the twenty-one day deadline for response or objection has passed as of February 9, 2026, and that to his knowledge, no objections or responses have been filed or served upon our office as of the time of filing of this Certificate.

    Dated this 10th day of February, 2026.

                                        Respectfully submitted,

                                        */s/ John Dee Spicer*  
                                        John Dee Spicer  
                                        State Bar No. 18930500  
                                        CAVAZOS HENDRICKS POIROT, P.C.  
                                        Suite 570, Founders Square  
                                        900 Jackson Street  
                                        Dallas, TX  75202  
                                        Phone: (214) 573-7300  
                                        Email: jdspicer@chfirm.com

                                        Attorneys for John Dee Spicer,  
                                        Chapter 7 Trustee