

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 12, 2026**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| EDMOND JOSEPH CHURCHMAN AND | § | Case No. 16-42785-mxm7 |
| KIMBERLY LANE CHURCHMAN, | § | |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |

## ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL TO TRUSTEE

Came on for consideration the ***First and Final Application for Compensation of Special Counsel to Trustee*** (the "Application") [Docket No. 47], and upon notice to creditors, which notice is hereby deemed sufficient, and no creditors or parties in interest making response or objection to the application, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that Special Counsel, as that term is

defined in the Application, is awarded a contingent fee in the amount of **$113,200.00** (the

"Contingent Fee"); it is further

**ORDERED, ADJUDGED AND DECREED** that Special Counsel is allowed **$483.11**

for actual and necessary litigation expenses (the "Case Expenses"); it is further

**ORDERED, ADJUDGED AND DECREED** that certain medical liens or bills, case

administrative expenses, and other litigation expense (the "Other Litigation Expenses") are

allowed in the amount of **$42,712.56** as set forth in the Application and that the Trustee is

authorized to pay such amount; it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee is authorized to pay the

Contingent Fee to Special Counsel, and that the Case Expenses and Other Litigation Expenses

may be paid either directly to Special Counsel to be distributed by Special Counsel as agent for

the Trustee or, alternatively and at the discretion of the Trustee, to be paid directly to such party

by the Trustee.

**# # # END OF ORDER # # #**


Order drafted by:
John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com
Attorneys for John Dee Spicer, Chapter 7 Trustee