

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 12, 2026**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EDMOND JOSEPH CHURCHMAN AND | § | Case No. 16-42785-mxm7 |
| KIMBERLY LANE CHURCHMAN, | § | |
| | § | |
| Debtors. | § | |

# ORDER APPROVING MOTION TO APPROVE SETTLEMENT

On this date, the Court considered the *Trustee's Motion to Approve Settlement* [Docket No. 46] (the "Motion"), filed John Dee Spicer (the "Trustee"), the Chapter 7 Trustee for Edmond Joseph Churchman and Kimberly Lane Churchman (the "Debtors") in the above-referenced bankruptcy case. After reviewing the Motion and considering the record in this case, the Court finds that the Motion has merit and should be granted. In particular, the Court finds as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter involves the settlement of litigation owned as property of the estate and is, therefore, a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Motion was properly filed and served in accordance with all applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court. No timely response or objection was filed to the Motion.

4. On July 22, 2016, the Debtor filed a voluntary petition in this Court for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was appointed the Chapter 7 Trustee and, after the case was reopened, was again appointed to serve in that capacity.

5. A summary of the Settlement Agreement attached as Exhibit A to the Motion (the "Settlement Agreement") is in the best interest of the Debtor's bankruptcy estate and represents a sound exercise of the Trustee's business judgment. It is therefore,

**ORDERED**, that the Court approves the settlement on the terms and conditions stated in the Settlement Agreement, and the Trustee is authorized to enter into and consummate the Settlement Agreement.

# # # End of Order # # #

Order submitted by:

John Dee Spicer
State Bar No. 18930500
Cavazos Hendricks Poirot, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee