

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 12, 2026

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN, | § § § § | Case No. 16-42785-mxm7 |
| Debtors. | § § § | |

## ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL TO TRUSTEE

Came on for consideration the *First and Final Application for Compensation of Special Counsel to Trustee* (the "Application") [Docket No. 47], and upon notice to creditors, which notice is hereby deemed sufficient, and no creditors or parties in interest making response or objection to the application, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that Special Counsel, as that term is defined in the Application, is awarded a contingent fee in the amount of **$113,200.00** (the "Contingent Fee"); it is further

**ORDERED, ADJUDGED AND DECREED** that Special Counsel is allowed **$483.11** for actual and necessary litigation expenses (the "Case Expenses"); it is further

**ORDERED, ADJUDGED AND DECREED** that certain medical liens or bills, case administrative expenses, and other litigation expense (the "Other Litigation Expenses") are allowed in the amount of **$42,712.56** as set forth in the Application and that the Trustee is authorized to pay such amount; it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee is authorized to pay the Contingent Fee to Special Counsel, and that the Case Expenses and Other Litigation Expenses may be paid either directly to Special Counsel to be distributed by Special Counsel as agent for the Trustee or, alternatively and at the discretion of the Trustee, to be paid directly to such party by the Trustee.

### # # # END OF ORDER # # #

Order drafted by:
John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com
Attorneys for John Dee Spicer, Chapter 7 Trustee

United States Bankruptcy Court

Northern District of Texas

In re:                                                                                              Case No. 16-42785-mxm

Edmond Joseph Churchman                                                         Chapter 7

Kimberly Lane Churchman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4    User: admin    Page 1 of 2
Date Rcvd: Feb 12, 2026    Form ID: pdf012    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

**Recip ID    Recipient Name and Address**
db/jdb    + Edmond Joseph Churchman, Kimberly Lane Churchman, PO Box 162, Granbury, TX 76048-0018

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

**Name    Email Address**

Clayton Everett
    on behalf of Joint Debtor Kimberly Lane Churchman clayton@norredlaw.com
    clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett
    on behalf of Debtor Edmond Joseph Churchman clayton@norredlaw.com
    clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Edward Mark Piland
    on behalf of Joint Debtor Kimberly Lane Churchman markpiland@pilandlaw.com  markpiland@pilandlaw.com

Edward Mark Piland
    on behalf of Debtor Edmond Joseph Churchman markpiland@pilandlaw.com  markpiland@pilandlaw.com

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf012 | Total Noticed: 1 |

John Dee Spicer
    on behalf of Trustee John D. Spicer jdspicer@chfirm.com chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer
    on behalf of Trustee John Dee Spicer jdspicer@chfirm.com chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer
    jds.ch7trusteedocs@sbcglobal.net jds@trustesolutions.net

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred
    on behalf of Joint Debtor Kimberly Lane Churchman warren@norredlaw.com
    anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 9