

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 12, 2026

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EDMOND JOSEPH CHURCHMAN AND | § | Case No. 16-42785-mxm7 |
| KIMBERLY LANE CHURCHMAN, | § | |
| | § | |
| Debtors. | § | |

## ORDER APPROVING MOTION TO APPROVE SETTLEMENT

On this date, the Court considered the *Trustee's Motion to Approve Settlement* [Docket No. 46] (the "Motion"), filed John Dee Spicer (the "Trustee"), the Chapter 7 Trustee for Edmond Joseph Churchman and Kimberly Lane Churchman (the "Debtors") in the above-referenced bankruptcy case. After reviewing the Motion and considering the record in this case, the Court finds that the Motion has merit and should be granted. In particular, the Court finds as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter involves the settlement of litigation owned as property of the estate and is, therefore, a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Motion was properly filed and served in accordance with all applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court. No timely response or objection was filed to the Motion.

4. On July 22, 2016, the Debtor filed a voluntary petition in this Court for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was appointed the Chapter 7 Trustee and, after the case was reopened, was again appointed to serve in that capacity.

5. A summary of the Settlement Agreement attached as Exhibit A to the Motion (the "Settlement Agreement") is in the best interest of the Debtor's bankruptcy estate and represents a sound exercise of the Trustee's business judgment. It is therefore,

**ORDERED**, that the Court approves the settlement on the terms and conditions stated in the Settlement Agreement, and the Trustee is authorized to enter into and consummate the Settlement Agreement.

### # # # End of Order # # #

Order submitted by:

John Dee Spicer
State Bar No. 18930500
Cavazos Hendricks Poirot, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 16-42785-mxm

Edmond Joseph Churchman     Chapter 7

Kimberly Lane Churchman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4     User: admin     Page 1 of 2
Date Rcvd: Feb 12, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edmond Joseph Churchman, Kimberly Lane Churchman, PO Box 162, Granbury, TX 76048-0018 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

**Name     Email Address**

Clayton Everett
    on behalf of Joint Debtor Kimberly Lane Churchman clayton@norredlaw.com
    clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett
    on behalf of Debtor Edmond Joseph Churchman clayton@norredlaw.com
    clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Edward Mark Piland
    on behalf of Joint Debtor Kimberly Lane Churchman markpiland@pilandlaw.com markpiland@pilandlaw.com

Edward Mark Piland
    on behalf of Debtor Edmond Joseph Churchman markpiland@pilandlaw.com markpiland@pilandlaw.com

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf012 | Total Noticed: 1 |

John Dee Spicer
    on behalf of Trustee John D. Spicer jdspicer@chfirm.com chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer
    on behalf of Trustee John Dee Spicer jdspicer@chfirm.com chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer
    jds.ch7trusteedocs@sbcglobal.net jds@trustesolutions.net

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred
    on behalf of Joint Debtor Kimberly Lane Churchman warren@norredlaw.com
    anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 9