## Cavazos Hendricks Poirot, P.C.
Federal Tax ID No. 75-2358301
900 Jackson Street, Suite 570
Dallas, TX 75202
(214) 573-7300

February 18, 2026

Invoice submitted to:  Invoice #  36022

John Dee Spicer, Trustee
Founders Square, Suite 560
900 Jackson Street
Dallas, TX 75202

In reference to:  Edmond Joseph Churchman and
Kimberly Lane Churchman Chapter 7 Bankruptcy

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Asset Analysis and Recovery** | | | | |
| 10/30/2025 | JDS | Drafted objection to exemptions and proposed order. | 2.60 | 1,612.00 |
| 10/31/2025 | JDS | Review and revision to COS and NOH re objection to exemptions. | 0.20 | 124.00 |
| 12/1/2025 | JDS | Communications with Clayton Everitt, attorney for debtor, re hearing on exemption objection. | 0.20 | 124.00 |
|  | JDS | Communications with court re new hearing dates for objection exemption and surplus disbursement motion. | 0.20 | 124.00 |
| 12/3/2025 | JDS | Drafted Amended NOH; instructions to NM re filing and serving same. | 0.20 | 124.00 |
|  | SUBTOTAL: | | [ 3.40 | 2,108.00] |
| **Asset Disposition** | | | | |
| 12/1/2025 | JDS | Drafted Motion re Disbursement of Surplus Funds and Order. | 1.40 | 868.00 |
| 1/19/2026 | JDS | Drafted Motion to Approve Settlement and Application to Compensate Special Counsel and Orders / Certificates. | 3.50 | 2,170.00 |
|  | AR | Revise, file and serve 9019 Motion re: PI Claim. | 0.70 | 175.00 |
|  | SUBTOTAL: | | [ 5.60 | 3,213.00] |

**EXHIBIT A**
**Page 1 of 6**

John Dee Spicer, Trustee                                                                          Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | Case Administration |  |  |
| 5/5/2025 | JDS | Drafted motion to reopen; order; Notice of Waiver of Filing Fee; Certificate of Service. | 1.50 | 780.00 |
| 5/7/2025 | TR | Prepared mailing matrix (1.2), and printed and prepared envelopes for service (0.8). | 2.00 | 200.00 |
|  | AR | Draft Motion to Reopen Case and Notice to Defer Filing Fee [.4]; send Notice to no fee email [.1]; serve Motion [.7]. | 1.20 | 198.00 |
| 5/28/2025 | NM | Draft Certificate of No Objection and proposed Order for Discharged Trustee's Motion to Reopen Case. | 0.50 | 100.00 |
|  | JDS | Review and revision to CONO and order re re-opened case. | 0.40 | 208.00 |
| 5/29/2025 | NM | Efile Certificate of No Objection. | 0.30 | 60.00 |
| 6/2/2025 | NM | Efile Order regarding Motion to Reopen case. | 0.30 | 60.00 |
| 8/6/2025 | NM | Efile Application to employ and 2014 statement and serve certificate of service to all parties and enter certificate of no objection deadlines. | 0.80 | 160.00 |
| 10/31/2025 | NM | Draft Certificate of Service and Notice of Hearing, efile with the court and serve all parties. | 0.40 | 80.00 |
| 11/26/2025 | NM | Efile witness and exhibit list and serve parties | 0.30 | 60.00 |
|  | JDS | Prepared W&E List; assembled exhibits; instructions to NM re filing | 0.60 | 372.00 |
| 12/1/2025 | NM | Efile Motion to Distribute Surplus Funds and serve all parties | 0.40 | 80.00 |
| 12/3/2025 | NM | Prepare Certificate of Service and Efile Amended Notice of Hearing regarding Exemptions and Surplus Funds and serve parties. | 0.40 | 80.00 |
| 1/19/2026 | NM | Efile Motion to Approve Settlement and proposed Order and serve all parties. | 0.30 | 60.00 |
|  | NM | Prepare give Exhibit notebooks for hearing | 0.50 | 100.00 |
|  | NM | Efile Fee Application to Compensate Special Counsel; prepare and efile Notice of Filing; draft and efile certificate of service and serve all parties. | 0.80 | 160.00 |
|  | AR | Draft post-bar date matrix for service. | 0.20 | 50.00 |
| 1/30/2026 | NM | Prepare and edit pre-bill worksheet. | 0.80 | 160.00 |
|  | NM | Prepare and edit pre-bill worksheet. | 0.80 | 160.00 |

