## EXHIBIT B SUMMARY SHEET

| | | | | |
|---|---|---|---|---|
| In Re: | § § § | | Total fees and expenses previously awarded: | $0.00 |
| | § | Case No. | | |
| Edmond & Kimberly Churchman | § | 16-42785 | | |
| | § | Chapter 7 | Total fees and expenses | |
| Debtor(s). | § | | currently requesting: | $21,577.63 |
| | § | | | |

**NAME OF APPLICANT:**
Cavazos Hendricks Poirot, P.C.

**ROLE IN CASE:**
Attorney for Trustee

| | |
|---|---|
| Current Fees: | $21,320.00 |
| Current Expenses: | $257.63 |
| Total for Current Application: | $21,577.63 |

**FEE APPLICATION:**

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED INTO PRACTICE | HOURS BILLED IN CURRENT APPLICATION | RATE | TOTALS FOR APPLICATION |
|---|---|---|---|---|
| SHAREHOLDERS: | | | | |
| John Dee Spicer | 1987 | 27.70 | $620.00 | $17,174.00 |
| John Dee Spicer | | 1.90 | $520.00 | $988.00 |
| Anne Elizabeth Burns | 2007 | 0.20 | $450.00 | $90.00 |
| **Total Attorney time:** | | **29.80** | | **$18,252.00** |
| PARAPROFESSIONAL: | | | | |
| Norma Menchaca | | 9.60 | $200.00 | $1,920.00 |
| Amy Ragan | | 3.00 | $250.00 | $750.00 |
| Amy Ragan | | 1.20 | $165.00 | $198.00 |
| Taylor Rountree | | 2.00 | $100.00 | $200.00 |
| **Total Paralegal time:** | | **15.80** | | **$3,068.00** |
| **TOTAL:** | | **45.60** | | **$21,320.00** |

| BLENDED HOURLY RATE FOR PROFESSIONALS & PARAPROFESSIONALS | $467.54 |
|---|---|