# CAVAZOS HENDRICKS POIROT, P.C.

ANNE ELIZABETH BURNS
ARNALDO (Arnie) N. CAVAZOS, JR.
CHARLES B. HENDRICKS
STEVEN T. HOLMES
ROD L. POIROT
MICHAEL W. SEBESTA

**ATTORNEYS AT LAW**
SUITE 570, FOUNDERS SQUARE
900 JACKSON STREET
DALLAS, TEXAS 75202-4425
(214) 573-7300
www.chfirm.com

JOHN DEE SPICER
*LYNDEL ANNE VARGAS
**ALEX VASQUEZ
CHRISTOPHER J. VOLKMER
NICOLE S. WOOD

* Also licensed in Florida & New York
** Of Counsel

March 13, 2026

**BIOGRAPHICAL SUMMARIES OF ATTORNEYS
AND PARAPROFESSIONALS**

## ATTORNEYS

**Arnaldo N. (Arnie) Cavazos, Jr.,** born Dallas, Texas; ad. to bar, 1973, Texas; Prep. and legal ed., Baylor University (B.A., 1971: J.D., 1972).  Former Assistant U. S. Attorney, Northern District of Texas.  Former U. S. Trustee, Northern District of Texas. Member: Dallas and American Bar Assns.; State Bar of Texas.

**Charles B. Hendricks,** born Steamboat Springs, Colorado; ad. to bar, 1981, Texas; Prep. ed., Wheaton College (B.A. cum laude, 1977) legal ed., Southern Methodist University (J.D., 1981).  Law Clerk, Dallas Court of Appeals, 1981-1982.  Member: Dallas Bar Assn.; State Bar of Texas; Christian Legal Society; Certified in Business (1995) and Consumer (1994) Bankruptcy by the American Board of Certification.

**Rod L. Poirot,** born Wichita Falls, Texas; ad. to bar, 1971, Texas; Prep. and legal ed., Southern Methodist University (B.A., 1967; J.D., 1971).  Admitted to U.S. District Court, Northern, Southern, Eastern and Western, Districts of Texas; U.S. Court of Appeals, Fifth Circuit; Member: State Bar of Texas; Dallas Bar Assn.

**Steven T. Holmes**, born Shreveport, Louisiana; ad. to bar, 1995, Texas; Prep. ed., Indiana University (B.S., 1992) legal ed., Southern Methodist University (J.D., 1995).  Admitted to U.S. District Court, Northern, Southern, Eastern and Western, Districts of Texas; U.S. Court of Appeals, Fifth Circuit; Member: State Bar of Texas; Dallas Bar Association; and American Bankruptcy Institute; John C. Ford American Inn of Court, Master.

**Lyndel Anne Vargas**, born Vallejo, California; ad. to bar, 1984, California (inactive); 1986, Missouri (inactive); 1995, Massachusetts (inactive); 2000, Florida; 2007, Texas; 2015, New York, U.S. Court of Appeals Fifth Circuit and U.S. District Courts throughout Florida and Texas.  Prep. ed., Sacramento State University, w*ith Honors* (B.A., 1981) legal ed., University of the Pacific, McGeorge School of Law, *with Distinction* (J.D., 1984).  Member: American Bankruptcy Institute, State Bars of Florida, Texas and New York.

**John Dee Spicer**, born Fort Worth, Texas; ad. to bar, 1987, Texas; Prep. ed., Texas Tech University (B.B.A - Accounting, cum laude, 1984) legal ed., Baylor University (J.D., 1987).  Board Certified in Estate Planning and Probate Law by the Texas Board of Legal Specialization; Chapter 7 Bankruptcy Panel of Trustees, Fort Worth Division, Northern District of Texas; former attorney for Tim Truman, Standing Chapter 13 Trustee for the Fort Worth Division, Northern District of Texas; Admitted to U.S. District Court, Northern District of Texas, Eastern District of Texas; Member: State Bar of Texas (Bankruptcy Section and Estate Planning Section); Dallas Bar Association (Bankruptcy).

