John Dee Spicer
State Bar No. 18930500
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN,<br><br>Debtors. | § § § § § § § § § | Case No. 16-42785-mxm7 |

# NOTICE OF FILING OF FIRST AND FINAL APPLICATION FOR COMPENSATION OF ATTORNEY FOR TRUSTEE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON FEDERAL BUILDING, 501 W. TENTH STREET, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON <u>APRIL 3, 2026,</u> WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

   **PLEASE TAKE NOTICE THAT** on March 13, 2026, Cavazos Hendricks Poirot, P.C. (the "Applicant"), filed its *First and Final Fee Application for Compensation of Attorney for Trustee* [Docket No. 60] (the "Application"). In the Application, Applicant seeks final compensation and reimbursement for professional services rendered and reasonable and necessary expenses incurred in the representation of the Chapter 7 Trustee in the above referenced bankruptcy case for the period of from May 5, 2025 through February 18, 2026, and

payable from the estate in the amount of **$21,577.63,** broken down as follows: **$21,320.00** in attorneys' fees and paralegal fees and **$257.63** in reasonable and necessary expenses incurred. The benefits to the estate of Applicant's services are detailed in the Application. Applicant in the Application is requesting an order authorizing payment of **$21,577.63**.

In the Application, the Applicant sets forth the underlying facts and details which the Applicant believes are in compliance with sections 330 and 331 of the U.S. Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Guidelines for Compensation and Expense Reimbursement of Professionals for the Northern District of Texas and which the Applicant believes support the Court's award to the Applicant of the requested final compensation and reimbursement of expenses.

A copy of the Application may be obtained from the undersigned or from the Clerk of the United States Bankruptcy Court, 1100 Commerce Street, Room 1254, Dallas, Texas 75242-1496 /Eldon B. Mahon Federal Building, 501 W. Tenth Street, Fort Worth, TX 76102 during regular business hours. Any interested party should review the Application in order to acquire a more complete understanding of the facts and details contained in it.

Respectfully submitted,

*/s/ John Dee Spicer*
John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

# **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Notice was served on March 13, 2026, by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas, on all parties-in-interest submitting to service of papers in this case by said means and via first class mail, postage prepaid on the following parties:

| | |
|---|---|
| U. S. Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX 75242 | Edmond Joseph Churchman<br>PO Box 162<br>Granbury, TX 76048-0162 |
| Kimberly Lane Churchman<br>PO Box 162<br>Granbury, TX 76048-0162 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Dr. Timothy Huggins<br>1212 Clear Lake Rd, Ste 100<br>Weatherford, TX 76086-5877 | Glen Rose Health Care, Inc.<br>409 Glenwood Street, Suite 500<br>Glen Rose, TX 76043-4933 |
| Tarrant County Hospital District<br>Attn: Patient Financial Services<br>1400 S Main Street, Suite 300<br>Fort Worth, TX 76104-4923 | Internal Revenue Service<br>Special Procedures-Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Attorney General of the United States<br>Main Justice Building, Rm 5111<br>10th & Constitution Avenue, N.W.<br>Washington, DC 20530-0001 | United States Attorney-Northern Dist.<br>Office of the United States Attorney<br>1100 Commerce St, 3rd Floor<br>Dallas, TX 75242-0397 |
| US Dept of Education-GLELSI<br>PO Box 7860<br>Madison, WI 53707-7860 | |

Respectfully submitted,

*/s/ John Dee Spicer*
John Dee Spicer