John Dee Spicer
SBN 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN,<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 16-42785-mxm7 |

## <u>CERTIFICATE OF NO OBJECTIONS FILED</u>

CAVAZOS HENDRICKS POIROT, P.C. hereby certifies to the Court with regard to the *First and Final Application for Compensation of Attorney for Trustee* [Docket No. 60] (the "Application") in the above-referenced case, that all parties have been notified of the Application by proper service, that the twenty-one day deadline for response or objection has passed as of April 3, 2026, and that to our knowledge, no objections or responses have been filed or served upon our office as of the time of filing of this Certificate.

Dated: April 6, 2026.

Respectfully submitted,

*/s/ John Dee Spicer*

Attorneys for John Dee Spicer, Chapter 7 Trustee