

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 10, 2026**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | |
| EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN, | § § § | Case No. 16-42785-mxm7 |
| Debtors. | § § § § | |

## ORDER ALLOWING FIRST AND FINAL APPLICATION
## FOR COMPENSATION OF ATTORNEY FOR TRUSTEE

Came on for consideration the *First and Final Application for Compensation of Attorney for Trustee* [Docket No. 60] (the "Application") filed by Cavazos Hendricks Poirot, P.C. on March 13, 2026.  After due notice and no objections filed, this Court having considered such Application, and finding that the requirements of 11 U.S.C. § 330 have been satisfied by the applicants and that the *First Colonial* factors have also been satisfied, is of the opinion that such Application should be allowed.  It is therefore,

**ORDERED**, that Cavazos Hendricks Poirot, P.C., be and hereby is, allowed and awarded, on a final basis, the sum of **$21,577.63**, which includes $21,320.00 for professional services and $257.63 in expenses; and it is further,

**ORDERED**, that the Trustee be and hereby is authorized to, upon entry of this order, pay Cavazos Hendricks Poirot, P.C. the amount of **$21,577.63** as final payment from funds in the estate.

### END OF ORDER ###

Order submitted by:

John Dee Spicer
State Bar No. 18930500
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee