United States Bankruptcy Court

Northern District of Texas

In re:                                                                                          Case No. 16-42785-mxm

Edmond Joseph Churchman                                              Chapter 7

Kimberly Lane Churchman

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Edmond Joseph Churchman, Kimberly Lane Churchman, PO Box 162, Granbury, TX 76048-0018

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Clayton Everett
      on behalf of Joint Debtor Kimberly Lane Churchman clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett
      on behalf of Debtor Edmond Joseph Churchman clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Edward Mark Piland
      on behalf of Joint Debtor Kimberly Lane Churchman markpiland@pilandlaw.com  markpiland@pilandlaw.com

Edward Mark Piland
      on behalf of Debtor Edmond Joseph Churchman markpiland@pilandlaw.com  markpiland@pilandlaw.com

John Dee Spicer

District/off: 0539-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 10, 2026 | Form ID: pdf012 | Total Noticed: 1

on behalf of Trustee John D. Spicer jdspicer@chfirm.com  chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer

on behalf of Trustee John Dee Spicer jdspicer@chfirm.com  chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer

jds.ch7trusteedocs@sbcglobal.net  jds@trustesolutions.net

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

on behalf of Joint Debtor Kimberly Lane Churchman warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 9



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 10, 2026**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| EDMOND JOSEPH CHURCHMAN AND | § | Case No. 16-42785-mxm7 |
| KIMBERLY LANE CHURCHMAN, | § | |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |

## ORDER ALLOWING FIRST AND FINAL APPLICATION
## FOR COMPENSATION OF ATTORNEY FOR TRUSTEE

Came on for consideration the *First and Final Application for Compensation of Attorney for Trustee* [Docket No. 60] (the "Application") filed by Cavazos Hendricks Poirot, P.C. on March 13, 2026. After due notice and no objections filed, this Court having considered such Application, and finding that the requirements of 11 U.S.C. § 330 have been satisfied by the applicants and that the *First Colonial* factors have also been satisfied, is of the opinion that such Application should be allowed. It is therefore,

**ORDERED**, that Cavazos Hendricks Poirot, P.C., be and hereby is, allowed and awarded, on a final basis, the sum of **$21,577.63**, which includes $21,320.00 for professional services and $257.63 in expenses; and it is further,

**ORDERED**, that the Trustee be and hereby is authorized to, upon entry of this order, pay Cavazos Hendricks Poirot, P.C. the amount of **$21,577.63** as final payment from funds in the estate.

### ### END OF ORDER ###

Order submitted by:

John Dee Spicer
State Bar No. 18930500
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee