United States Bankruptcy Court

Northern District of Texas

In re:

Edmond Joseph Churchman

Kimberly Lane Churchman

    Debtors

Case No. 16-42785-mxm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: tfrcov | Total Noticed: 145 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edmond Joseph Churchman, Kimberly Lane Churchman, PO Box 162, Granbury, TX 76048-0018 |
| aty | + | Cavazos Hendricks Poirot, P.C., CAVAZOS HENDRICKS POIROT, P.C., Founders Square, 900 Jackson Street, Suite 570, Dallas, TX 75202-4459 |
| aty | + | Greg Jones, Greg Jones Law LLC, 8E Calle Inga, San Juan, PR 00913-4707 |
| aty | + | Jonathan Schulman, Slater Slater Schulman LLP, 101 West Elm Street, Suite 215, Conshohocken, PA 19428-4130 |
| 17244314 | + | ABK Emergency Physicians, PO Box 1879, St. Charles, MO 63302-1879 |
| 17244322 | | AT & T, PO Box 419655, Austin, TX 78704 |
| 17244323 | + | AT & T Mobility Attn: Bankruptcy Dept, 1801 Valley View Lane, Farmers Branch, TX 75234-8906 |
| 17244315 | + | Account Recovery Services, 3144 SW 28th Ave Ste A, Amarillo, TX 79109-3169 |
| 17244316 | + | Advantage Network Systems, PO Box 1180, Grand Junction, CO 81502-1180 |
| 17244317 | + | Alere Toxicology, 1342 Court Street, Fort Smith, VA 23704-3660 |
| 17244319 | + | Allied Collection Service, 3080 S. Durango Ste No. 20, Las Vegas, NV 89117-9193 |
| 17244320 | + | Alpine Orthopedics, 112 W Spencer Ave Ste B, Gunnison, CO 81230-2546 |
| 17244321 | + | American Medical Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 17244327 | + | BCM, PO Box 4800, Houston, TX 77210-4800 |
| 17244328 | + | BCS, Inc, PO Box 370107, Denver, CO 80237-0107 |
| 17244326 | + | Bay Area Credit Services, PO Box 5914, Troy, MI 48007-5914 |
| 17244330 | + | Burns, Cooper and Assoc., PO Box 1459, Sulphur Springs, TX 75483-1459 |
| 17244356 | + | CSI, PO Box 7545, Little Rock, AR 72217-7545 |
| 17244333 | | Capitol Management Services, 698 1-2 S. Ogden Street, Buffalo, NY 14206 |
| 17244339 | + | Careflight, PO Box 740847, Dallas, TX 75374-0847 |
| 17244342 | + | Central Credit Services, PO Box 1879, St. Charles, MO 63302-1879 |
| 17244343 | + | Check Plus Systems, 9901 West IH-10, Ste 665, San Antonio, TX 78230-2246 |
| 17244344 | + | Christus Health, 2707 North Loop West, 4th floor, Houston, TX 77008-1048 |
| 17244345 | + | Christus Physician Group, 919 Hidden Ridge 6th Floor, Irving, TX 75038-3813 |
| 17244346 | + | Citizens Medical Center, 2701 Hospital Drive, Victoria, TX 77901-5749 |
| 17244347 | + | Clinical Pathological Laboratories, PO Box 141669, Austin, TX 78714-1669 |
| 17244350 | + | Community Pathology, PO Box 4677, Houston, TX 77210-4677 |
| 17244351 | + | Community Radiology, 1250 NE Loop 410 No. 405, San Antonio, TX 78209-1524 |
| 17244359 | + | DeTar Hospital, 506 E San Antonio Street, Victoria, TX 77901-6060 |
| 17244360 | + | DeTar Hospital, PO Box 2089, Victoria, TX 77902-2089 |
| 17244358 | | Del Mar College, 101 Baldwin Blvd, Corpus Christi, TX 78404-3897 |
| 17244361 | + | Diagnostic Imaging Assoc., 1607 N Main Street, Victoria, TX 77901-5213 |
| 17244364 | + | Diversified Healthcare Services, PO Box 460036, Garland, TX 75046-0036 |
| 17244365 | + | Dr. Arthur Chin, PO Box 4348, Victoria, TX 77903-4348 |
| 17244366 | + | Dr. Dakshekh-Kumar Pariikh, MD, 2104 Patterson Dr, Victoria, TX 77901-5639 |
| 17244367 | + | Dr. Stanley Rhoads, 3902 E US Hwy 377 No. 100, Granbury, TX 76049-7612 |
| 17244369 | + | Dr. Timothy Huggins, 1212 Clear Lake Rd, Ste 100, Weatherford, TX 76086-5877 |
| 22704627 | + | GLEN ROSE HEALTHCARE, INC, 409 GLENWOOD STREET, SUITE 500, GLEN ROSE, TX 76043-4933 |
| 17244378 | + | Glen Rose Health Care, Inc., 409 Glenwood No. 500, Glen Rose, TX 76043-4933 |
| 17244379 | + | Glen Rose Medical Center, 1021 Holden Street, Glen Rose, TX 76043-4937 |

