John Dee Spicer, Trustee
900 Jackson Street, Suite 570
Dallas, TX 75202
Phone: (214) 573-7300
Fax: (214) 573-7399

Chapter 7 Bankruptcy Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                              §
                                    §
   E Churchman                    §          CASE NO: 16-42785-MXM
   K Churchman                    §
                                    §
                                    §
      DEBTORS                 §

## FEE APPLICATION COVER SHEET

Fee Application of:    <u>John Dee Spicer, Chapter 7 Trustee</u>

Fee Application of:    <u>July 22, 2016 to April 14, 2026</u>

Retainer Received:    <u>$0.00</u>        Amount Previously Paid:    <u>$0.00</u>

**Amount Requested:**                    **Reductions:**

| Fees: | $13,662.53 | Vol. Fee Reductions: | |
| Expenses: | $27.36 | Vol. Expense Reductions: | |
| Total | $13,689.89 | Total Reductions: | |

**Expenses:**

| Clerical | 0.0 Hours | Total Clerical | $0.00 |
| Legal Assistant | 0.0 Hours | Total Legal Assistant | $0.00 |

| **Hourly Rates:** | Trustee | Paralegal/Clerical |
| --- | --- | --- |
| Highest Rates: | N/A | $100 per hour/$50 per hour |
| Hours Billed: | N/A | 0.0 hours/0.0 hours |
| Total: | N/A | $0.00 + $0.00 + $27.36 [EXP] = $27.36 |

Date:    April 14, 2026                /s/ John Dee Spicer
                                       John Dee Spicer, Chapter 7 Trustee

John Dee Spicer, Trustee
900 Jackson Street, Suite 570
Dallas, TX 75202
Phone: (214) 573-7300
Fax: (214) 573-7399

Chapter 7 Bankruptcy Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| E Churchman | § | CASE NO. 16-42785-MXM |
| K Churchman | § | |
| | § | |
| DEBTORS | § | |

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPCTY COURT AT 501 W. TENTH STREET, ROOM 147, FORT WORTH, TX 76102 BEFORE THE CLOSE OF BUSINESS ON JUNE 17, 2026, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON THE APPLICANT PRIOR TO THE DATE AND TIME SET FORTH ABOVE. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Comes now, John Dee Spicer, Chapter 7 trustee for the bankruptcy estate of E Churchman and K Churchman, and files this *Application for Trustee's Compensation and Expenses* ("Application" to request compensation and reimbursement of expenses pursuant to 11 U.S.C. §330(a)(1) and (a)(7). In support of the Application, the trustee submits the following information:

1.    On July 22, 2016, the trustee was duly appointed as the chapter 7 trustee.

2.      Previous to the filing of the Application, the trustee has filed a Trustee's Final Report ("TFR") and a Notice of Trustee's Final Report ("NFR").  No objections have been filed to the TFR as of the date of the filing of this Application.

3.      Pursuant to 11 U.S.C. 326(a), the maximum compensation allowable to the trustee is $13,662.53 based on the total amount disbursed to parties in interest, except for amounts disbursed to the debtor, or to an entity, if the funds disbursed were not property of the estate, e.g. return of a sale deposit.  See attached Exhibit 1 for a detailed calculation of the compensation requested.

4.      The trustee has received $0.00 of the maximum compensation allowable as interim compensation, and now requests $13,662.53 as final compensation, subject to additional compensation based on the disbursement of additional interest income to parties in interest.

5.      In addition, the trustee requests $27.36 for reimbursement of reasonable and necessary expenses incurred in the administration of the estate.  See attached Exhibit 2 for an itemization of the trustee's expenses.

6.      In the event additional interest income accrues on estate funds after the filing of the TFR and before distribution of funds by the trustee, the trustee requests approval of additional compensation based on the disbursement of this additional interest income to parties in interest without further order of the Court.

WHEREFORE, PREMISES CONSIDERED, John Dee Spicer, the Chapter 7 bankruptcy trustee, requests approval of $13,662.53 in compensation and $27.36 in reimbursement of expenses as set forth herein, and asks for such other relief to which applicant may be justly entitled.

RESPECTFULLY SUBMITTED,

 /s/ John Dee Spicer
John Dee Spicer, Chapter 7 Trustee

# CERTIFICATE OF SERVICE

I certify that a true and correct copies of the *Application for Trustee's Compensation and Expenses* [Docket No. ____] was served on May 27, 2026 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means and via U.S. First-Class Mail, postage prepaid on the following parties:

