**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| E Churchman | § | CASE NO.: 16-42785-MXM |
| K Churchman | § | |
| | § | |
| Debtors | § | |

**ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF JOHN DEE SPICER, CHAPTER 7 TRUSTEE**

Came on for consideration the "*Application for Trustee's Compensation and Expenses*"

[Docket No. 000] and upon notice to creditors, which notice is hereby deemed sufficient, and no

creditors or parties in interest making objection to the Application, it is therefore

**ORDERED, ADJUDGED AND DECREED** that John Dee Spicer, Chapter 7 Trustee, is

allowed $13,662.53, as final compensation pursuant to 11 U.S.C. 326(a), based on the total

amount disbursed to parties in interest as allowed by the Court, and is allowed $27.36 for

reimbursement of reasonable and necessary expenses incurred in the administration of the

bankruptcy estate.

### End of Order###

Prepared and submitted by:
John Dee Spicer
Chapter 7 Trustee
Suite 560, Founders Square
900 Jackson Street
Dallas,  TX  75202-4425
jspicer@chfirm.com