Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtors

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Edmond Joseph Churchman and**<br>**Kimberly Lane Churchman,**<br><br>**Debtors** | **Case No. 16-42785-mxm7**<br><br>**Chapter 7** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Directives to Parties in Interest Regarding Consideration of Trustee's Final Report and Application for Compensation* was served on June 3, 2026, via First-Class Mail to Millennium Loan Fund, LLC and Jonathan Schulman at the following addresses:

Millennium Loan Fund, LLC
2522 E Highway 190, Ste A
Copperas Cove, TX 76522

Jonathan Schulman
Slater Slater Schulman LLP
488 Madison Ave 21st Floor
New York, NY 10022

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor

TFRCOV (rev. 07/09)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

In Re:                                      §
Edmond Joseph Churchman                     §      Case No.:   16–42785–mxm7
Kimberly Lane Churchman                     §      Chapter No.:   7
                          Debtor(s)         §

## DIRECTIVES TO PARTIES IN INTEREST REGARDING CONSIDERATION OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

The Trustee's Final Report and Application for Compensation referenced in the Notice (NFR) is available for public inspection in the office of the United States Bankruptcy Court.

The Trustee's Final Report is also available through PACER, appropriate charges for this service will be assessed.

Any person wishing to object to the Trustee's Final Report or the Application for Compensation contained therein must file a written objection with the Clerk of the United States Bankruptcy Court and serve a copy of such objection upon the trustee and the United States Trustee **within thirty (30) days of the date of this notice**. If no objection to the Final Report is timely filed and served, the Trustee may pay dividends contemplated by the Final Report pursuant to FRBP 3009 without further order of the Court. In such event, the notice required under FRBP 5009 shall be deemed satisfied and the presumption contemplated by that rule shall be invoked upon the filing of the Trustee's certification that the estate has been fully administered [the TDR].

If a written objection is filed in either instance, a hearing shall be scheduled and the Court will send notice of the scheduled hearing to you.

Date:  5/22/26              By: /s/ John Dee Spicer
                           Suite 560, Founders Square
                           900 Jackson Street
                           Dallas, TX 75202–4425
                           (214) 573–7331