John Dee Spicer
State Bar No. 18930500
Cavazos Hendricks Poirot, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § | |
| EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN, | § § § § | Case No. 16-42785-mxm7 |
| Debtors. | § § § | |

## CERTIFICATE OF NO OBJECTIONS FILED

John Dee Spicer, the Chapter 7 Trustee (the "**Trustee**"), by and through his counsel, files this **Certificate of No Objections Filed** (the "**Certificate**") with regard to the **Application for Trustee's Compensation and Expenses** [Docket No. 73] (the "**Application**") in the above-referenced case.  The Trustee hereby certifies to the Court that all parties have been notified of the Application by proper service, that the extended deadline for response or objection has passed as of June 17, 2026, and that to his knowledge, no objections or responses have been filed or served upon our office as of the time of filing of this Certificate.

Dated: June 18, 2026.

Respectfully submitted,

*/s/ John Dee Spicer*
John Dee Spicer
State Bar No. 18930500
Cavazos Hendricks Poirot, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**Certificate of No Objections Filed**                                                                                  **Page 1 of 1**