



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 23, 2026**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| In Re: | § § § | |
| EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN | § § § | Case No. 16-42785-mxm7 |
| Debtor. | § § § | |

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JOHN DEE SPICER, CHAPTER 7 TRUSTEE

Came on for consideration the *Application for Trustee's Compensation and Expenses* [Docket No. 73] and upon notice to creditors, which notice is hereby deemed sufficient, and no creditors or parties in interest making objection to the Application, it is therefore,

**ORDERED**, **ADJUDGED AND DECREED** that John Dee Spicer, Chapter 7 Trustee, is allowed $13,662.53, as final compensation pursuant to 11 U.S.C. § 326(a), based on the total amount disbursed to parties in interest as allowed by the Court, and is allowed $27.36 for

**Order Approving Trustee's Application for Employment of Auctioneer**                    **Page 1 of 2**

reimbursement of reasonable and necessary expenses incurred in the administration of the

bankruptcy estate.

### ###END OF ORDER###

Order submitted by:

John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573- 7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee