United States Bankruptcy Court

Northern District of Texas

In re:                                                                          Case No. 16-42785-mxm

Edmond Joseph Churchman                                                          Chapter 7

Kimberly Lane Churchman

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 23, 2026                       Form ID: pdf012                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

**Recip ID**      **Recipient Name and Address**
jdb      + Kimberly Lane Churchman, PO Box 162, Granbury, TX 76048-0018

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Clayton Everett

on behalf of Joint Debtor Kimberly Lane Churchman clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett

on behalf of Debtor Edmond Joseph Churchman clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Edward Mark Piland

on behalf of Debtor Edmond Joseph Churchman markpiland@pilandlaw.com markpiland@pilandlaw.com

Edward Mark Piland

on behalf of Joint Debtor Kimberly Lane Churchman markpiland@pilandlaw.com markpiland@pilandlaw.com

John Dee Spicer

District/off: 0539-4                              User: admin                                    Page 2 of 2

Date Rcvd: Jun 23, 2026                          Form ID: pdf012                                Total Noticed: 1

                                        on behalf of Trustee John D. Spicer jdspicer@chfirm.com  chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer
                                          on behalf of Trustee John Dee Spicer jdspicer@chfirm.com  chps.ecfnotices@ecf.courtdrive.com

John Dee Spicer
                                          jds.ch7trusteedocs@sbcglobal.net  jds@trustesolutions.net

United States Trustee
                                          ustpregion06.da.ecf@usdoj.gov

Warren V. Norred
                                          on behalf of Joint Debtor Kimberly Lane Churchman warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 9



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 23, 2026**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| In Re: | § § § | |
| EDMOND JOSEPH CHURCHMAN AND KIMBERLY LANE CHURCHMAN | § § § | Case No. 16-42785-mxm7 |
| Debtor. | § § § § | |

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JOHN DEE SPICER, CHAPTER 7 TRUSTEE

Came on for consideration the *Application for Trustee's Compensation and Expenses* [Docket No. 73] and upon notice to creditors, which notice is hereby deemed sufficient, and no creditors or parties in interest making objection to the Application, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that John Dee Spicer, Chapter 7 Trustee, is allowed $13,662.53, as final compensation pursuant to 11 U.S.C. § 326(a), based on the total amount disbursed to parties in interest as allowed by the Court, and is allowed $27.36 for

Order Approving Trustee's Application for Employment of Auctioneer                    Page 1 of 2

reimbursement of reasonable and necessary expenses incurred in the administration of the

bankruptcy estate.

### ###END OF ORDER###

Order submitted by:

John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573- 7330
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee