**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 4:16-bk-42785-MXM |
| | § | |
| E Churchman | § | |
| K Churchman | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John D. Spicer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $1,480.00 | Assets Exempt: | $88,695.00 |
| Total Distributions to Claimants: | $16,587.36 | Claims Discharged Without Payment: | $776,147.56 |
| Total Expenses of Administration: | $191,663.19 | | |

3) Total gross receipts of $283,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $74,749.45 (see **Exhibit 2),** yielded net receipts of $208,250.55 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $191,663.19 | $191,663.19 | $191,663.19 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $779,178.49 | $15,744.43 | $15,744.43 | $16,587.36 |
| **Total Disbursements** | $779,178.49 | $207,407.62 | $207,407.62 | $208,250.55 |

4). This case was originally filed under chapter 7 on 07/22/2016. The case was pending for 123 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/22/2026 By: /s/ John D. Spicer
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| CLAIMS AGAINST THIRD PARTIES | 1242-000 | $283,000.00 |
| **TOTAL GROSS RECEIPTS** | | $283,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Kimberly Churchman | Exemptions | 8100-002 | $67,100.00 |
| Kimberly Churchman | Surplus Funds | 8200-002 | $7,649.45 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $74,749.45 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John D. Spicer, Trustee | 2100-000 | NA | $13,662.53 | $13,662.53 | $13,662.53 |
| John D. Spicer, Trustee | 2200-000 | NA | $27.36 | $27.36 | $27.36 |
| Cavazos Hendricks Poirot, P. C., Attorney for Trustee | 3110-000 | NA | $21,320.00 | $21,320.00 | $21,320.00 |
| Cavazos Hendricks Poirot, P. C., Attorney for Trustee | 3120-000 | NA | $257.63 | $257.63 | $257.63 |
| 40% Contingent Attorney Fee, Attorney for Trustee | 3210-000 | NA | $113,200.00 | $113,200.00 | $113,200.00 |
| Fees and Assessments, Attorney for Trustee | 3220-000 | NA | $43,195.67 | $43,195.67 | $43,195.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $191,663.19 | $191,663.19 | $191,663.19 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ashley Funding Services, LLC Resurgent Capital Services | 7100-000 | $0.00 | $2,049.00 | $2,049.00 | $2,158.70 |
| 2 | Ashley Funding Services, LLC Resurgent Capital Services | 7100-000 | $0.00 | $2,095.00 | $2,095.00 | $2,207.16 |
| 3 | Ashley Funding Services, LLC Resurgent Capital Services | 7100-000 | $0.00 | $2,049.00 | $2,049.00 | $2,158.70 |
| 4 | Ashley Funding Services, LLC Resurgent Capital Services | 7100-000 | $0.00 | $1,353.00 | $1,353.00 | $1,425.44 |
| 5 | Ashley Funding Services, LLC Resurgent Capital Services | 7100-000 | $0.00 | $2,049.00 | $2,049.00 | $2,158.70 |
| 6 | Ashley Funding Services, LLC Resurgent Capital Services | 7100-000 | $0.00 | $2,149.00 | $2,149.00 | $2,264.05 |
| 7 | Ashley Funding Services, LLC Resurgent Capital Services | 7100-000 | $0.00 | $1,420.00 | $1,420.00 | $1,496.02 |
| 8 | Resurgent Receivables, LLC Resurgent Capital Services | 7100-000 | $0.00 | $522.43 | $522.43 | $550.40 |
| 9 | GLEN ROSE HEALTHCARE, INC | 7100-000 | $714.00 | $584.00 | $584.00 | $615.27 |
| 10 | Dr. Timothy Huggins | 7200-000 | $1,474.00 | $1,474.00 | $1,474.00 | $1,552.92 |
| | A1 Collections LLC | 7100-000 | $717.54 | $0.00 | $0.00 | $0.00 |
| | A1 Collections LLC | 7100-000 | $1,787.00 | $0.00 | $0.00 | $0.00 |
| | A1 Collections LLC | 7100-000 | $1,711.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ABK Emergency Physicians | 7100-000 | $68.00 | $0.00 | $0.00 | $0.00 |
| | ABK Emergency Physicians | 7100-000 | $68.41 | $0.00 | $0.00 | $0.00 |
| | ABK Emergency Physicians | 7100-000 | $114.74 | $0.00 | $0.00 | $0.00 |
| | ABK Emergency Physicians | 7100-000 | $1,087.00 | $0.00 | $0.00 | $0.00 |
| | Account Recovery Services | 7100-000 | $944.00 | $0.00 | $0.00 | $0.00 |
| | Account Recovery Services | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| | Alere Toxicology | 7100-000 | $267.20 | $0.00 | $0.00 | $0.00 |
| | Allied Collection Service | 7100-000 | $46.00 | $0.00 | $0.00 | $0.00 |
| | Alpine Orthopedics | 7100-000 | $1,787.57 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $633.98 | $0.00 | $0.00 | $0.00 |
| | AT&T Mobility Attn: Bankruptcy Dept | 7100-000 | $211.54 | $0.00 | $0.00 | $0.00 |
| | AT&T Mobility Attn: Bankruptcy Dept | 7100-000 | $443.84 | $0.00 | $0.00 | $0.00 |
| | BCM | 7100-000 | $390.37 | $0.00 | $0.00 | $0.00 |
| | Budget Control Services, Inc | 7100-000 | $417.00 | $0.00 | $0.00 | $0.00 |
| | Business and Professional | 7100-000 | $649.00 | $0.00 | $0.00 | $0.00 |
| | CAC Financial | 7100-000 | $25.00 | $0.00 | $0.00 | $0.00 |
| | Capitol Management Services | 7100-000 | $550.39 | $0.00 | $0.00 | $0.00 |
| | Capitol One Bank | 7100-000 | $2,294.00 | $0.00 | $0.00 | $0.00 |
| | Capitol One Bank | 7100-000 | $269.00 | $0.00 | $0.00 | $0.00 |
| | Capitol One Bank | 7100-000 | $2,410.23 | $0.00 | $0.00 | $0.00 |
| | Capitol One Bank | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Capitol One Bank | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Capitol One Bank | 7100-000 | $2,410.00 | $0.00 | $0.00 | $0.00 |
| | Capitol One Bank | 7100-000 | $359.00 | $0.00 | $0.00 | $0.00 |
| | Capitol One Bank | 7100-000 | $522.43 | $0.00 | $0.00 | $0.00 |
| | Careflight | 7100-000 | $1,622.95 | $0.00 | $0.00 | $0.00 |
| | Check Plus Systems | 7100-000 | $1,096.39 | $0.00 | $0.00 | $0.00 |
| | Christus Health | 7100-000 | $502.03 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Christus Health | 7100-000 | $672.16 | $0.00 | $0.00 | $0.00 |
