United States Bankruptcy Court

Northern District of Texas

In re:
Edmond Joseph Churchman
Kimberly Lane Churchman
Debtors

Case No. 16-42785-mxm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Nov 04, 2026 Form ID: BTXN112 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cavazos Hendricks Poirot, P.C., CAVAZOS HENDRICKS POIROT, P.C., Founders Square, 900 Jackson Street, Suite 570, Dallas, TX 75202-4459 |
| aty | + | Greg Jones, Greg Jones Law LLC, 8E Calle Inga, San Juan, PR 00913-4707 |
| aty | + | Jonathan Schulman, Slater Slater Schulman LLP, 101 West Elm Street, Suite 215, Conshohocken, PA 19428-4130 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Edmond Joseph Churchman clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Joint Debtor Kimberly Lane Churchman clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Edward Mark Piland | on behalf of Joint Debtor Kimberly Lane Churchman markpiland@pilandlaw.com markpiland@pilandlaw.com |

| | |
|---|---|
| Edward Mark Piland | on behalf of Debtor Edmond Joseph Churchman markpiland@pilandlaw.com markpiland@pilandlaw.com |
| John Dee Spicer | on behalf of Trustee John Dee Spicer jdspicer@chfirm.com chps.ecfnotices@ecf.courtdrive.com |
| John Dee Spicer | on behalf of Trustee John D. Spicer jdspicer@chfirm.com chps.ecfnotices@ecf.courtdrive.com |
| John Dee Spicer | jds.ch7trusteedocs@sbcglobal.net jds@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Joint Debtor Kimberly Lane Churchman warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 9

BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Edmond Joseph Churchman | § | Case No.: 16–42785–mxm7 |
| Kimberly Lane Churchman | § | Chapter No.: 7 |
| Debtor(s) | § | |

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 11/4/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/J. Michael Sherman, Deputy Clerk