**EXHIBIT A**

**Page 2 of 6**

John Dee Spicer, Trustee                                                                                     Page    3

|            |     |                                                                                                                              | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/10/2026  | NM  | Prepare and efile Certificate of No Objections filed regarding Application for Compensation of Special Counsel               | 0.30  | 60.00    |
|            | NM  | Prepare and efile Certificate of No Objections filed regarding Motion to Approve Settlement.                                 | 0.30  | 60.00    |
|            |     | SUBTOTAL:                                                                                                                    | [ 13.10 | 3,248.00] |

Claims Administration and Objections

|            |     |                                                                                                                              | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/31/2025 | NM  | Draft email to Court Coordinator regarding available hearing dates for Objection to debtor; receipt of dates and confirm date and time for hearing. | 0.20  | 40.00    |
| 1/20/2026  | JDS | Research re claim objection (Law v Siegel) and surplus distribution (Reed v City of Arlington).                              | 1.40  | 868.00   |
| 1/21/2026  | JDS | Prepared for hearing [2.5]; attended hearing on claim objection and surplus distribution [1.0].                              | 3.50  | 2,170.00 |
|            | JDS | Drove to FW and back for claim objection hearing. [1/2 time].                                                                | 0.90  | 558.00   |
|            |     | SUBTOTAL:                                                                                                                    | [ 6.00 | 3,636.00] |

Fee/Employment Applications

|            |     |                                                                                                                              | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 5/12/2025  | AEB | Review of applicable facts and details and perform firmwide conflicts check.                                                 | 0.20  | 90.00    |
| 6/19/2025  | JDS | Drafted App to Employ Special Counsel; Qualifications to Employment Agreement, R2014 Statement, proposed Order.              | 2.50  | 1,550.00 |
| 8/6/2025   | JDS | Review and revision to application to employ Special Counsel; communication with claims administer regarding same.           | 1.00  | 620.00   |
|            | JDS | Drafted application to employ General Counsel.                                                                               | 1.50  | 930.00   |
| 8/27/2025  | JDS | Review Certificate of No Objections and Order re Cavazos Hendricks Poirot, P.C. employment.                                  | 0.20  | 124.00   |
|            | NM  | Draft Certificate of No Objection and Order to Trustee's Application for Employment of Attorney.                             | 0.30  | 60.00    |
| 8/28/2025  | NM  | Efile Certificate of No Objection to Trustee's Application for Employment of Attorney.                                       | 0.20  | 40.00    |