**Michael W. Sebesta**, born San Antonio, Texas; ad. to bar, 2001, Texas; Prep ed., Texas A&M University (B.S., 1989); legal ed., South Texas College of Law (J.D., 2001).  Admitted: U.S. District Courts Northern,

Southern and Eastern Districts of Texas and U.S. Court of Appeals, Fifth Circuit.  Member: State Bar of Texas, Dallas Bar Association (Bankruptcy Section, Membership Committee Co-Chair, 2006, Speakers Committee).

**Christopher J. Volkmer**, born in Nebraska City, Nebraska; ad. to bar, 1985, Texas; Prep. ed., University of Dallas (B.A. cum laude 1980), legal ed., St. Mary's University School of Law (J.D. 1985, with distinction).  Admitted to the U.S. District Court for the Northern District of Texas.  Member:  State Bar of Texas and Dallas Bar Association; International Association of Privacy Professionals.

**Anne Elizabeth Burns**, born Dallas, Texas; ad. to bar, 2007, Texas; Prep. ed., Vanderbilt University (B.S. *cum laude*, 2004) legal ed., Texas A&M University School of Law (J.D., 2007).  Chapter 7 Bankruptcy Panel of Trustees, Dallas and Wichita Falls Divisions, Northern District of Texas.  Admitted: U.S. District Courts, Northern, Southern and Eastern Districts of Texas. Member: State Bar of Texas and Dallas Bar Association.

**Alex Vasquez**, born Loraine, Texas; ad. to bar, 1991, Texas; Hardin-Simmons University (B.Ed., 1985); Southern Methodist University Dedman School of Law (J.D., May 1991); admitted to U.S. District Court for the Northern District of Texas; Law Clerk for the late Hon. Jorge A. Solis, U.S. District Court, Northern District, Dallas Division (1994-1995); Member: State Bar of Texas.

**Nicole S. Wood**, born Dallas, Texas; ad. to bar 2022, Texas; Prep. Ed., Stephen F. Austin State University (B.A., *summa cum laude*, 2018), legal ed., Southern Methodist University (J.D., 2022).  Law clerk, U.S. Bankruptcy Court, Norther District of Texas, Fort Worth Division, 2022-2023.  Law clerk, U.S. Bankruptcy Court, Eastern District of Texas, Tyler Division. Admitted: U.S. District Court, Northern and Eastern Districts of Texas.  Member: State Bar of Texas (Bankruptcy Section), Dallas Bar Association.

## PARALEGALS

**Amy K. Kuhlmann**, born Amarillo, Texas; Concordia University at Austin (B.A. Communications, 1994); Cavazos Hendricks Poirot, P.C. (10/03 - present), Office Administrator; Concordia University at Austin (08/94 - 05/96), Production Manager & Distance Learning Coordinator; Harvey Park Christian Church (02/91 - 07/93), Office Administrator.

**Amy M. Ragan,** born Dallas, Texas; Texas Tech University; Cavazos Hendricks Poirot, P.C. (04/14 - present), Legal Assistant; Loewinsohn Flegle Deary L.L.P. (2011 - 2014), Assistant Office Manager.

**Norma L. Menchaca**, born Del Rio, Texas; University of Texas at Dallas (B.A. Human Behavior, 1995); University of Texas at Dallas (M.B.A. 2009); Cavazos Hendricks Poirot, P.C. (05/24 - present), Legal Assistant.

**Susan L. Kimball**, born Dallas, Texas; Baylor University (B.B.A. Marketing; Minor: Environmental Studies, 1993); University of Texas at Austin - Center for Professional Education (Paralegal Certificate, 2024); Cavazos Hendricks Poirot, P.C. (09/24 – present), Legal Assistant; Wilshire Baptist Church (09/01 – 06/23), Systems Administrator.

**Taylor Rountree**, born Temple, Texas; Texas A&M University (B.S. Major: Public Health; Minor: Psychology, 2024); Dallas Theological Seminary (Clinical Counseling, 2025 – present); Cavazos Hendricks Poirot, P.C. (01/25 – present), Legal Assistant.