District/off: 0539-4                                          User: admin                                          Page 2 of 6

Date Rcvd: May 22, 2026                                      Form ID: tfrcov                                      Total Noticed: 145

| 17244380 | + | Harris Health Physician Group, PO Box 732262, Dallas, TX 75373-2262 |
| 17244383 | + | Health and Wellness Solutions, 601 E San Antonio, No. 303W, Victoria, TX 77901-6002 |
| 17244385 | + | High Plains Radiological, PO Box 3780, Dallas, TX 75208-1080 |
| 17244384 | + | High Plains Radiological, PO Box 3780, Amarillo, TX 79116-3780 |
| 17244386 | + | Hill Country Radiology, PO Box 674070, Dallas, TX 75267-4070 |
| 17244387 | + | Hillcrest Animal Hospital, 4001 John Stockbauer Dr., Victoria, TX 77904-2453 |
| 17244388 | + | Hood Medical Group, PO Box 848219, Boston, MA 02284-8219 |
| 17244389 | | Houston Methodist Hospital, PO Box 4315, Houston, TX 77210-4315 |
| 17244390 | + | Houzz, 310 University Avenue, Palo Alto, CA 94301-1715 |
| 17244391 | + | IBC Bank, 311 N Virginia, Port Lavaca, TX 77979-3495 |
| 17244392 | + | Internist Assoc of Houston, 7580 Fannin St Ste 205, Houston, TX 77054-1937 |
| 17244393 | + | Island National Group, 575 Underhill Blvd, No. 224B, Soyosset, NY 11791-3417 |
| 17244396 | + | Lake Granbury Medical Center, 1310 Paluxy Road, Granbury, TX 76048-5655 |
| 17244397 | + | Law Office of Mark Davis, 120 N. Main, Victoria, TX 77901-6501 |
| 17244398 | + | Mary Churchman, 1301 Spanish Flower DR, Granbury, TX 76048-2768 |
| 17244399 | | Medical Data Systems, PO Box 182789, Vero Beach, FL 32960 |
| 17244402 | + | Millinium Loan Fund, LLC, 4600 New Linden Hill Road, Wilmington, DE 19808-2953 |
| 17244404 | + | National Credit Collections, 5503 Cherokee Ave, Suite 100, Alexandria, VA 22312-2307 |
| 17244407 | | Paramount Recovery Systems, 111 E. Center St, Lorena, TX 76655-9651 |
| 17244405 | + | Paramount Recovery Systems, 105 Deanna St, Robinson, TX 76706-5319 |
| 17244409 | + | Pendrick Capital Partners, 1714 Hollinwood Dr, Belleview, VA 22307-1926 |
| 17244413 | | ProPath Associates, PO Box 660811, Dallas, TX 75266-0811 |
| 17244414 | + | Questcare Medical Services PA, PO Box 201611, Dallas, TX 75320-1611 |
| 17244415 | + | Radiology Associates of N. Texas, PO Box 887, Arlington, TX 76004-0887 |
| 17244417 | + | Radiology Associates of N. Texas, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 17244419 | + | Regional Medical Laboratories, 2110 N Navarro, Victoria, TX 77901-4829 |
| 17244420 | + | Rio Grande Hospital, PO Box 1660, Greely, CO 80632-1660 |