| | |
|---|---|
| U.S.Trustee<br>1100 Commerce St., Rm 976<br>Dallas, Tx  75242 | Edmond Joseph Churchman<br>P.O.Box 162<br>Granbury, TX  76048-0162 |
| Kimberly Lane Churchman<br>P.O. Box 162<br>Granbury, TX  76048-0162 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Dr. Timothy Huggins<br>1212 Clear Lake Rd, Ste 100<br>Weatherford, TX 76086-5877 | Glen Rose Health Care, Inc.<br>409 Glenwood Street, Suite 500<br>Glen Rose, TX 76043-4933 |
| Tarrant County Hospital District<br>Attn: Patient Financial Services<br>1400 S Main Street, Suite 300<br>Fort Worth, TX 76104-4923 | US Dept of Education-GLELSI<br>PO Box 7860<br>Madison, WI 53707-7860 |
| Attorney General of the United States<br>Main Justice Building, Rm 5111<br>10th & Constitution Avenue, N.W.<br>Washington, DC 20530-0001 | Internal Revenue Service<br>Special Procedures-Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| United States Attorney – Northern District<br>Office of the United States Attorney<br>1100 Commerce St, 3rd Floor<br>Dallas, TX 75242-0397 | |

Respectfully submitted,

*/s/ John Dee Spicer*
John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202
Phone: (214) 573-7300
Email: jspicer@chfirm.com
Attorneys for John Dee Spicer, Chapter 7 Trustee

Printed: Apr 14 2026  2:18PM          **Trustee's Compensation**

**Debtor:** E Churchman AND K Churchman                         **Case**: 16-42785-MXM

**Computation of Compensation**

| | |
|---|---:|
| Total disbursements to other than the debtor are: | $208,250.55 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | |
| 25% of first $5,000.00 | $1,250.00 |
| 10% of next $45,000.00 | $4,500.00 |
| 5% of next $158,250.55 | $7,912.53 |
| 3% of next $0.00 | $0.00 |
| **Calculated Total Compensation:** | **$13,662.53** |
| Plus Adjustment: | $0.00 |
| **Total Compensation:** | **$13,662.53** |
| Less Previously Paid: | $0.00 |
| **Total Compensation Requested:** | **$13,662.53** |

**Trustee Expenses**

| | | | |
|---|---|---|---:|
| ENVELOPES | 12 | @ $0.15 | $1.80 |
| MAILING / FILE LABELS | 12 | @ $0.15 | $1.80 |
| COPIES | 72 | @ $0.20 | $14.40 |
| POSTAGE | 12 | @ $0.78 | $9.36 |
| **Subtotal Expenses:** | | | **$27.36** |
| Plus Adjustment: | | | $0.00 |
| **Total Expenses:** | | | **$27.36** |
| Less Previously Paid: | | | $0.00 |
| **Total Expenses Requested:** | | | **$27.36** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $13,662.53 as compensation and $27.36 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation or to be received.

Dated:    04/14/2026                    Signed:   /s/John D. Spicer

                                        John D. Spicer
                                        Chapter 7 Bankruptcy Trustee

900 Jackson Street, Suite 570
Dallas, TX 75202

# TIME AND BILLING
## TIME REPORT

| | |
|---|---|
| **Case No.:** | 16-42785-MXM |
| **Case Name:** | Churchman, Edmond Joseph AND Churchman, Kimberly Lane |
| **Start Date:** | 7/22/2016 |
| **End Date:** | 4/14/2026 |

**Trustee Name**
John Dee Spicer

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|

**Firm Name: John D. Spicer**

**Professional: John Dee Spicer**

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $0.00 | 1.00 | $0.00 | 0.00 | $0.00 | Non Billable |
| 09/19/2016: Prepared for and conducted 341 meeting | | | | | | |
| | $0.00 | 0.50 | $0.00 | 0.00 | $0.00 | Non Billable |
| 04/30/2025: Reviewed communication from litigation firm re pending settlement owed debtor | | | | | | |
| | $0.00 | 0.40 | $0.00 | 0.00 | $0.00 | Non Billable |
| 10/10/2025: Reviewed amended exemptions filed by debtor | | | | | | |
| | $0.00 | 0.50 | $0.00 | 0.00 | $0.00 | Non Billable |
| 01/14/2026: Review of claims | | | | | | |
| | $0.00 | 1.00 | $0.00 | 0.00 | $0.00 | Non Billable |
| 01/29/2026: Preparation and filing of annual report | | | | | | |
| | $0.00 | 2.00 | $0.00 | 0.00 | $0.00 | Non Billable |
| 04/14/2026: Preparation of final report; notice of final report; fee application; and order | | | | | | |
| | $0.00 | 1.50 | $0.00 | 0.00 | $0.00 | Non Billable |
| 04/14/2026: Distributions under TFR; mapping of claims; preparation of TDR [EST] | | | | | | |

John Dee Spicer Non billable hours = 6.90 hours totaling $0.00

| **Project Category Total:** | **6.90** | | **$0.00** |
|---|---|---|---|

John Dee Spicer Non billable hours = 6.90 hours totaling $0.00

| **Firm Name John D. Spicer Total:** | **6.90** | | | **$0.00** |
|---|---|---|---|---|
| **TOTALS:** | **6.90** | **$0.00** | **0.00** | **$0.00** |