| | Christus Health | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $1,168.20 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $1,173.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $363.22 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $439.32 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $608.16 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $1,443.40 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $2,284.73 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $1,026.60 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $56,484.07 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Center | | | | | |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $4,239.40 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $126.85 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $82.51 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $56,484.07 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $1,426.53 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $1,320.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Medical Center | 7100-000 | $1,456.80 | $0.00 | $0.00 | $0.00 |
| | Clinical Pathological Laboratories | 7100-000 | $9.60 | $0.00 | $0.00 | $0.00 |
| | Clinical Pathological Laboratories | 7100-000 | $235.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/VCTRSSE C | 7100-000 | $286.08 | $0.00 | $0.00 | $0.00 |
| | Community Pathology | 7100-000 | $33.05 | $0.00 | $0.00 | $0.00 |
| | Community Pathology | 7100-000 | $44.00 | $0.00 | $0.00 | $0.00 |
| | Community Pathology | 7100-000 | $5.50 | $0.00 | $0.00 | $0.00 |
| | Community Pathology | 7100-000 | $16.10 | $0.00 | $0.00 | $0.00 |
| | Community Pathology | 7100-000 | $11.06 | $0.00 | $0.00 | $0.00 |
| | Community Pathology | 7100-000 | $101.35 | $0.00 | $0.00 | $0.00 |
| | Community Pathology | 7100-000 | $20.90 | $0.00 | $0.00 | $0.00 |
| | Community Radiology | 7100-000 | $297.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Credit Systems Int'l | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $34.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $319.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $101.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $191.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $34.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $129.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $138.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $251.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $78.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $460.00 | $0.00 | $0.00 | $0.00 |
| | Credit Systems Int'l | 7100-000 | $259.00 | $0.00 | $0.00 | $0.00 |
| | Del Mar College | 7100-000 | $207.50 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $53.76 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $575.16 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $190.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $415.95 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $196.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $575.76 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $190.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $219.40 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | DeTar Hospital | 7100-000 | $6,322.02 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $2,000.39 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $9,522.41 | $0.00 | $0.00 | $0.00 |
| | DeTar Hospital | 7100-000 | $7,422.02 | $0.00 | $0.00 | $0.00 |
| | Diagnostic Imaging Assoc. | 7100-000 | $173.38 | $0.00 | $0.00 | $0.00 |
| | Diagnostic Imaging Assoc. | 7100-000 | $53.00 | $0.00 | $0.00 | $0.00 |
| | Diagnostic Imaging Assoc. | 7100-000 | $31.08 | $0.00 | $0.00 | $0.00 |
| | Diagnostic Imaging Assoc. | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Dillards | 7100-000 | $1,447.76 | $0.00 | $0.00 | $0.00 |
| | Directv | 7100-000 | $446.00 | $0.00 | $0.00 | $0.00 |
| | Dr. Arthur Chin | 7100-000 | $11.70 | $0.00 | $0.00 | $0.00 |
| | Dr. Dakshekh-Kumar Pariikh, MD | 7100-000 | $27.16 | $0.00 | $0.00 | $0.00 |
| | Dr. Stanley Rhoads | 7100-000 | $66.00 | $0.00 | $0.00 | $0.00 |
| | Dr. Stephen Hudgens | 7100-000 | $340.00 | $0.00 | $0.00 | $0.00 |
| | Ebay Mastercard | 7100-000 | $770.08 | $0.00 | $0.00 | $0.00 |
| | EOS CCA | 7100-000 | $249.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim Emergency Physicians | 7100-000 | $2,049.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim Emergency Physicians | 7100-000 | $2,095.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim Emergency Physicians | 7100-000 | $1,309.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim Emergency Physicians | 7100-000 | $1,951.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim | 7100-000 | $1,353.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Emergency Physicians | | | | | |
| | Fossil Rim Emergency Physicians | 7100-000 | $2,049.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim Emergency Physicians | 7100-000 | $1,858.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim Emergency Physicians | 7100-000 | $1,858.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim Emergency Physicians | 7100-000 | $2,049.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim Emergency Physicians | 7100-000 | $2,149.00 | $0.00 | $0.00 | $0.00 |
| | Fossil Rim Emergency Physicians | 7100-000 | $1,420.00 | $0.00 | $0.00 | $0.00 |
| | Gastroenterology Care Consultants | 7100-000 | $345.00 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $1,923.50 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $4,448.57 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $398.00 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $6,576.58 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $4,433.57 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $1,651.41 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $8,109.14 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $3,684.06 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $5,144.86 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $4,154.24 | $0.00 | $0.00 | $0.00 |
| | Glen Rose Medical Center | 7100-000 | $5,491.25 | $0.00 | $0.00 | $0.00 |
| | Harris Health Physician Group | 7100-000 | $460.00 | $0.00 | $0.00 | $0.00 |
| | Harris Southwest | 7100-000 | $73,372.07 | $0.00 | $0.00 | $0.00 |
| | Harris Southwest | 7100-000 | $4,519.75 | $0.00 | $0.00 | $0.00 |
| | Health and Wellness | 7100-000 | $137.79 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Solutions | | | | | |