John Dee Spicer, Trustee                                                                                     Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/2/2025 | NM | Efile Order regarding Trustee's Application for Employment of Attorney and update network files. | 0.20 | 40.00 |
| 9/15/2025 | JDS | Completed Application to Employ Special Counsel and related documents. | 1.90 | 1,178.00 |
| 9/16/2025 | NM | Efile Application to Employ Special Counsel and serve all parties; docket certificate of no objection filed deadlines | 0.80 | 160.00 |
| 10/9/2025 | NM | Draft Certificate of No Objection Filed and proposed Order regarding Trustee's Application for Employment of Special Counsel | 0.30 | 60.00 |
| 10/10/2025 | JDS | Review and revision to Certificate of No Objections and Order re employment of special counsel. | 0.20 | 124.00 |
|  | NM | Efile Certificate of No Objections filed to Trustee's Aplication for Employment of Special Counsel | 0.20 | 40.00 |
| 10/13/2025 | NM | Upload Order regarding Certificate of No Objections filed to Trustee's Application for Employment of Special Counsel | 0.20 | 40.00 |
| 10/17/2025 | JDS | Drafted Motion to Approve Settlement, Order and COS [1.9]; drafted Application to Compensate Special Counsel, Cover Sheet, Notice of Filing, Order, and COS [2.2]; email to case administrator to get approval of special counsel re same [0.2]. | 4.30 | 2,666.00 |
| 1/19/2026 | AR | Revise, file and serve special counsel final fee application. | 0.50 | 125.00 |
| 2/10/2026 | JDS | Reviewed CONO's and Orders re fee app for special counsel and approval of settlement agreement. | 0.40 | 248.00 |
| 2/18/2026 | AR | Draft Cavazos Hendricks Poirot, P.C. final fee application. | 0.60 | 150.00 |
|  | JDS | [EST] - Review and revise Cavazos Hendricks Poirot, P.C. final fee application. | 1.00 | 620.00 |
|  | AR | [EST] - Finalize, file and serve Cavazos Hendricks Poirot, P.C. final fee application. | 1.00 | 250.00 |
|  |  | SUBTOTAL: | [   17.50 | 9,115.00] |
|  |  | For professional services rendered | 45.60 | $21,320.00 |

**EXHIBIT A**
**Page 4 of 6**

John Dee Spicer, Trustee                                                                 Page     5

Additional charges:

|  | Qty | Amount |
|---|---:|---:|
| **Copies** | | |
| 10/31/2025  October copies. | 69 | 13.80 |
| 11/30/2025  November copies. | 52 | 10.40 |
| 12/31/2025  December copies. | 12 | 2.40 |
| 1/31/2026  January Copies. | 255 | 51.00 |
| 2/18/2026  February copies. | 84 | 16.80 |
| SUBTOTAL: | [ | 94.40] |
| **PACER charges** | | |
| 5/31/2025  May PACER charges. | 56 | 5.60 |
| 6/30/2025  June PACER charges. | 3 | 0.30 |
| 7/31/2025  July PACER charges. | 20 | 2.00 |
| 8/31/2025  August PACER charges. | 10 | 1.00 |
| 10/31/2025  October PACER charges. | 1 | 2.40 |
| 11/30/2025  November PACER charges. | 18 | 1.80 |
| 12/31/2025  December PACER charges. | 20 | 2.00 |
| 1/31/2026  January PACER charges. | 49 | 4.90 |
| 2/18/2026  February PACER charges. | 3 | 0.30 |
| SUBTOTAL: | [ | 20.30] |
| **Postage/Overnight Delivery** | | |
| 5/31/2025  May postage. | 1 | 106.95 |
| 8/31/2025  August postage. | 1 | 3.09 |
| 11/30/2025  November postage. | 1 | 7.24 |
| 12/31/2025  December postage. | 1 | 2.22 |
| 1/31/2026  January postage. | 1 | 12.43 |
| 2/18/2026  February postage. | 1 | 11.00 |
| SUBTOTAL: | [ | 142.93] |

**EXHIBIT A**
**Page 5 of 6**

John Dee Spicer, Trustee                                                                  Page    6

|  | Amount |
|---|---:|
| Total costs | $257.63 |
| Total amount of this bill | $21,577.63 |
| Balance due | $21,577.63 |

### Initial Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Amy Ragan (AR) | 3.00 | 250.00 | $750.00 |
| Amy Ragan (AR) | 1.20 | 165.00 | $198.00 |
| Anne E. Burns (AEB) | 0.20 | 450.00 | $90.00 |
| John Dee Spicer (JDS) | 27.70 | 620.00 | $17,174.00 |
| John Dee Spicer (JDS) | 1.90 | 520.00 | $988.00 |
| Norma Menchaca (NM) | 9.60 | 200.00 | $1,920.00 |
| Taylor Rountree (TR) | 2.00 | 100.00 | $200.00 |

**EXHIBIT A**
**Page 6 of 6**