| 17244421 | + | Rio Grande Hospital, 310 County Road 14, Del Norte, CO 81132-8759 |
| 17244422 | + | Rocky Mountain Radiology, 1873 South Bellaire Street, No. 420, Denver, CO 80222-4337 |
| 17244424 | | Second Chance, PO Box 419655, Austin, TX 78704 |
| 17244425 | + | Skartar LTD, LLP, 400 E 10th Street, Waconia, MN 55387-4552 |
| 17244426 | + | Spears Dewitt Et Al, 4115 Medical Drive No. 410, San Antonio, TX 78229-5637 |
| 17244395 | ++ | TARRANT COUNTY HOSPITAL DISTRICT, ATTN PATIENT FINANCIAL SERVICES, 1400 S MAIN STREET SUITE 300, FORT WORTH TX 76104-4923 address filed with court:, JPS Health Network, PO Box 901064, Fort Worth, TX 76101 |
| 17244433 | ++ | TEXAS HEALTH PHYSICIANS GROUP, PO BOX 975341, DALLAS TX 75397-5341 address filed with court:, Texas Health Physicians Group, PO Box 975341, Dallas, TX 75397 |
| 17244439 | + | TLRA, 2707 North Loop West, Suite 400, Houston, TX 77008-1042 |
| 17244434 | + | Texas Health Resources, PO Box 975612, Dallas, TX 75397-5612 |
| 17244435 | + | Texas Medicine Resources, PO Box 3495, Toledo, OH 43607-0495 |
| 17244437 | | Texas Pulmonary Consultants, 700 Main Street, Ste 200, Dallas, TX 75261 |
| 17244438 | + | The Advantage Group, PO Box 1180, Grand Junction, CO 81502-1180 |
| 17244440 | + | Tri-Wholesale Co, PO Box 540, Port Lavaca, TX 77979-0540 |
| 17244441 | + | Twin Fountains Medical Clinic, 108 Twin Fountains Drive, Victoria, TX 77904-4203 |
| 17244443 | + | US Asset Management Company, PO Box 981008, Boston, MA 02298-1008 |
| 17244445 | + | Victoria Emergency Associates, 1000 River Road, Ste 100, Conshohocken, PA 19428-2439 |
| 17244446 | + | Victoria Fire Department, PO Box 940249, Houston, TX 77094-7249 |
| 17244447 | + | Victoria Hospitalist Associates, 506 E San Antonio Street, Victoria, TX 77901-6060 |
| 17244448 | + | Victoria Pathology Group, PO Box 3037, Victoria, TX 77903-3037 |
| 17244451 | + | Ward Legal Associates, 12655 N Central Expy Ste 315, Dallas, TX 75243-1758 |
| 17244452 | + | Weatherford Anesthesiologist Assoc, PA, PO Box 163694, Fort Worth, TX 76161-3694 |
| 17244453 | + | Weatherford Emergency Physicians, PO Box 3495, Toledo, OH 43607-0495 |
| 17244454 | | Weatherford Emergency Physicians, PO Box 8108, Fort Worth, TX 76124-0108 |
| 17244455 | + | Weatherford Inpatient Physicians, PO Box 2440, Weatherford, TX 76086-7440 |
| 17244456 | + | Weatherford Regional Medical Center, PO Box 840407, Dallas, TX 75284-0407 |
| 17244457 | | Weatherford Regional Medical Center, PO Box 20440, Weatherford, TX 76086 |
| 17244459 | + | Wells Fargo MAC Q2132-023, PO Box 94423, Albequerque, NM 87199-4423 |