| | High Plains Radiological | 7100-000 | $102.00 | $0.00 | $0.00 | $0.00 |
| | High Plains Radiological | 7100-000 | $1,047.00 | $0.00 | $0.00 | $0.00 |
| | High Plains Radiological | 7100-000 | $944.00 | $0.00 | $0.00 | $0.00 |
| | High Plains Radiological | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| | High Plains Radiological | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| | High Plains Radiological | 7100-000 | $523.00 | $0.00 | $0.00 | $0.00 |
| | Hill Country Radiology | 7100-000 | $64.00 | $0.00 | $0.00 | $0.00 |
| | Hill Country Radiology | 7100-000 | $159.00 | $0.00 | $0.00 | $0.00 |
| | Hill Country Radiology | 7100-000 | $291.00 | $0.00 | $0.00 | $0.00 |
| | Hill Country Radiology | 7100-000 | $55.00 | $0.00 | $0.00 | $0.00 |
| | Hill Country Radiology | 7100-000 | $148.00 | $0.00 | $0.00 | $0.00 |
| | Hill Country Radiology | 7100-000 | $148.00 | $0.00 | $0.00 | $0.00 |
| | Hill Country Radiology | 7100-000 | $944.00 | $0.00 | $0.00 | $0.00 |
| | Hillcrest Animal Hospital | 7100-000 | $649.90 | $0.00 | $0.00 | $0.00 |
| | Hood Medical Group | 7100-000 | $855.00 | $0.00 | $0.00 | $0.00 |
| | Hood Medical Group | 7100-000 | $1,192.00 | $0.00 | $0.00 | $0.00 |
| | Hood Medical Group | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| | Houston Methodist Hospital | 7100-000 | $750.00 | $0.00 | $0.00 | $0.00 |
| | Houzz | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| | IBC Bank | 7100-000 | $177.45 | $0.00 | $0.00 | $0.00 |
| | Internist Assoc of Houston | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Internist Assoc of Houston | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | JC Penney | 7100-000 | $774.01 | $0.00 | $0.00 | $0.00 |
| | JPS Health Network | 7100-000 | $5,453.00 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $12,611.17 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Lake Granbury Medical Center | 7100-000 | $4,038.13 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $1,551.74 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $11,020.44 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $4,468.32 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $3,960.17 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $4,738.55 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $13,459.71 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $14,616.64 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $39,372.50 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $263.02 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $632.26 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $4,040.27 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $2,457.18 | $0.00 | $0.00 | $0.00 |
| | Lake Granbury Medical Center | 7100-000 | $3,383.74 | $0.00 | $0.00 | $0.00 |
| | Law Office of Mark Davis | 7100-000 | $1,432.83 | $0.00 | $0.00 | $0.00 |
| | Mary Churchman | 7100-000 | $2,800.00 | $0.00 | $0.00 | $0.00 |
| | Medical Review Services | 7100-000 | $196.00 | $0.00 | $0.00 | $0.00 |
| | Methodist Hospital System | 7100-000 | $750.00 | $0.00 | $0.00 | $0.00 |
| | Millinium Loan Fund, LLC | 7100-000 | $2,303.10 | $0.00 | $0.00 | $0.00 |
| | Millinium Loan Fund, LLC | 7100-000 | $1,622.75 | $0.00 | $0.00 | $0.00 |
| | National Credit Collections | 7100-000 | $29.00 | $0.00 | $0.00 | $0.00 |
| | Paramount Recovery Systems | 7100-000 | $645.00 | $0.00 | $0.00 | $0.00 |
| | Professional Account Services | 7100-000 | $771.22 | $0.00 | $0.00 | $0.00 |
| | ProPath | 7100-000 | $85.30 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Associates | | | | | |
| | ProPath Associates | 7100-000 | $85.30 | $0.00 | $0.00 | $0.00 |
| | ProPath Associates | 7100-000 | $64.85 | $0.00 | $0.00 | $0.00 |
| | ProPath Associates | 7100-000 | $57.05 | $0.00 | $0.00 | $0.00 |
| | ProPath Associates | 7100-000 | $62.30 | $0.00 | $0.00 | $0.00 |
| | ProPath Associates | 7100-000 | $72.30 | $0.00 | $0.00 | $0.00 |
| | ProPath Associates | 7100-000 | $277.75 | $0.00 | $0.00 | $0.00 |
| | ProPath Associates | 7100-000 | $158.25 | $0.00 | $0.00 | $0.00 |
| | Propath Associates | 7100-000 | $54.00 | $0.00 | $0.00 | $0.00 |
| | ProPath Associates | 7100-000 | $948.00 | $0.00 | $0.00 | $0.00 |
| | Propath Associates | 7100-000 | $1,251.20 | $0.00 | $0.00 | $0.00 |
| | ProPath Associates | 7100-000 | $304.00 | $0.00 | $0.00 | $0.00 |
| | ProPath Associates | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $720.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $5,275.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $360.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $360.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $1,140.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $360.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $425.00 | $0.00 | $0.00 | $0.00 |
| | Questcare | 7100-000 | $645.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Medical Services PA | | | | | |
| | Questcare Medical Services PA | 7100-000 | $645.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $475.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $665.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $475.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $475.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $475.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $665.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $475.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $425.00 | $0.00 | $0.00 | $0.00 |
| | Questcare Medical Services PA | 7100-000 | $665.00 | $0.00 | $0.00 | $0.00 |
| | Radiology Associates of N. Texas | 7100-000 | $109.00 | $0.00 | $0.00 | $0.00 |
| | Radiology Associates of N. Texas | 7100-000 | $1,572.00 | $0.00 | $0.00 | $0.00 |
| | Radiology Associates of N. Texas | 7100-000 | $319.00 | $0.00 | $0.00 | $0.00 |
| | Radiology Associates of N. Texas | 7100-000 | $38.00 | $0.00 | $0.00 | $0.00 |
| | Radiology Associates of N. Texas | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| | Radiology Associates of N. Texas | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| | Radiology Associates of N. | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Texas | | | | | |