TOTAL: 94

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17244313 | + | Email/Text: bk.notices@a1collectionagency.com | | |

| | | | |
|---|---|---|---|
| District/off: 0539-4 | | User: admin | Page 3 of 6 |
| Date Rcvd: May 22, 2026 | | Form ID: tfrcov | Total Noticed: 145 |

| | | | |
|---|---|---|---|
| | | May 22 2026 22:30:00 | A1 Collections LLC, PO Box 1929, Grand Junction, CO 81502-1929 |
| 17244318 | + Email/Text: info@alliantcapital.net | May 22 2026 22:30:00 | Alliant Capitol Management, 3840 East Robinson Rd, Ste 202, Amherst, NY 14228-2001 |
| 22671610 | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 22:31:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17244325 | ^ MEBN | May 22 2026 22:23:10 | Bay Area Credit Services, PO Box 467600, Atlanta, GA 31146-7600 |
| 17244331 | + Email/Text: k.popham@bpservice.com | May 22 2026 22:31:00 | Business and Professional, 621 N. Alamo Street, San Antonio, TX 78215-1836 |
| 17244332 | Email/Text: business.office@cacfinancial.com | May 22 2026 22:30:00 | CAC Financial, 2601 NW Expressway, Oklahoma City, OK 73112 |
| 17244337 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 22:31:51 | Capitol One Bank, 15000 Capital One Dr, Richmond, VA 23238 |
| 17244340 | Email/Text: bevans@cdresource.com | May 22 2026 22:31:00 | CDI Affiliated Services, 1451 N. Hartman St, Boise, ID 83704 |
| 17244353 | Email/Text: correspondence@credit-control.com | May 22 2026 22:30:00 | Credit Control, LLC, 5757 Phantom Dr. Suite 330, Hazelwood, MO 63042 |
| 17244357 | + Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | May 22 2026 22:31:00 | CSI, PO Box 1088, Arlington, TX 76004-1088 |
| 17244334 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 22:31:51 | Capitol One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 17244335 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 22:31:51 | Capitol One Bank, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 17244338 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 22:31:51 | Capitol One Bank, PO Box 30273, Salt Lake City, UT 84130-0273 |
| 17244336 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 22:31:56 | Capitol One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 17244341 | + Email/Text: ngisupport@radiusgs.com | May 22 2026 22:30:00 | Central Credit Services, PO Box 1850, St. Charles, MO 63302-1850 |
| 17244348 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2026 22:30:00 | Comenity Bank-VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 17244349 | + Email/Text: commonwealth@ebn.phinsolutions.com | May 22 2026 22:30:00 | Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 17244352 | + Email/Text: convergent@ebn.phinsolutions.com | May 22 2026 22:30:24 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 17244355 | + Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | May 22 2026 22:31:00 | Credit Systems Intl, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 17244354 | + Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | May 22 2026 22:31:00 | Credit Systems Intl, PO Box 1088, Arlington, TX 76004-1088 |
| 17244362 | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2026 22:31:50 | Dillards, P.O. Box 960012, Orlando, FL 32896-0012 |
| 17244363 | + Email/PDF: ais.dtv.ebn@aisinfo.com | May 22 2026 22:32:02 | Directv, PO Box 78626, Phoenix, AZ 85062-8626 |
| 17244370 | ^ MEBN | May 22 2026 22:23:24 | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |
| 17244372 | + Email/Text: bankruptcydepartment@tsico.com | May 22 2026 22:31:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 17244371 | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2026 22:31:50 | Ebay Mastercard, PO Box 960080, Orlando, FL 32896-0080 |
| 17244374 | Email/Text: bankruptcy@fncbinc.com | May 22 2026 22:29:00 | First National Collection Bureau, 610 Waltham |

District/off: 0539-4                                    User: admin                                           Page 4 of 6
Date Rcvd: May 22, 2026                              Form ID: tfrcov                                    Total Noticed: 145

Way, McCarran, NV 89434

17244373    + Email/Text: bankruptcy@fcoa.com
                                                    May 22 2026 22:30:00   Financial Corp of America, PO Box 203500, 800-880-8200, Austin, TX 78720-3500

17244375    + Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com
                                                    May 22 2026 22:30:00   Fossil Rim Emergency Physicians, PO Box 98637, Las Vegas, NV 89193-8637