| | Radiology Associates of N. Texas | 7100-000 | $711.00 | $0.00 | $0.00 | $0.00 |
| | Radiology Associates of N. Texas | 7100-000 | $745.00 | $0.00 | $0.00 | $0.00 |
| | Radiology Associates of N. Texas | 7100-000 | $161.00 | $0.00 | $0.00 | $0.00 |
| | Regional Medical Laboratories | 7100-000 | $146.00 | $0.00 | $0.00 | $0.00 |
| | Rio Grande Hospital | 7100-000 | $534.00 | $0.00 | $0.00 | $0.00 |
| | Rio Grande Hospital | 7100-000 | $5.00 | $0.00 | $0.00 | $0.00 |
| | Rocky Mountain Radiology | 7100-000 | $417.18 | $0.00 | $0.00 | $0.00 |
| | Skartar LTD, LLP | 7100-000 | $292.50 | $0.00 | $0.00 | $0.00 |
| | Skartar LTD, LLP | 7100-000 | $170.78 | $0.00 | $0.00 | $0.00 |
| | Spears Dewitt Et Al | 7100-000 | $141.96 | $0.00 | $0.00 | $0.00 |
| | Sprint | 7100-000 | $700.12 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank c/o eBay | 7100-000 | $839.00 | $0.00 | $0.00 | $0.00 |
| | Texas Health Physicians Group | 7100-000 | $2,448.47 | $0.00 | $0.00 | $0.00 |
| | Texas Health Physicians Group | 7100-000 | $259.00 | $0.00 | $0.00 | $0.00 |
| | Texas Health Physicians Group | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| | Texas Health Physicians Group | 7100-000 | $78.47 | $0.00 | $0.00 | $0.00 |
| | Texas Health Physicians Group | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| | Texas Health Physicians Group | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| | Texas Health Physicians Group | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| | Texas Health Resources | 7100-000 | $3,117.81 | $0.00 | $0.00 | $0.00 |
| | Texas Health Resources | 7100-000 | $5,173.67 | $0.00 | $0.00 | $0.00 |
| | Texas Health Resources | 7100-000 | $2,013.69 | $0.00 | $0.00 | $0.00 |
| | Texas Health Resources | 7100-000 | $3,152.85 | $0.00 | $0.00 | $0.00 |
| | Texas Health Resources | 7100-000 | $40,354.64 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Texas Health Resources | 7100-000 | $2,485.86 | $0.00 | $0.00 | $0.00 |
| | Texas Medicine Resources | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| | Texas Medicine Resources | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| | Texas Medicine Resources | 7100-000 | $738.00 | $0.00 | $0.00 | $0.00 |
| | Texas Medicine Resources | 7100-000 | $1,319.00 | $0.00 | $0.00 | $0.00 |
| | Texas Medicine Resources | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| | Texas Medicine Resources | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| | Texas Medicine Resources | 7100-000 | $1,571.00 | $0.00 | $0.00 | $0.00 |
| | Texas Pulmonary Consultants | 7100-000 | $2,145.00 | $0.00 | $0.00 | $0.00 |
| | Tri-Wholesale Co | 7100-000 | $2,133.66 | $0.00 | $0.00 | $0.00 |
| | Twin Fountains Medical Clinic | 7100-000 | $315.00 | $0.00 | $0.00 | $0.00 |
| | United Revenue Corp | 7100-000 | $1,571.00 | $0.00 | $0.00 | $0.00 |
| | US Dept of Education/GLEL SI | 7100-000 | $71,606.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Emergency Associates | 7100-000 | $748.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Emergency Associates | 7100-000 | $57.46 | $0.00 | $0.00 | $0.00 |
| | Victoria Emergency Associates | 7100-000 | $38.91 | $0.00 | $0.00 | $0.00 |
| | Victoria Fire Department | 7100-000 | $1,257.50 | $0.00 | $0.00 | $0.00 |
| | Victoria Hospitalist Associates | 7100-000 | $42.13 | $0.00 | $0.00 | $0.00 |
| | Victoria Pathology Group | 7100-000 | $115.20 | $0.00 | $0.00 | $0.00 |
| | Victoria Pathology Group | 7100-000 | $64.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Pathology Group | 7100-000 | $202.80 | $0.00 | $0.00 | $0.00 |
| | Victoria Pathology Group | 7100-000 | $64.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Pathology Group | 7100-000 | $57.60 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Victoria Radiology | 7100-000 | $308.40 | $0.00 | $0.00 | $0.00 |
| | Victoria Radiology | 7100-000 | $328.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Radiology | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Radiology | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Radiology | 7100-000 | $80.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Radiology | 7100-000 | $32.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Radiology | 7100-000 | $60.00 | $0.00 | $0.00 | $0.00 |
| | Victoria Radiology | 7100-000 | $2.79 | $0.00 | $0.00 | $0.00 |
| | Victoria Radiology | 7100-000 | $3.42 | $0.00 | $0.00 | $0.00 |
| | Wall, Smith and Bateman | 7100-000 | $558.45 | $0.00 | $0.00 | $0.00 |
| | Ward Legal Associates | 7100-000 | $4,448.57 | $0.00 | $0.00 | $0.00 |
| | Weatherford Anesthesiologist Assoc, PA | 7100-000 | $595.00 | $0.00 | $0.00 | $0.00 |
| | Weatherford Emergency Physicians | 7100-000 | $1,157.00 | $0.00 | $0.00 | $0.00 |
| | Weatherford Emergency Physicians | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| | Weatherford Emergency Physicians | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| | Weatherford Inpatient Physicians | 7100-000 | $1,210.00 | $0.00 | $0.00 | $0.00 |
| | Weatherford Regional Medical Center | 7100-000 | $31,175.64 | $0.00 | $0.00 | $0.00 |
| | Weatherford Regional Medical Center | 7100-000 | $6,574.91 | $0.00 | $0.00 | $0.00 |
| | Weatherford Regional Medical Center | 7100-000 | $6,082.99 | $0.00 | $0.00 | $0.00 |
| | Weatherford Regional Medical Center | 7100-000 | $31,175.64 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank, TX | 7100-000 | $484.64 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Wells Fargo<br>MAC Q2132-023 | 7100-000 | $3,080.73 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo<br>MAC Q2132-023 | 7100-000 | $19,956.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo<br>MAC Q2132-023 | 7100-000 | $6,154.60 | $0.00 | $0.00 | $0.00 |
| | Your Health Lab | 7100-000 | $140.46 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $779,178.49 | $15,744.43 | $15,744.43 | $16,587.36 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 16-42785-MXM
**Case Name:** Churchman, Edmond Joseph AND Churchman, Kimberly Lane
**For the Period Ending:** 10/22/2026