17244376    + Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com
                                                    May 22 2026 22:30:00   Fossil Rim Emergency Physicians, 1021 Holden Street, Glen Rose, TX 76043-4937

17244382      Email/Text: jennifer@hawkeyeadjustment.com
                                                    May 22 2026 22:30:00   Hawkeye Adjustment, PO Box 716, Souix City, IA 51102

17244381    + Email/Text: THRBankruptcynotice@texashealth.org
                                                    May 22 2026 22:30:00   Harris Southwest, PO Box 916047, Fort Worth, TX 76191-6047

17244394    + Email/PDF: ais.sync.ebn@aisinfo.com
                                                    May 22 2026 22:31:50   JC Penney, PO BOx 965009, Orlando, FL 32896-5009

17244427      Email/Text: bmg.bankruptcy@centurylink.com
                                                    May 22 2026 22:30:00   Sprint, PO Box 96031, Charlotte, NC 28296

17244400    + Email/Text: MDSBankruptcies@meddatsys.com
                                                    May 22 2026 22:30:00   Medical Review Services, PO Box 938, Vero Beach, FL 32961-0938

17244401    ^ MEBN
                                                    May 22 2026 22:24:25   Methodist Hospital System, PO Box 4315, Houston, TX 77210-4315

17244403    + Email/Text: mmrgbk@miramedrg.com
                                                    May 22 2026 22:30:00   Miramed Revenue, 991 Oak Creek Drive, Lombard, IL 60148-6408

17244406      Email/Text: clientservices@paramountrecovery.com
                                                    May 22 2026 22:29:00   Paramount Recovery Systems, PO Box 788, Lorena, TX 76655

17244408      Email/Text: pasi_bankruptcy@chs.net
                                                    May 22 2026 22:29:00   PASI, PO Box 188, Brentwood, TN 37024-0188

17244411    + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                    May 22 2026 22:31:57   Portfolio Recovery and Affiliates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952

17244418    ^ MEBN
                                                    May 22 2026 22:24:39   Radiology Associates of N. Texas, PO Box 1723, Indanapolis, IN 46206-1723

17244416    ^ MEBN
                                                    May 22 2026 22:24:37   Radiology Associates of N. Texas, PO Box 1723, Indianapolis, IN 46206-1723

22671615      Email/PDF: resurgentbknotifications@resurgent.com
                                                    May 22 2026 22:32:03   Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

17244423    + Email/Text: courts@scott-pc.com
                                                    May 22 2026 22:31:00   Scott & Assoc, 1120 Metrocrest Drive, Carrollton, TX 75006-5760

17244428    + Email/PDF: ais.sync.ebn@aisinfo.com
                                                    May 22 2026 22:32:01   Synchrony Bank CO eBay, PO Box 965064, Orlando, FL 32896-5064

17244429    + Email/Text: amccoy@synerpriseconsulting.com
                                                    May 22 2026 22:30:00   Synerprise Consulting Services, 2809 Regal Rd., Ste. 107, Plano, TX 75075-6349

17244430    + Email/Text: amccoy@synerpriseconsulting.com
                                                    May 22 2026 22:30:00   Synerprise Consulting Services, 5651 Broadmoor Street, Mission, KS 66202-2407

17244432    + Email/Text: amccoy@synerpriseconsulting.com
                                                    May 22 2026 22:30:00   Synerprise Consulting Services, PO Box 957, Mission, KS 66201-0957

17244436    ^ MEBN
                                                    May 22 2026 22:24:24   Texas Medicine Resources, PO Box 8549, Fort Worth, TX 76124-0549

17244444    + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov
                                                    May 22 2026 22:30:00   US Dept of Education-GLELSI, PO Box 7860, Madison, WI 53707-7860

17244442    ^ MEBN
                                                    May 22 2026 22:23:18   United Revenue Corp, 204 Billings St Ste 120, Arlington, TX 76010-2495

17244458    + Email/Text: bankruptcy_notifications@ccsusa.com
                                                    May 22 2026 22:31:00   Wells Fargo Bank, TX, PO Box 55126, Boston, MA 02205-5126