**Trustee Name:** John Dee Spicer
**Date Filed (f) or Converted (c):** 07/22/2016 (f)
**§341(a) Meeting Date:** 09/19/2016
**Claims Bar Date:** 09/17/2025

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | VEHICLES | $6,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 1999 Jeep Wrangler TJ<br>Mileage: 100,000<br>EXEMPT | | | | | |
| 2 | VEHICLES | $8,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 2006 Chevrolet Trailblazer<br>EXEMPT | | | | | |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | $7,095.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Couch $250.00<br>Chair $100.00<br>Coffee Table $100.00<br>Christmas Tree $125.00<br>End Table $50.00<br>Breakfront $300.00<br>Dining Table $300.00<br>Queen Mattress Set $500.00<br>Dell Computer $200.00<br>Paper Shredder $15.00<br>Epson Printer $125.00<br>King size mattress set $200.00<br>Dresser $100.00<br>2 End Tables $50.00<br>Cookware $250.00<br>Assorted Kitchen Items and Small Appliances $300.00<br>GE Profile Refrigerator $200.00<br>Montgomery Ward Upright Freezer $45.00<br>Small upright un-named freezer $50.00<br>Sony 32" TV $125.00<br>Brindle Cowhide Rug $100.00<br>Mr. Coffee pot $10.00<br>NOAA Weather Radio $20.00<br>Holmes Heater $20.00 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