District/off: 0539-4                         User: admin                         Page 5 of 6

Date Rcvd: May 22, 2026                      Form ID: tfrcov                      Total Noticed: 145

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17244431 | *+ | Synerprise Consulting Services, 5651 Broadmoor Street, Mission, KS 66202-2407 |
| 17244324 | ##+ | Balekian Hayes, PLLC, 4144 North Central Expressway, Ste 1200, Dallas, TX 75204-2166 |
| 17244329 | ##+ | Budget Control Services, Inc, 2950 S Jamaica Ct Ste 200, Aurora, CO 80014-2685 |
| 17244368 | ##+ | Dr. Stephen Hudgens, 800 8th Avenue, Ste 510, Fort Worth , TX 76104-2604 |
| 17244377 | ##+ | Gastroenterology Care Consultants, 750 Eureka Street, Weatherford, TX 76086-6521 |
| 17244410 | ##+ | Phoenix Financial, PO Box 361450, Indianapolis, IN 46236-1450 |
| 17244412 | ##+ | Professional Account Services, 1359 E. Margaret Avenue, Terre Haute, IN 47802-3213 |
| 17244449 | ##+ | Victoria Radiology, 2710 Hospital Drive No. 110, Victoria, TX 77901-5743 |
| 17244450 | ##+ | Wall, Smith and Bateman, 700 Main St. Ste. 200, Alamosa, CO 81101-2528 |
| 17244460 | ##+ | Your Health Lab, 2110 N Navarro, Victoria, TX 77901-4829 |

TOTAL: 0 Undeliverable, 1 Duplicate, 9 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Joint Debtor Kimberly Lane Churchman clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Debtor Edmond Joseph Churchman clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Edward Mark Piland | on behalf of Debtor Edmond Joseph Churchman markpiland@pilandlaw.com  markpiland@pilandlaw.com |
| Edward Mark Piland | on behalf of Joint Debtor Kimberly Lane Churchman markpiland@pilandlaw.com  markpiland@pilandlaw.com |
| John Dee Spicer | on behalf of Trustee John Dee Spicer jdspicer@chfirm.com  chps.ecfnotices@ecf.courtdrive.com |
| John Dee Spicer | jds.ch7trusteedocs@sbcglobal.net  jds@trustesolutions.net |
| John Dee Spicer | on behalf of Trustee John D. Spicer jdspicer@chfirm.com  chps.ecfnotices@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Joint Debtor Kimberly Lane Churchman warren@norredlaw.com |

District/off: 0539-4                          User: admin                                    Page 6 of 6
Date Rcvd: May 22, 2026                       Form ID: tfrcov                                Total Noticed: 145

anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 9

TFRCOV (rev. 07/09)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Edmond Joseph Churchman | § | Case No.:  16–42785–mxm7 |
| Kimberly Lane Churchman | § | Chapter No.:  7 |
| Debtor(s) | § | |

### DIRECTIVES TO PARTIES IN INTEREST REGARDING CONSIDERATION OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

The Trustee's Final Report and Application for Compensation referenced in the Notice (NFR) is available for public inspection in the office of the United States Bankruptcy Court.

The Trustee's Final Report is also available through PACER, appropriate charges for this service will be assessed.

Any person wishing to object to the Trustee's Final Report or the Application for Compensation contained therein must file a written objection with the Clerk of the United States Bankruptcy Court and serve a copy of such objection upon the trustee and the United States Trustee **within thirty (30) days of the date of this notice**. If no objection to the Final Report is timely filed and served, the Trustee may pay dividends contemplated by the Final Report pursuant to FRBP 3009 without further order of the Court. In such event, the notice required under FRBP 5009 shall be deemed satisfied and the presumption contemplated by that rule shall be invoked upon the filing of the Trustee's certification that the estate has been fully administered [the TDR].

If a written objection is filed in either instance, a hearing shall be scheduled and the Court will send notice of the scheduled hearing to you.

Date:  5/22/26          By: /s/ John Dee Spicer

Suite 560, Founders Square
900 Jackson Street
Dallas, TX 75202–4425

(214) 573–7331