**Case No.:** 16-42785-MXM
**Case Name:** Churchman, Edmond Joseph AND Churchman, Kimberly Lane
**For the Period Ending:** 10/22/2026

**Trustee Name:** John Dee Spicer
**Date Filed (f) or Converted (c):** 07/22/2016 (f)
**§341(a) Meeting Date:** 09/19/2016
**Claims Bar Date:** 09/17/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Janome Sewing Machine $250.00<br>Kirby Vacuum wih Accessories $400.00<br>Toshiba Laptop $150.00<br>Native American Flutes (2) $200.00<br>Fireplace tools $25.00<br>GE Washer $200.00<br>GE Dryer $200.00<br>12 Tin Signs $120.00<br>Indian print - no author $30.00<br>Wolf pint - no author $75.00<br>Assorted Tools $300.00<br>(4) collapsable chairs $40.00<br>Handmake BBQ pit $175.00<br>Assorted prints - no author $65.00<br>Intex Inflatable Mattress (old) $60.00<br>Misc household goods $1,270.00<br>EXEMPT | | | | | |
| **Ref. #** | | | | | | |
| 4 | CLOTHES | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Basic Clothing for Ed and Kimberly<br>EXEMPT | | | | | |
| 5 | CASH | $50.00 | $50.00 | | $0.00 | FA |
| **Asset Notes:** | EXEMPT<br>Amended exemption per 10/06/25 DN 28 | | | | | |
| 6 | DEPOSITS OF MONEY | $80.00 | $80.00 | | $0.00 | FA |
| **Asset Notes:** | Checking account: Wells Fargo Business Checking<br>EXEMPT<br>Amended exemption per 10/06/25 DN 28 | | | | | |
| 7 | DEPOSITS OF MONEY | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Other financial account: Wells Fargo Tax Account<br>EXEMPT | | | | | |
| 8 | DEPOSITS OF MONEY | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Other financial account: Wells Fargo Savings | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 16-42785-MXM
**Case Name:** Churchman, Edmond Joseph AND Churchman, Kimberly Lane
**For the Period Ending:** 10/22/2026

**Trustee Name:** John Dee Spicer
**Date Filed (f) or Converted (c):** 07/22/2016 (f)
**§341(a) Meeting Date:** 09/19/2016
**Claims Bar Date:** 09/17/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | EXEMPT | | | | | |
| **Ref. #** | | | | | | |
| 9 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | $1,050.00 | $1,050.00 | | $0.00 | FA |
| **Asset Notes:** | Epson Printer $300.00<br>Homemade computer $500.00<br>Two Glass Desk Set $250.00<br>EXEMPT<br>Amended exemption per 10/06/25 DN 28 | | | | | |
| 10 | MACHINERY, FIXTRURES, EQUIPMENT AND SUPPLIES | $300.00 | $300.00 | | $0.00 | FA |
| **Asset Notes:** | WWII. Army ammo trailer.<br>EXEMPT<br>Amended exemption per 10/06/25 DN 28 | | | | | |
| 11 | CLAIMS AGAINST THIRD PARTIES **(u)** | $283,000.00 | $215,900.00 | | $283,000.00 | FA |
| **Asset Notes:** | Claim against pharmaceutical drug company<br>Amended schedules 10/06/25 DN 28 | | | | | |
| | **TOTALS (Excluding unknown value)** | **$306,075.00** | **$217,380.00** | | **$283,000.00** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

12/31/2025 [Semi-Annual Report]
The case was reopened due to the discovery of an unscheduled asset relating to personal injury litigation [DOC ##15 and 19].
General counsel has been employed by the Trustee [DOC ##23 and 25].
Special counsel has been employed by the Trustee to pursue the litigation [DOC ##27 and 30].
The Trustee has objected to the Debtor's claim of exemptions [DOC #32].
Claims in the approximate amount of $15,000.00 have been filed in the case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

 Exhibit 8

**Case No.:** 16-42785-MXM
**Case Name:** Churchman, Edmond Joseph AND Churchman, Kimberly Lane
**For the Period Ending:** 10/22/2026

**Trustee Name:** John Dee Spicer
**Date Filed (f) or Converted (c):** 07/22/2016 (f)
**§341(a) Meeting Date:** 09/19/2016
**Claims Bar Date:** 09/17/2025

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 09/30/2026 **Current Projected Date Of Final Report (TFR):**

/s/ JOHN DEE SPICER
JOHN DEE SPICER

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-42785-MXM | **Trustee Name:** | John Dee Spicer |
| **Case Name:** | Churchman, Edmond Joseph AND Churchman, Kimberly Lane | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8688 | **Checking Acct #:** | ******0104 |
| **Co-Debtor Taxpayer ID #:** | **-***8689 | **Account Title:** | Estate Checking |
| **For Period Beginning:** | 7/22/2016 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 10/22/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/17/2026 | | SSS EMRN QSF | Personal Injury Settlement Proceeds | | * | $126,604.33 | | $126,604.33 |
| | {11} | | Personal Injury Settlement Gross Proceeds | $283,000.00 | 1242-000 | | | $126,604.33 |
| | | | 40% Contingent Attorney Fee | $(113,200.00) | 3210-000 | | | $126,604.33 |
| | | | Fees and Assessments | $(43,195.67) | 3220-000 | | | $126,604.33 |
| 04/10/2026 | 5001 | Cavazos Hendricks Poirot, P. C. | First and Final Compensation of General Counsel [DOC ##60 and 67] | | 3110-000 | | $21,320.00 | $105,284.33 |
| 04/10/2026 | 5002 | Cavazos Hendricks Poirot, P. C. | First and Final Expenses of General Counsel [DOC ##60 and 67] | | 3120-000 | | $257.63 | $105,026.70 |
| 04/14/2026 | 5003 | Kimberly Churchman | Exempt Funds to Debtor | | 8100-002 | | $67,100.00 | $37,926.70 |
| 06/24/2026 | 5004 | Ashley Funding Services, LLC Resurgent Capital Services | Distribution under TFR - POC # 1 | | 7100-000 | | $2,158.70 | $35,768.00 |
| 06/24/2026 | 5005 | Ashley Funding Services, LLC Resurgent Capital Services | Distribution under TFR - POC # 2 | | 7100-000 | | $2,207.16 | $33,560.84 |
| 06/24/2026 | 5006 | Ashley Funding Services, LLC Resurgent Capital Services | Distribution under TFR - POC # 3 | | 7100-000 | | $2,158.70 | $31,402.14 |
| 06/24/2026 | 5007 | Ashley Funding Services, LLC Resurgent Capital Services | Distribution under TFR - POC # 4 | | 7100-000 | | $1,425.44 | $29,976.70 |
| 06/24/2026 | 5008 | Ashley Funding Services, LLC Resurgent Capital Services | Distribution under TFR - POC # 5 | | 7100-000 | | $2,158.70 | $27,818.00 |
| 06/24/2026 | 5009 | Ashley Funding Services, LLC Resurgent Capital Services | Distribution under TFR - POC # 6 | | 7100-000 | | $2,264.05 | $25,553.95 |
| 06/24/2026 | 5010 | Ashley Funding Services, LLC Resurgent Capital Services | Distribution under TFR - POC # 7 | | 7100-000 | | $1,496.02 | $24,057.93 |
| 06/24/2026 | 5011 | Resurgent Receivables, LLC Resurgent Capital Services | Distribution under TFR - POC # 8 | | 7100-000 | | $550.40 | $23,507.53 |
| 06/24/2026 | 5012 | GLEN ROSE HEALTHCARE, INC | Distribution under TFR - POC # 9 | | 7100-000 | | $615.27 | $22,892.26 |
| 06/24/2026 | 5013 | Dr. Timothy Huggins | Distribution under TFR - POC # 10 | | 7200-000 | | $1,552.92 | $21,339.34 |
| 06/24/2026 | 5014 | John D. Spicer | Trustee Compensation [DOC ## 73 and 76] | | 2100-000 | | $13,662.53 | $7,676.81 |
| 06/24/2026 | 5015 | John D. Spicer | Trustee Expenses [DOC ## 73 and 76] | | 2200-000 | | $27.36 | $7,649.45 |
| | | | | | **SUBTOTALS** | $126,604.33 | $118,954.88 | |

 Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-42785-MXM | **Trustee Name:** | John Dee Spicer |
| **Case Name:** | Churchman, Edmond Joseph AND Churchman, Kimberly Lane | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8688 | **Checking Acct #:** | ******0104 |
| **Co-Debtor Taxpayer ID #:** | **-***8689 | **Account Title:** | Estate Checking |
| **For Period Beginning:** | 7/22/2016 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 10/22/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/24/2026 | 5016 | E CHURCHMAN AND K CHURCHMAN | Surplus Funds to Debtor<br>VOIDED DUE TO ISSUE WITH PAYEE | 8200-002 | | $7,649.45 | $0.00 |
| 06/24/2026 | 5016 | VOID: E CHURCHMAN AND K CHURCHMAN | VOIDED DUE TO ISSUE WITH PAYEE | 8200-003 | | ($7,649.45) | $7,649.45 |
| 06/24/2026 | 5017 | E CHURCHMAN AND K CHURCHMAN | Surplus Funds to Debtor<br>VOIDED DUE TO ISSUE WITH PAYEE | 8200-002 | | $7,649.45 | $0.00 |
| 06/24/2026 | 5017 | VOID: E CHURCHMAN AND K CHURCHMAN | VOIDED DUE TO ISSUE WITH PAYEE | 8200-003 | | ($7,649.45) | $7,649.45 |
| 06/24/2026 | 5018 | Kimberly Churchman | Surplus Funds to Debtor | 8200-002 | | $7,649.45 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $126,604.33 | $126,604.33 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $126,604.33 | $126,604.33 | |
| **Less: Payments to debtors** | $0.00 | $74,749.45 | |
| **Net** | $126,604.33 | $51,854.88 | |

**For the period of 7/22/2016 to 10/22/2026**

| | |
|---|---|
| Total Compensable Receipts: | $283,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $283,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $192,951.65 |
| Total Non-Compensable Disbursements: | $90,048.35 |
| Total Comp/Non Comp Disbursements: | $283,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/17/2026 to 10/22/2026**

| | |
|---|---|
| Total Compensable Receipts: | $283,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $283,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $192,951.65 |
| Total Non-Compensable Disbursements: | $90,048.35 |
| Total Comp/Non Comp Disbursements: | $283,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-42785-MXM | **Trustee Name:** | John Dee Spicer |
| **Case Name:** | Churchman, Edmond Joseph AND Churchman, Kimberly Lane | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8688 | **Checking Acct #:** | ******0104 |
| **Co-Debtor Taxpayer ID #:** | **-***8689 | **Account Title:** | Estate Checking |
| **For Period Beginning:** | 7/22/2016 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 10/22/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $126,604.33 | $126,604.33 | $0.00 |

**For the period of 7/22/2016 to 10/22/2026**

| | |
|---|---|
| Total Compensable Receipts: | $283,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $283,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $192,951.65 |
| Total Non-Compensable Disbursements: | $90,048.35 |
| Total Comp/Non Comp Disbursements: | $283,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/22/2016 to 10/22/2026**

| | |
|---|---|
| Total Compensable Receipts: | $283,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $283,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $192,951.65 |
| Total Non-Compensable Disbursements: | $90,048.35 |
| Total Comp/Non Comp Disbursements: | $283,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN DEE SPICER

JOHN DEE SPICER